IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELLSWORTH ASSOCIATES, LLP, | : : : | CIVIL ACTION |
| v. | : : | NO 19-cv-2553 |
| CVS HEALTH CORPORATION, *et al.*, | : | <u>FILED UNDER SEAL</u> |

### [PROPOSED] ORDER

**NOW**, this _____ day of _____, 2022, the United States having notified the Court under the False Claims Act (31 U.S.C. § 3720(b)(4)) that the United States is declining to intervene in this *qui tam* action, it is **ORDERED** that:

1.  The **Amended Complaint shall be UNSEALED and served** upon the defendants by relator Ellsworth Associates, LLP.

2.  **All other contents of the Court's file** in this action—including the United States' five uncontested evaluation period extension applications (with accompanying briefs) dated August 2019, February 2020, August 2020, February 2021, and August 2021—**shall remain SEALED** and not be made public or served upon the defendants or the relator, **except for** this Order and the United States' February 18, 2022 "Notice of Election to Decline Intervention," which the relator will serve upon the defendants only after service of the Amended Complaint.

3.  The seal shall be lifted as to all other matters that occur in this action *after* the date of this Order.

4.  The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcript(s) and is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States.

6. All orders of this Court will be sent to the United States.

7. Should the relator, the defendants, or any later-named defendant(s) propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting the Court's approval.

8. The Clerk shall serve a copy of this Order on **only** counsel for the United States and counsel for the relator.

_____

TIMOTHY J. SAVAGE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | : | |
| ELLSWORTH ASSOCIATES, LLP, | : | |
| | : | CIVIL ACTION |
| Plaintiffs-Relator, | : | NO 19-cv-2553 |
| v. | : | |
| | : | **FILED UNDER SEAL** |
| CVS HEALTH CORPORATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should relator Ellsworth Associates, LLP, any later-named relator(s), the defendants, or any later-named defendant(s) propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, under 31 U.S.C. § 3730(c)(3), the United States requests that: (1) relator and the defendants serve on the government all pleadings filed in this action, as well as all notices of appeal; and (2) the Court send to the United States all orders that the Court issues.

The United States reserves its statutory rights: (1) to order any deposition transcripts; (2) to intervene in this action, for good cause, at a later date; and (3) to seek dismissal of the relator's action or claim(s).

Finally, the United States requests that the relator's Amended Complaint, this Notice, and the attached proposed Order (as entered) be unsealed. The United States requests that all other papers currently on file in this action (including all of the United States' submissions) remain under seal because, in discussing the content and extent of the United States' investigation, such papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should have been extended.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JENNIFER ARBITTIER WILLIAMS
United States Attorney


/s/ Charlene K. Fullmer, for
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division


/s/ Gerald B. Sullivan
GERALD B. SULLIVAN
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania  19106-4476
tel. (215) 861-8786
fax (215) 861-8618
email: gerald.sullivan@usdoj.gov

2

        /s/ Allie Pang/gbs
        JAMIE ANN YAVELBERG
        ANDY MAO
        ALLIE PANG
        Attorneys, Civil Division
        United States Department of Justice
        175 N Street N.E., Room 9.105
        Washington, DC  20002
        tel.: (202) 514-6846
        email: Allie.Pang@usdoj.gov

Date: February 22, 2022