IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELLSWORTH ASSOCIATES, LLP,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>    Defendants. | Case No.: 2:19-cv-02553-JMY |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Lesli C. Esposito of McDermott Will & Emery LLP on behalf of Defendants CVS Health Corporation, CVS Pharmacy, Inc., SilverScript Insurance Company, LLC, and CVS Caremark Corporation in the above-captioned matter.

Dated: June 14, 2022

                                            By:    */s/ Lesli C. Esposito*
                                                      Lesli C. Esposito (PA Bar No. 201916)
                                                      **MCDERMOTT WILL & EMERY LLP**
                                                      500 North Capitol Street, NW
                                                      Washington, DC 20001-1531
                                                      Telephone: (202) 756-8000
                                                      Facsimile:  (202) 756-8087
                                                      E-mail: lesposito@mwe.com

                                                      *Counsel for Defendants*
                                                      *CVS Health Corporation, CVS Pharmacy,*
                                                      *Inc., SilverScript Insurance Company, LLC,*
                                                      *and CVS Caremark Corporation*

# CERTIFICATE OF SERVICE

I, Lesli C. Esposito, hereby certify that on June 14, 2022, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court via CM/ECF, which will send a Notice of Electronic Filing to all counsel of record.

Dated: June 14, 2022

By:   */s/ Lesli C. Esposito*
       Lesli C. Esposito