IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
|  | : | Civil Action |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | No.: |

ORDER

AND NOW, this            day of                              20    , it is hereby

ORDERED that the application of _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐      GRANTED.[1]

☐      DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# _____

***APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT***
***PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

<u>I.</u> <u>APPLICANT'S STATEMENT</u>

I, _____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*
Plaintiff/Relator Ellsworth Associates, LLP

_____
(Applicant's Signature)

_____
(Date)

Name of Applicant's Firm _____
Address _____
Telephone Number _____
Email Address _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____
(Date)                                                                  (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

_____   _____   _____   _____
(Sponsor's Name)         (Sponsor's Signature)    (Admission date)         (Attorney
                                                                           Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

_____

_____

_____


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____                    _____
                (Date)                                            (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
|   | : | Civil Action |
|   | : |   |
| v. | : |   |
|   | : |   |
|   | : | No.: |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

_____
(Signature of Attorney)

_____
(Name of Attorney)

_____
(Name of Moving Party)

\_\_\_\_6/17/2022_____
(Date)