**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Ellsworth Associates, LLP, *United States* | : | |
| *Of America, Ex. Rel. Ellsworth Associates,* | : | |
| *LLP* | : | |
| | : | No. 19-cv-2553-JMY |
| v. | : | |
| | : | |
| CVS Health Corporation, *ET AL* | : | |

**ORDER**

AND NOW, this 21st day of June, 2022, it is hereby ORDERED that the Application for

Admission Pro Hac Vice of Noah M. Rich, Esquire, (ECF No. 33) to practice in this Court

pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.[1]


BY THE COURT:

/s/ *John Milton Younge*
Judge John Milton Younge

---

[1] This Court's Local Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.