# EXHIBIT 20

Medicare.gov  Menu

Aetna Medicare

# SilverScript SmartRx (PDP)

**Plan type:** Drug plan (Part D)

**Plan ID:** S5601-181-0

Plan website | **Non-members:** 1-833-526-2445 | **Members:** 1-866-235-5660

## What you'll pay

**Total monthly premium**
**$7.20**

**Retail pharmacy: 2022 estimated total drug costs**
**$61,060.91**
Covers **1 of 2** drugs

## Overview

**PREMIUMS**

| Total monthly premium | $7.20 |
|---|---|

**DEDUCTIBLES**

The amount you must pay each year before your plan starts to pay for covered services or drugs.

| Drug deductible | $480.00 |
|---|---|

## CONTACT INFORMATION

| | |
|---|---|
| **Plan address** | P.O. Box 30016<br>Pittsburgh, PA 15222 |

# Drug Coverage

See if there's help to lower costs for drugs you take.

## PHARMACIES

See the cost level to fill your drugs at the pharmacies you chose. You can also change pharmacies to see the cost level of other pharmacies in your area to find the lowest cost pharmacy.

| | |
|---|---|
| **CVS PHARMACY #10526** | **Preferred**  Preferred in-network pharmacy |

## YEARLY DRUG COSTS BY PHARMACY

Drug costs shown vary based on the plan and pharmacy that you use. Contact the plan if you have specific questions about drug costs. Can my drug costs change by pharmacy?

| | **CVS Pharmacy #10526**<br>**Preferred** Preferred in-network pharmacy |
|---|---|
| **Epclusa 400-100mg tablet** | $9,630.36 |
| **Sofosbuvir / velpatasvir 400-100mg tablet** | $51,430.58 |
| **Total yearly drug cost** | $61,060.91 |

ESTIMATED TOTAL DRUG + PREMIUM COST

|  | CVS Pharmacy #10526<br>**Preferred** Preferred in-network pharmacy |
|---|---|
| **Total yearly drug + premium cost** | $61,096.91 |
| **When you'll meet your deductible** | August 2022 |
| **When you'll enter the coverage gap** | August 2022 |
| **When you'll get out of the coverage gap** | August 2022 |

ESTIMATED TOTAL MONTHLY DRUG COST

|  | CVS Pharmacy #10526<br>**Preferred** Preferred in-network pharmacy |
|---|---|
| **August** | $14,149.19 |
| **September** | $11,727.93 |
| **October** | $11,727.93 |
| **November** | $11,727.93 |
| **December** | $11,727.93 |

# ESTIMATED DRUG COSTS DURING COVERAGE PHASES

The drug prices shown may vary based on the plan and pharmacy you've selected. Contact the plan if you have specific questions about drug costs.

Learn more about coverage phases.

## CVS PHARMACY #10526

|  | Retail cost | Cost before deductible | Cost after deductible | Cost in coverage gap | Cost after coverage gap |
|---|---|---|---|---|---|
| Epclusa 400-100mg tablet | $28,836.40 | $28,836.40 | $7,209.10 | $7,209.10 | $1,441.82 |
| Sofosbuvir / velpatasvir 400-100mg tablet [1] | $10,286.11 | $10,286.11 | $10,286.11 | $10,286.11 | $10,286.11 |
| Monthly totals | $39,122.51 | $39,122.51 | $17,495.21 | $17,495.21 | $11,727.93 |

[1] This plan does not cover this drug, the price shown is the full cash price.

# COSTS BY DRUG TIER

Plans group their drug lists into tiers. The drug costs below show how much you'll pay for drugs in each tier based on the coverage phase you're in.

Learn more about drug tiers.

| | Initial coverage phase | Gap coverage phase | Catastrophic coverage phase |
|---|---|---|---|
| **Preferred Generic** | $1.00 copay | Generic drugs: 25%<br><br>Brand-name drugs: 25% | Generic drugs: $3.95 copay or 5% (whichever costs more)<br><br>Brand-name drugs: $9.85 copay or 5% (whichever costs more) |
| **Generic** | $19.00 copay | Generic drugs: 25%<br><br>Brand-name drugs: 25% | Generic drugs: $3.95 copay or 5% (whichever costs more)<br><br>Brand-name drugs: $9.85 copay or 5% (whichever costs more) |
| **Preferred Brand** | $46.00 copay | Generic drugs: 25%<br><br>Brand-name drugs: 25% | Generic drugs: $3.95 copay or 5% (whichever costs more)<br><br>Brand-name drugs: $9.85 copay or 5% (whichever costs more) |
| **Non-Preferred Drug** | 49% | Generic drugs: 25%<br><br>Brand-name drugs: 25% | Generic drugs: $3.95 copay or 5% (whichever costs more)<br><br>Brand-name drugs: $9.85 copay or 5% (whichever costs more) |

| | Initial coverage phase | Gap coverage phase | Catastrophic coverage phase |
|---|---|---|---|
| **Specialty Tier** | 25% | Generic drugs: 25%<br><br>Brand-name drugs: 25% | Generic drugs: $3.95 copay or 5% (whichever costs more)<br><br>Brand-name drugs: $9.85 copay or 5% (whichever costs more) |

## OTHER DRUG INFORMATION

| | Tier | Prior authorization | Quantity limits | Step therapy |
|---|---|---|---|---|
| **Epclusa 400-100mg tablet** | Tier 5 | Yes | — | — |
| **Sofosbuvir / velpatasvir 400-100mg tablet** | Not covered | — | — | — |

## MY DRUG LIST

| | Package | Quantity | Frequency | Brand/Generic |
|---|---|---|---|---|
| **Epclusa 400-100mg tablet** | | 30 | Every month | Brand |
| **Sofosbuvir / velpatasvir 400-100mg tablet** | | 30 | Every month | Generic |

## PART B DRUGS

These are drugs you usually get at a doctor's office or hospital outpatient setting, like the flu shot, chemotherapy, or other shots.

| | | |
|---|---|---|
| **Chemotherapy drugs** | Not covered | |
| **Other Part B drugs** | Not covered | |

# Star ratings

+ Expand All Ratings

| | |
|---|---|
| **Overall star rating**<br>Overall rating is based on the categories below. | ★★★☆☆ |
| + Drug plan star rating | |
| **Summary rating of drug plan quality** | ★★★☆☆ |