IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELLSWORTH ASSOCIATES, LLP,<br><br>                Plaintiff-Relator,<br><br>   v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>                Defendants. | Case No.:   2:19-cv-02553-JMY |

## [PROPOSED] ORDER

Upon consideration of the motion filed by Defendants CVS Health Corporation, SilverScript Insurance Company, LLC, CVS Caremark Corporation, and CVS Pharmacy, Inc. to dismiss Relator Ellsworth Associate LLP's second amended complaint and the papers submitted by the parties in support of and in opposition to the motion, it is hereby ORDERED that Defendants' motion is GRANTED. The second amended complaint (ECF No. 18)—including all claims and counts set forth therein—are hereby DISMISSED WITH PREJUDICE as to all Defendants.

It is so ordered.


Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　John M. Younge
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE