** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| --- | --- | --- | --- | --- |
| September 19, 2022 at 6:18:07 PM EDT | | 162 | 4 | Received |



# FAX COVER SHEET

| | |
| --- | --- |
| **FROM** | Squillante, Alphonse |
| **COMPANY** | |
| **FAX NUMBER** | 12672997368 |
| **DATE** | 2022-09-19 17:14:59 CDT |
| **RE** | United States of America ex rel. Ellsworth Associates, LLP v. CVS  Health Corporation, et al., No. 2:19-cv-02553-JMY |

## COVER MESSAGE

Dear Judge Younge:

Please find the enclosed correspondence.

Respectfully submitted,

ALPHONSE J. SQUILLANTE
Paralegal
McDermott Will & Emery LLP  One Vanderbilt Avenue, New York, NY 10017-3852
Tel +1 212 547 5400    Email asquillante@mwe.com
Website | vCard | Twitter | LinkedIn

*****************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*****************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

Case 2:19-cv-02553-JMY   Document 36   Filed 09/20/22   Page 2 of 4

Case 2:19-cv-02553-JMY   Document 36   Filed 09/20/22   Page 2 of 4





# FACSIMILE

| **Date:** | September 19, 2022 | | **Time Sent:** | |
|---|---|---|---|---|

| **To:** | **Company:** | **Facsimile No:** | **Telephone No:** |
|---|---|---|---|
| Hon. John Milton Younge | United States District Court, Eastern District of Pennsylvania | (267) 299-7368 | (267) 299-7360 |

| **From:** | Lesli Esposito | *Direct Phone:* | (202) 756-8445 |
|---|---|---|---|
| *E-Mail:* | lesposito@mwe.com | *Direct Fax:* | (202) 591-2798 |
| *Client/Matter/Tkpr:* | 086317-0077-19431 | *Original to Follow by Mail:* | No |
| | | *Number of Pages, Including Cover:* | 2 |

**Re:**     *United States of America ex rel. Ellsworth Associates, LLP v. CVS Health Corporation, et al.*, No. 2:19-cv-02553-JMY

**Message:**

Dear Judge Younge:
Please find the enclosed correspondence.

Respectfully submitted,
Lesli C. Esposito

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original message to us at the below address by mail. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE.**

**Main Facsimile: +1 202 756 8087   Facsimile Operator: +1 202 756 8010**

500 North Capitol Street, NW   Washington DC 20001-1531   Tel +1 202 756 8000

*US practice conducted through McDermott Will & Emery LLP.*

September 19, 2022

**VIA FACSIMILE**

The Honorable John Milton Younge
USDC Eastern District of Pennsylvania
4007 U.S. Courthouse
601 Market Street, Courtroom 4-A
Philadelphia, PA 19106

Re:	*U.S. ex rel. Ellsworth Assocs., LLP v. CVS Health Corp., et al.*, No. 2:19-cv-02553-JMY

Dear Judge Younge,

The parties submit this joint letter regarding the Defendants' request for an extension of time in this action, pursuant to Rule A.1 of your Policies and Procedures.

The Defendants request a 24-day extension of their time to reply to the Relator's Response to the Defendants' Motion to Dismiss. The extension would move the time to reply from September 30, 2022, to October 24, 2022. No prior request has been made for this relief.

The parties have met and conferred regarding the extension and the Relator consents to it. We thank the Court for its attention to this matter.

Respectfully submitted,

**BARON & BUDD P.C.**

By: */s/ W. Scott Simmer*
W. Scott Simmer (admitted *pro hac vice*)
William G. Powers (PA Bar No. 316876)
Jennifer Connolly (admitted *pro hac vice*)
Noah M. Rich (admitted *pro hac vice*)
The Watergate
600 New Hampshire Ave. NW, 10th Floor
Washington, DC 20037
T: 202.333.4562 | F: 202.337.1039

*Counsel for Plaintiff-Relator Ellsworth Associates, LLP*

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Brian Stimson*
Lesli C. Esposito (PA Bar No. 201916)
Jennifer Routh (admitted *pro hac vice*)
Brian Stimson (admitted *pro hac vice*)
Crystal Fomba (admitted *pro hac vice*)
500 North Capitol Street, NW
Washington, DC 20001-1531
T: 202.756.8000 | F: 202.756.8087

*Counsel for Defendants CVS Health Corporation, CVS Pharmacy, Inc., SilverScript Insurance Company, LLC, and CVS Caremark Corporation*

cc:	Counsel of Record (Via E-Mail)