## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLSWORTH ASSOCIATES, LLP, United States of America, Ex. Rel. Ellsworth Associates, LLP | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 19-cv-2553-JMY |
| CVS HEALTH CORPORATION, *et al.* | : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of September, 2022, upon consideration of Defendants' unopposed request to extend Defendants' time to reply to Plaintiff's Response to Defendants' Motion to Dismiss, it is hereby **ORDERED** that the request is **GRANTED** and that Defendants shall reply to Plaintiff's Response to Defendants' Motion to Dismiss on or before October 24, 2022.

**IT IS SO ORDERDED**.

BY THE COURT:

*/s/ John Milton Younge*

HONORABLE JOHN M. YOUNGE