IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELLSWORTH ASSOCIATES, LLP,<br><br>                Plaintiff-Relator,<br><br>v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>                Defendants. | Case No.:  2:19-cv-02553-JMY |

**[PROPOSED] ORDER**

**AND NOW,** upon consideration of the Defendants' Motion to Amend the Court's Order Unsealing the Second Amended Complaint, and the parties' arguments related to the motion, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

Relator shall serve an unredacted copy of the Second Amended Complaint on Defendants within 24 hours.  Relator shall maintain redactions to the Second Amended Complaint only to protect the privacy of enrollees in Medicare Part D prescription drug plans offered by SilverScript. Such redactions shall apply only to the copy of the Second Amended Complaint that appears on the docket.  Defendants shall provide Relator with an accounting of their reasonable fees and costs incurred in connection with their motion, and Relator shall pay those fees and costs within seven calendar days of receiving the accounting.

    **IT IS SO ORDERED.**

Dated: _____

                                                  _____
                                                  John M. Younge
                                                  UNITED STATES DISTRICT JUDGE