IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELLSWORTH ASSOCIATES, LLP,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>    Defendants. | Case No.: 2:19-cv-02553-JMY |

**[PROPOSED] ORDER**

**AND NOW,** upon consideration of the Defendants' Motion to Amend the Court's Order Unsealing the Second Amended Complaint, and the parties' arguments related to the motion, it is hereby **ORDERED** that Defendants' Motion is _____.

It is hereby **ORDERED** that Relator's Cross Motion that the Court Set a Rule 16 Conference is _____.

**IT IS SO ORDERED.**


Dated: _____

                   John M. Younge
                   UNITED STATES DISTRICT JUDGE