\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 28, 2022 at 11:34:28 AM EDT | | 86 | 4 | Received |

Case 2:19-cv-02553-JMY   Document 44   Filed 10/28/22   Page 1 of 4

OCT. 28. 2022 11:57AM    BARON & BUDD (214) 520-1181    NO. 6078   P. 1

Date: October 28, 2022

To: Honorable John Milton Younge

Company: United States District Court, Eastern District of Pennsylvania

Fax: (267) 299-7368

Telephone: (267) 299-7360

From: W. Scott Simmer

Total Pages Including Cover: 2

RE: *United States ex rel. Ellsworth Assocs., LLP v. CVS Health Corporation, et al.*, No. 2:19-cv-02553-JMY

**BARON & BUDD, P.C.®**

Fax 214.520.1181
800.222.2766
tel 202.333.4562

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

Dear Judge Younge:

Please find the enclosed correspondence.

Respectfully submitted,
W. Scott Simmer

DALLAS | BATON ROUGE | NEW ORLEANS | LOS ANGELES
SAN DIEGO | CHICO | NEW YORK | WASHINGTON, D.C.

FACSIMILE CONFIDENTIALITY NOTICE: The information in this facsimile message is legally privileged and confidential, and is intended only for use by individual(s) named as recipient(s). Unless you are a named recipient of this facsimile, you should not read, distribute, or otherwise use this facsimile, and you should immediately notify the sender. If you have received this facsimile in error, please notify Baron & Budd by telephone at 214.521.3605 immediately. Thank you.

October 28, 2022

**VIA FACSIMILE**

The Honorable John Milton Younge
USDC Eastern District of Pennsylvania
4007 U.S. Courthouse
601 Market Street, Courtroom 4-A
Philadelphia, PA 19106

Re:   *U.S. ex rel. Ellsworth Assocs., LLP v. CVS Health Corp., et al.*, No. 2:19-cv-02553-JMY

Dear Judge Younge,

The parties submit this joint letter regarding the Plaintiff-Relator's request for an extension of time in this action, pursuant to Rule A.1 of your Policies and Procedures.

Plaintiff-Relator requests a 30-day extension of their time to file a sur-reply to the Defendants' reply to Plaintiff-Relator's Response to the Motion to Dismiss. The extension would move they time to reply from November 1, 2022, to December 1, 2022. No prior request has been made for this relief.

The parties have met and conferred regarding the extension and the Defendants do not oppose to it. We thank the Court for its attention to this matter.

Respectfully submitted,

**BARON & BUDD P.C**

By: */s/ W. Scott Simmer*
W. Scott Simmer (admitted *pro hac vice*)
William G. Powers (PA Bar No. 316876)
Noah M. Rich (admitted *pro hac vice*)
Catherine H. Dorsey (*pro hac vice* pending)
The Watergate
600 New Hampshire Ave. NW, 10th Floor
Washington, DC 20037
Telephone: (202) 333-4562
Facsimile: (202) 337-1039

*Counsel for Plaintiff- Relator Ellsworth Associates, LLP*

cc:   Counsel of Record (Via E-Mail)

| | |
|---|---|
| Date: | October 28, 2022 |
| To: | Honorable John Milton Younge |
| Company: | United States District Court, Eastern District of Pennsylvania |
| Fax: | (267) 299-7368 |
| Telephone: | (267) 299-7360 |
| From: | W. Scott Simmer |
| Total Pages Including Cover: | 2 |

RE: *United States ex rel. Ellsworth Assocs., LLP v. CVS Health Corporation, et al.*, No. 2:19-cv-02553-JMY

**BARON & BUDD, P.C.®**

Fax 214.520.1181
800.222.2766
tel 202.333.4562

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

Dear Judge Younge:
Please find the enclosed correspondence.

Respectfully submitted,
W. Scott Simmer

DALLAS | BATON ROUGE | NEW ORLEANS | LOS ANGELES
SAN DIEGO | CHICO | NEW YORK | WASHINGTON, D.C.

FACSIMILE CONFIDENTIALITY NOTICE: The information in this facsimile message is legally privileged and confidential, and is intended only for use by individual(s) named as recipient(s). Unless you are a named recipient of this facsimile, you should not read, distribute, or otherwise use this facsimile, and you should immediately notify the sender. If you have received this facsimile in error, please notify Baron & Budd by telephone at 214.521.3605 immediately. Thank you.

October 28, 2022

**VIA FACSIMILE**

The Honorable John Milton Younge
USDC Eastern District of Pennsylvania
4007 U.S. Courthouse
601 Market Street, Courtroom 4-A
Philadelphia, PA 19106

Re:   *U.S. ex rel. Ellsworth Assocs., LLP v. CVS Health Corp., et al.*, No. 2:19-cv-02553-JMY

Dear Judge Younge,

The parties submit this joint letter regarding the Plaintiff-Relator's request for an extension of time in this action, pursuant to Rule A.1 of your Policies and Procedures.

Plaintiff-Relator requests a 30-day extension of their time to file a sur-reply to the Defendants' reply to Plaintiff-Relator's Response to the Motion to Dismiss. The extension would move they time to reply from November 1, 2022, to December 1, 2022. No prior request has been made for this relief.

The parties have met and conferred regarding the extension and the Defendants do not oppose to it. We thank the Court for its attention to this matter.

Respectfully submitted,

**BARON & BUDD P.C**

By: */s/ W. Scott Simmer*
W. Scott Simmer (admitted *pro hac vice*)
William G. Powers (PA Bar No. 316876)
Noah M. Rich (admitted *pro hac vice*)
Catherine H. Dorsey (*pro hac vice* pending)
The Watergate
600 New Hampshire Ave. NW, 10th Floor
Washington, DC 20037
Telephone: (202) 333-4562
Facsimile: (202) 337-1039

*Counsel for Plaintiff- Relator Ellsworth Associates, LLP*

cc:   Counsel of Record (Via E-Mail)