**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel.** | : | |
| **ELLSWORTH ASSOC., LLP,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | **NO. 19-2553-JMY** |
| | : | |
| **CVS HEALTH CORPORATION, et al.** | : | |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW**, this 28th day of October, 2022, upon consideration of Plaintiff's unopposed request to extend time to file a Sur-Reply to Defendants' Response to Plaintiff's Reply to Defendants' Motion to Dismiss, it is hereby **ORDERED** that the request shall be **GRANTED** as follows—Plaintiff shall have until Thursday, December 1, 2022, to file its Sur-Reply.

**IT IS SO ORDERED.**

BY THE COURT:

_____/s/ John Milton Younge_____
**JUDGE JOHN MILTON YOUNGE**