

| | DALLAS \| BATON ROUGE \| NEW ORLEANS \| LOS ANGELES |
|---|---|
| | SAN DIEGO \| CHICO \| NEW YORK \| WASHINGTON, DC |

tel 202.333.4562   600 New Hampshire Ave NW, 10th Floor
fax 202.337.1039   Washington, DC 20037

January 23, 2023

**VIA ECF**

The Honorable John Milton Younge
USDC Eastern District of Pennsylvania
4007 U.S. Courthouse
601 Market Street, Courtroom 4-A
Philadelphia, PA 19106

      **RE:**   *United States es rel. Ellsworth Associates, LLP v. CVS Health Corporation, et al.*,
            No. 2:19-cv-02553-JMY

Dear Judge Younge:

      Plaintiff-Relator, Ellsworth Associates, LLP, respectfully submits this notice of supplemental authority to inform the Court that the United States Supreme Court recently granted certiorari in *United States ex rel. Schutte v. Supervalu Inc.*, 2023 WL 178398 (Jan. 13, 2023) and *United States ex rel. Proctor v. Safeway, Inc.*, 2023 WL 178393 (Jan. 13, 2023), two Seventh Circuit cases that address whether the Supreme Court's decision in *Safeco Insurance Co. v. Burr*, 551 U.S. 47 (2007), which held that a defendant lacks scienter to violate the Fair Credit Reporting Act if his interpretation of the law was "objectively reasonable," applies to FCA cases.

      The parties here dispute whether *Safeco*'s "objectively reasonable" standard applies to FCA cases such as this one. *See, e.g.,* Defendants' MTD at 20; Plaintiff's Opp. to MTD at 29-30; Defendants' Reply in Support of MTD at 10-11; Plaintiff's Sur-Reply to MTD at 9-12.

      Prior to filing this notice, Plaintiff consulted with counsel for Defendants, Brian Stimson, who indicated that Defendants do not oppose its filing.

                                                  Respectfully submitted,

                                                    **BARON & BUDD P.C.**

                                                    By:  */s/ W. Scott Simmer*
                                                    W. Scott Simmer (*pro hac vice*)
                                                    William G. Powers (PA Bar No. 316876)
                                                    Catherine Hancock Dorsey (*pro hac vice* pending)
                                                    Noah M. Rich (*pro hac vice*)
                                                    The Watergate
                                                    600 New Hampshire Ave. NW, 10th Floor
                                                    Washington, DC 20037
                                                    T: 202.333.4562 | F: 202.337.1039

                                                   *Counsel for Plaintiff-Relator Ellsworth Associates, LLP*