IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel.** | : | |
| **ELLSWORTH ASSOC., LLP,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | **NO. 19-2553** |
| | : | |
| **CVS HEALTH CORPORATION, et al.** | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 10th day of March, 2023, upon consideration of Defendants' Motion to Dismiss Plaintiff-Relator's Second Amended Complaint ("SAC") (ECF No. 35), it is hereby **ORDERED** that Defendants' Motion (ECF No. 35) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motion is **GRANTED** with respect to Plaintiff-Relator's claim under Count IV.

2. Defendants' Motion is **DENIED** with respect to Plaintiff-Relator's claims under Counts I, II, and III.

**IT IS ALSO ORDERED** that Defendants' Motion to Amend the Court's Order Unsealing the Second Amended Complaint (ECF No. 40) is **DENIED** as **MOOT**. [1]

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**

---

[1] Given that three of Plaintiff-Relator's claims are now proceeding to the discovery phase, the information in the unredacted SAC can be handled via discovery and the parties, should they choose, can execute a stipulated protective order. Should the parties object to the production of this information in discovery, the proper format would be through discovery motions.