IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. ELLSWORTH ASSOC., LLP, | : : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : : | NO. 19-2553-JMY |
| CVS HEALTH CORPORATION, et al. Defendants. | : : | |

## ORDER

**AND NOW**, this 22nd day of March, 2023, upon consideration of Defendants' Unopposed Request for Extension of Time to Answer, Move, or Respond (ECF No. 51), it is hereby **ORDERED** that Defendants' Request is **GRANTED** as follows—Defendants shall have until Friday, April 7, 2023, to answer, move, or otherwise respond to this Court's Order (ECF No. 50) Granting in Part and Denying in Part Defendants' Motion to Dismiss (ECF No. 35).

**IT IS SO ORDERED.**

BY THE COURT:

_/s/ John Milton Younge_
**JUDGE JOHN MILTON YOUNGE**