| | |
|---|---|
| Date: | March 31, 2023 |
| To: | Honorable John Milton Younge |
| Company: | United States District Court, Eastern District of Pennsylvania |
| Fax: | (267) 299-7368 |
| Telephone: | (267) 299-7360 |
| From: | W. Scott Simmer |
| Total Pages Including Cover: | 2 |

RE: *United States ex rel. Ellsworth Assocs., LLP v. CVS Health Corporation, et al.*, No. 2:19-cv-02553-JMY

**BARON & BUDD, P.C.®**

Fax 214.520.1181
800.222.2766
tel 202.333.4562

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

Dear Judge Younge:
Please find the enclosed correspondence.

Respectfully submitted,
W. Scott Simmer

DALLAS | BATON ROUGE | NEW ORLEANS | LOS ANGELES
SAN DIEGO | CHICO | NEW YORK | WASHINGTON, D.C.

FACSIMILE CONFIDENTIALITY NOTICE: The information in this facsimile message is legally privileged and confidential, and is intended only for use by individual(s) named as recipient(s). Unless you are a named recipient of this facsimile, you should not read, distribute, or otherwise use this facsimile, and you should immediately notify the sender. If you have received this facsimile in error, please notify Baron & Budd by telephone at 214.521.3605 immediately. Thank you.



DALLAS | BATON ROUGE | NEW ORLEANS | LOS ANGELES
SAN DIEGO | CHICO | NEW YORK | WASHINGTON, DC

tel 202.333.4562   600 New Hampshire Ave NW, 10th Floor
fax 202.337.1039   Washington, DC 20037

**VIA FACSIMILE (267-299-7368)**

March 31, 2023

The Honorable John Milton Younge
USDC Eastern District of Pennsylvania
4007 U.S. Courthouse
601 Market St., Courtroom 4-A
Philadelphia, PA 19106

Re:  *U.S. ex rel. Ellsworth Assocs., LLP v. CVS Health Corp., et al.*, No. 2:19-cv-02553-JMY
     Request to Set Rule 16 Conference

Dear Judge Younge,

    Plaintiff-Relator's Counsel respectfully requests the Court set a Rule 16 conference at its earliest convenience. The Court issued its ruling on the Defendants' Motion to Dismiss on March 10, 2023 (Dkts. 48 and 49). Setting the Rule 16 conference will allow the parties to promptly conduct the Rule 26(f) conference and begin discovery.

    Defendants take no position on Plaintiff-Relator's request.

_____
W. Scott Simmer (*pro hac vice*)
William G. Powers (PA Bar No. 316876)
Jennifer Fountain Connolly (*pro hac vice*)
Catherine Hancock Dorsey (*pro hac vice pending*)
Noah M. Rich (*pro hac vice*)
BARON & BUDD, P.C.
600 New Hampshire Ave. NW
Washington, DC 20037
Telephone: (202) 333-4562
Facsimile: (202) 337-1039

*Counsel for Plaintiff-Relator Ellsworth Assocs. LLP*

cc: Counsel of Record (via email)