# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ellsworth Associates, LLP, *United States Of America, Ex. Rel. Ellsworth Associates, LLP* | : : : : | |
| | : | No. 19-cv-2553-JMY |
| v. | : : | |
| CVS Health Corporation, *ET AL* | : | |

**ORDER**

AND NOW, this 7th day of April, 2023, it is hereby ORDERED that the Application for Admission Pro Hac Vice of Michael von Klemperer, Esquire, (ECF No. 55) to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.[1]

BY THE COURT:

/s/ *John Milton Younge*
Judge John Milton Younge

---

[1] This Court's Local Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.