## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ELLSWORTH ASSOCIATES, LLP,<br>　　　　Plaintiff,<br>　v.<br><br>CVS HEALTH CORPORATION, SILVERSCRIPT INSURANCE COMPANY LLC, CVS CAREMARK CORPORATION, and CVS PHARMACY, INC.,<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 19-CV-2553<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of Joe H. Tucker, Jr., Esquire as co-counsel on behalf of Plaintiff, United States of America, ex rel. Ellsworth Associates, LLP, in the above-captioned matter.

**TUCKER LAW GROUP, LLC**

Dated: April 18, 2023

By: /s/Joe H. Tucker, Jr.
Joe H. Tucker, Jr., Esquire
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA  19103
(215) 875-0609
jtucker@tlgattorneys.com

## **CERTIFICATE OF SERVICE**

      I, Joe H. Tucker, Jr., Esquire, certify that a copy of the foregoing was filed electronically through the Court's ECF system and that such filing generates a notice of filing which constitutes service on all counsel of record.

Dated:   April 18, 2023                                  /s/ Joe H. Tucker, Jr.
                                                                                     Joe H. Tucker, Jr., Esquire