UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ELLSWORTH ASSOCIATES, LLP,<br>　　　　　Plaintiff,<br>v.<br><br>CVS HEALTH CORPORATION, SILVERSCRIPT INSURANCE COMPANY LLC, CVS CAREMARK CORPORATION, and CVS PHARMACY, INC.,<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 19-CV-2553<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

　　Kindly enter the appearance of Scott E. Diamond, Esquire as co-counsel on behalf of Plaintiff, United States of America, ex rel. Ellsworth Associates, LLP, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　**TUCKER LAW GROUP, LLC**

Dated:　April 18, 2023　　　　　　　　By: /s/Scott E. Diamond
　　　　　　　　　　　　　　　　　　　　Scott E. Diamond, Esquire
　　　　　　　　　　　　　　　　　　　　Ten Penn Center
　　　　　　　　　　　　　　　　　　　　1801 Market Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　(215) 875-0609
　　　　　　　　　　　　　　　　　　　　sdiamond@tlgattorneys.com

## **CERTIFICATE OF SERVICE**

I, Scott E. Diamond, Esquire, certify that a copy of the foregoing was filed electronically through the Court's ECF system and that such filing generates a notice of filing which constitutes service on all counsel of record.

Dated:   April 18, 2023                              /s/ Scott E. Diamond
                                                                  Scott E. Diamond, Esquire