IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. ELLSWORTH ASSOCIATES, LLP,<br><br>　　　　　　　Plaintiff-Relator,<br><br>v.<br><br>CVS HEALTH CORPORATION, *et al*.,<br><br>　　　　　　　Defendants. | Case No.: 2:19-cv-02553-JMY |

## ORDER

**AND NOW**, this _____ day of _____, 2023, upon consideration of Relator's Rule 12(f) Motion to Strike Defendants' Affirmative Defenses, it is hereby **ORDERED** that Relator's Motion is **GRANTED** and the CVS Defendants' First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Twelfth Affirmative Defenses are, accordingly, **STRICKEN**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE JOHN MILTON YOUNGE**