

May 3, 2023

**VIA FACSIMILE**

The Honorable John Milton Younge
USDC Eastern District of Pennsylvania
4007 U.S. Courthouse
601 Market Street, Courtroom 4-A
Philadelphia, PA 19106

Re:  *U.S. ex rel. Ellsworth Assocs., LLP v. CVS Health Corp., et al.*, 2:19-cv-02553-JMY

Dear Judge Younge,

    Defendants write to request an for extension of time in this matter, pursuant to Rule A.1 of your Policies and Procedures for General Matters, Civil Cases and Criminal Cases.

    We request a 21-day extension of CVS Health Corporation's, CVS Pharmacy, Inc.'s, SilverScript Insurance Company, LLC's, and CVS Caremark Corporation's ("CVS Defendants") time to oppose Relator's Motion to Strike Affirmative Defenses (ECF No. 60) moving the deadline from May 12, 2023, to June 2, 2023.  No prior request has been made for this relief.

    The parties have met and conferred regarding this request, and Relator has informed Defendants that Relator consents. We thank the Court for its attention to this matter.

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Jennifer B. Routh*
    Lesli C. Esposito (PA Bar No. 201916)
    Jennifer Routh (admitted *pro hac vice*)
    Brian Stimson (admitted *pro hac vice*)
    Crystal Fomba (admitted *pro hac vice*)
    500 North Capitol Street, NW
    Washington, DC 20001-1531
    T: 202.756.8000 | F: 202.756.8087

*Counsel for Defendants CVS Health Corporation, CVS Pharmacy, Inc., SilverScript Insurance Company, LLC, and CVS Caremark Corporation*

cc:    Counsel of Record (Via E-Mail)