IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLSWORTH ASSOC., LLP, U. S. OF A., | : | |
| EX. REL. ELLSWORTH ASSOC., LLP, | : | No.   19-cv-2553-JMY |
| | : | |
| v. | : | |
| | : | |
| CVS HEALTH CORP., *et al.*, | : | |

### SCHEDULING ORDER

**AND NOW**, this  23rd  day of May, 2023, it is **ORDERED** as follows:

1. The parties shall comply with the following deadlines:

   a. All fact discovery shall be completed by **Friday, February 23, 2024.**

   b. The parties shall produce their expert report(s) by **Thursday, April 4, 2024**; rebuttal expert report(s) shall be produced by **Friday, May 3, 2024;** all expert discovery, including all depositions of expert witnesses, shall be completed by **Monday, June 24, 2024**.

   c. All motions for summary judgment and *Daubert* motions shall be filed no later than **Friday, August 23, 2024**.  Responses to such motions shall be filed no later than **Wednesday, September 25, 2024.**

2. This case is referred to United States Magistrate Judge Carol Sandra Moore-Wells for settlement purposes.  Judge Moore-Wells will contact counsel to initiate the settlement process.  As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

3. A Final Pretrial Conference will be held on **Tuesday, January 7, 2025 @ 10:00 A.M.**  Counsel shall appear by remote video and will be notified by Chambers via email with instructions on how to participate remotely.  No later than **seven (7) days before the Final Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance with Local

Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures.  A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

      4.      Counsel are referred to Judge Younge's operating procedures for further information:  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**

BY THE COURT:

/s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**