

| | |
|---|---|
| DALLAS \| BATON ROUGE \| NEW ORLEANS \| LOS ANGELES | |
| SAN DIEGO \| CHICO \| NEW YORK \| WASHINGTON, D.C. | |

600 New Hampshire Avenue NW
The Watergate
Suite 10-A
Washington, DC 20037
tel 202.333.4562
fax 214.523.6600

Home Office:
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281
800.222.2766
tel 214.521.3605
fax 214.523.6600

VIA ECF & FAX

June 6, 2023

The Honorable John Milton Younge
United States District Court, E.D. Pa.
15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 15-B

Re: *U.S. ex rel. Ellsworth Associates, LLP v. CVS Health Corp., et al.* (2:19-cv-2553)
Unopposed Request for Extension of Time to File Reply in support of Motion to Strike Affirmative Defenses

Dear Judge Younge:

Relator writes to a request a one-week extension of time to file its reply in support of its Motion to Strike Affirmative Defenses (ECF No. 60). Relator's reply is currently due this Friday, June 9. With the requested extension, the reply would be due Friday, June 16.

Relator has conferred with Defendants who consent to this request.

Sincerely,

W. Scott Simmer

*Counsel for Relator Ellsworth Associates, LLP*

cc: Counsel of Record (via email)