**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELLSWORTH ASSOCIATES, LLP, <br><br> Plaintiff-Relator, <br><br> v. <br><br> CVS HEALTH CORPORATION, *et al.*, <br><br> Defendants. | Case No.: 2:19-cv-02553-JMY |

**ORDER**

**AND NOW**, this _____ day of _____, 2023, upon consideration of the parties' Joint Motion to Designate Magistrate Judge, it is **ORDERED** that the Motion is **GRANTED** and United States Magistrate Judge Carol Sandra Moore Wells is hereby designated, pursuant to 28 U.S.C. § 636(b)(1)(A) and L. Civ. R. 72.1, to hear and determine discovery disputes in the above-captioned matter.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**CHIEF JUDGE JUAN R. SÁNCHEZ**