

mwe.com

Ted Diskant
Partner
ediskant@mwe.com
+1 212 547 5754

June 30, 2023

**VIA FACSIMILE**

The Honorable John Milton Younge
USDC Eastern District of Pennsylvania
4007 U.S. Courthouse
601 Market Street, Courtroom 4-A
Philadelphia, PA 19106

Re: Joint Request for an Extension of Time to Select a Discovery Master in *United States of America ex rel. Ellsworth Assocs., LLP v. CVS Health Corp., et al.*, 2:19-cv-02553-JMY

Dear Judge Younge:

We write on behalf of all parties to jointly requesting an extension of time in the above-captioned action, pursuant to Rule A.1 of your Honor's Policies and Procedures for General Matters, Civil Cases and Criminal Cases.

On June 23, 2023, the Court ordered that the parties meet and confer on the appointment of a Discovery Master to supervise and facilitate the parties' discovery issues (the "June 23 Order"). The Court ordered that the parties' respond within 14 days, or by Friday, July 7.

Consistent with that Order, the parties recently met and conferred on this issue and intend to do so again before submitting a proposal for the Court's consideration. So as to permit sufficient time for those meet and confer discussions to occur, the parties respectfully request a brief extension of time, until Wednesday, July 12 to do respond to the Court's June 23 Order. No prior request has been made for this relief. The parties thank the Court for its attention to this matter.

Respectfully submitted,

By: _____
MCDERMOTT WILL & EMERY LLP
Edward B. Diskant (pro hoc vice)
One Vanderbilt Avenue
New York, NY 10017
(646) 390-0877

McDermott
Will & Emery

One Vanderbilt Avenue  New York NY 10017-3852  Tel +1 212 547 5400  Fax +1 212 547 5444
US practice conducted through McDermott Will & Emery LLP.

DM_US 192862193-1.086317.0081

**Error! No text of specified style in document.**
Page 2

    Lesli C. Esposito (PA Bar No. 201916)
    Jennifer B. Routh (*pro hac vice*)
    Brian Stimson (*pro hac vice*)
    Theodore E. Alexander (*pro hac vice*)
    Crystal Fomba (*pro hac vice*)
    500 North Capitol Street, NW
    Washington, DC 20001
    (202) 756.8000

    Russell Hayman (*pro hac vice*)
    2049 Century Park East, Suite 3200
    Los Angeles, CA 90067
    (310) 551-9334

    *Counsel for Defendants*
    *CVS Health Corporation;*
    *CVS Pharmacy, Inc.;*
    *SilverScript Insurance Company, LLC; and*
    *CVS Caremark Corporation*

cc:    Counsel of Record (Via E-Mail)

**McDermott**
**Will & Emery**