## AFFIDAVIT OF BRUCE P. MERENSTEIN
## TENDERED PURSUANT TO FED. R. CIV. P. 53

STATE OF PENNSYLVANIA          )

                                      ) ss.          **AFFIDAVIT**

COUNTY OF PHILADELPHIA    )


        Bruce P. Merenstein, being duly sworn according to law, states the following:

        I am an attorney at law, duly licensed to practice law in the Commonwealth of Pennsylvania.

        I have thoroughly familiarized myself with the issues and parties involved in the matter captioned *United States of America ex rel. Ellsworth Assoc., LLP v. CVS Health Corp. et al.*, No. 2:19-cv-02553-JMY (E.D. Pa.). As a result of my knowledge of this case, I can attest and affirm that there are no non-disclosed grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as a Master in the captioned matter.

        FURTHER AFFIANT SAYETH NAUGHT.

                                         BRUCE P. MERENSTEIN


Sworn to before me and
Subscribed in my presence
this 4th day of August , 2023.


Notary Public

Commonwealth of Pennsylvania - Notary Seal
Mya Y. Sparkman, Notary Public
Philadelphia County
My Commission Expires 09/27/2025
Commission Number 1408712

## **CERTIFICATE OF SERVICE**

I, Bruce P. Merenstein, hereby certify that I caused a true and correct copy of the foregoing Affidavit Pursuant to Rule 53 of the Federal Rules of Civil Procedure to be filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system, and the filing is available for viewing and downloading from the ECF system.

Dated: August 7, 2023                              */s/ Bruce P. Merenstein*