IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELLSWORTH ASSOCIATES, LLP,<br><br>                 Plaintiff-Relator,<br><br>   v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>                 Defendants. | Case No.: 2:19-cv-02553-JMY |

**NOTICE REGARDING AMENDMENT OF COMPLAINT
WITH DEFENDANTS' CONSENT**

Plaintiff-Relator Ellsworth Associates, LLP hereby provides notice that it has obtained written consent from the CVS Defendants to amend its complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). Based on information provided by the CVS Defendants, the contemporaneously filed Third Amended Complaint adds Caremark LLC and CVS Caremark Part D Services LLC as parties and identifies CVS Caremark Corporation as the former name of CVS Health Corporation.

1

Dated:  August 7, 2023

<u>*/s/ W. Scott Simmer*</u>

W. Scott Simmer (*pro hac vice*)
William G. Powers (PA Bar No. 316876)
Michael von Klemperer (*pro hac vice*)
BARON & BUDD, P.C.
The Watergate
600 New Hampshire Ave. NW,
10th Floor
Washington, DC 20037
Telephone: (202) 333-4562
Facsimile: (202) 337-1039

Joe H. Tucker, Jr., Esquire
Scott E. Diamond, Esquire
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 875-0609
jtucker@tlgattorneys.com
sdiamond@tlgattorneys.com

*Counsel for Relator Ellsworth Associates, LLP*

## CERTIFICATE OF SERVICE

I certify that on August 7, 2023 this document was filed electronically, that it is available for viewing and downloading from the ECF system, and that all counsel of record will be served by the ECF system.

*/s/ W. Scott Simmer*