# EXHIBIT 1

# CAREMARK INC.

## PARTICIPATING PHARMACY ADMINISTRATIVE MANUAL

CVS-002944

**Contents:**

**Introduction**

**Section 1: ON-LINE BILLING (Billing Guidelines)**
>       **Section 1.1 Caremark ID Card**
>       **Section 1.2 Programs with Deductibles or Maximums**
>       **Section 1.3 Plan Limitations**
>       **Section 1.4 Days Supply: The Need for Accuracy**
>       **Section 1.5 Submission of Insulin**
>       **Section 1.6 Dispensing Limitations for Inhalers**
>       **Section 1.7 Drugs with Unusual Submission Requirements**
>       **Section 1.8 Quantities**
>       **Section 1.9 Claims Processing System Transmission Requirements**
>       **Section 1.10 Dispense as Written (DAW)**
>       **Section 1.11 Drug Utilization Review (DUR)**
>       **Section 1.12 Formulary Compliance**
>       **Section 1.13 NDC number**

**Section 2: AUDIT GUIDELINES**
>       **Section 2.1 Time Frames**
>       **Section 2.2 Prescription Hard Copies**
>       **Section 2.3 Signature Log**
>       **Section 2.4 Dispensing Limitations**
>       **Section 2.5 Customary Charge**
>       **Section 2.6 Dispense as Written (DAW)**
>       **Section 2.7 Miscellaneous**

**Section 3: Submitting Compounds**
>       **Section 3.1 Progesterone Compounds**

**Section 4: HELP DESK**

CVS-002945

## Introduction

The Caremark Pharmacy Administrative Manual ("Manual") is intended to be a guide for retail pharmacists to assure the highest quality, efficient, and cost-effective Pharmaceutical Services are provided to Caremark Participants.

The defined terms in the Agreement will have the same meaning as used in this Manual.  The Manual also provides the pharmacist basic information to prevent inappropriate billing practices and answers to common billing questions.

The Caremark Pharmacy Administrative Manual is not designed to cover all circumstances or issues, nor is it a replacement for sound clinical judgement.  In the event that the manual and the Caremark Participating Pharmacy Agreement ("Agreement") differ, the Agreement will supersede the Manual.

Although efforts are made to keep the information current, this Manual is subject to change without notice, and the latest version of the Manual will available at www.Caremark.com, click Healthcare Professionals, and then click on Retail Pharmacies.  If there are any questions, please contact the retail pharmacy help desk at 1-800-421-2342.

CVS-002946

# Section 1:  ON-LINE BILLING (Billing Guidelines)

### 1.1. Caremark Identification Card

The Caremark identification card is not a guarantee of Participant eligibility. Caremark has standardized its identification card format to assist Pharmacy in recognizing a Participant using Caremark's networks.  Below is an example of a standard Caremark Identification card.



| Participant ID and Name | Pharmacy Plan and group inputs | Plan Participant Help Line |

### 1.2. Programs with Deductibles or Maximums

Some Plans include a maximum benefit (when coverage stops) or require Participants to meet an annual deductible (before coverage begins). So that Caremark can accurately track an unpaid deductible, the pharmacist must transmit each claim via the on-line system. Caremark will reimburse the Pharmacy directly for claims transmitted, if claim submitted within 30 days of date of service, before a maximum benefit is diminished or after a Participant meets the deductible.

### 1.3. Plan Limitations

Claims submitted on-line which exceed Plan limits for days supply or quantity dispensed will reject with the message, PLAN LIMITATIONS EXCEEDED or similar language. The reject message may include the actual limits.
For example: Maximum days supply 30
Pharmacists are responsible for entering the correct days supply of medication. For example, the days supply for 25 doses of medication, taken 25 per month, is 30 days. The days supply for 4 patches, applied once weekly, is 28 days.

CVS-002947

| |
|---|
| Example: **Premarin 0.625 mg** |
| **Sig: 1 tab on days 1-25 each month** |
| **Disp: Number 25** |
| This is a 30 days supply of medication. |
| Example: **Lariam** |
| **Sig: One per week** |
| **Disp: Number 4** |
| This is a 28-days supply of medication. |

### 1.4. Days Supply: The Need for Accuracy

If the prescribing provider indicates, "as directed," you will need to determine the dosing schedule in order to submit the correct days supply with the claim.  Talk with the Participant or call the Prescribing Provider to determine the appropriate amount to dispense. Claim reimbursement is based on quantity dispensed. Moreover, to provide appropriate pharmaceutical consultation, you must be sure the Participant understands how much and how often the medication is to be taken.

### 1.5. Submission of Insulin

Use actual NDC numbers of insulin dispensed.
Some Participants require two types of insulin (i.e., NPH or regular). Often both medications appear on the same prescription. Since each drug has a unique NDC number, separate the prescription into two claims, submit both and collect two copays.

### 1.6. Dispensing Limitations for Inhalers

When submitting a claim on-line, enter the quantity to be dispensed exactly as written by the Prescribing Provider on the prescription form. Dispensing limitations vary widely among Caremark Plans.
Depending on the Participant's medical condition, it may be necessary to dispense more than one inhaler. If Plan design limitations, allow and the Prescribing Provider writes accordingly, the Participant may obtain more than one inhaler per prescription.

### 1.7. Drugs with Unusual Submission Requirements

Claims for these drug products frequently result in incorrect reimbursement. To help avoid charge backs, see the following examples:

CVS-002948

| Drug Name | Unusual Features | Commonly Prescribed Dosage | Submit This Quantity To Caremark: | Corresponding Days Supply To Submit: |
|---|---|---|---|---|
| Elimite® Eurax® (Treatment of scabies) | May be ordered for all members of a family on 1 prescription blank | 1 treatment course per person | Submit separate claim for each individual in family | Elimite: 1 Eurax: 2 |
| Lariam® | Prophylaxis dosage: 1 tablet per week | 4 tablets per month | 4 | 28 |
| Prevpac® | 8 pills blister-packed on single card; 14 cards in each package | 1 card per day for 14 days | 14 | 14 |
| Preven® | Kit with 1-day supply | 2 tablets at once; 2 tabs 12 hours later | 1 | 1 |
| Pulmicort® | No gm indicated on inhaler or package label; 200 actuations contained in single inhaler | 8 actuations per day | 1 | 25 |
| Xalantan Ophth Drops | Approx. 83 drops per vial | 1 drop in each eye at bedtime | 2.5 MDQ | 30 |
| Sporanox® (Pulse treatment for fingernails only) | Indicated as 2 treatment pulses, each consisting of 1 week of treatment and 3 weeks without drug. | 2 capsules twice daily for 1 week at the beginning of each 4- week period. | 28 Submit claim for refill for 2nd month's treatment | 28 |

**1.8. Quantities**

Using NCPDP Version 3.2A, both metric quantity (MQ) and metric decimal quantity (MDQ) can be sent.  Using NCPDP Version 5.1 only the MDQ should be sent. The billed price must be accurate on a decimal quantity basis regardless of the quantity specified in the MQ field.

**1.9. Claim Processing System Transmission Requirements**

See Caremark's NCPDP version 5.1 payer sheet located on the Web at www.Caremark.com, then click **Healthcare Professionals**, and then click **Retail Pharmacy** for correct methods of claim submission.

CVS-002949

### 1.10.    Dispense as Written (DAW)

CAREMARK supports the NCPDP standard (Dispense As Written) DAW codes. To ensure accurate reimbursement, always include the correct (DAW) code when you submit a claim.

Claims submitted to Caremark with DAW codes of 3-6 or 8-9 will be adjudicated similarly to a DAW 0. If necessary, contact your software vendor for needed alterations to your pharmacy system.

Claims for code DAW 7 may reject as an "Invalid" DAW code. Contact the Prescribing Provider. to see if a generic can be dispensed.  If the Prescribing Provider instructs you to dispense the brand, then submit the claim with a DAW 1 code or if the Participant indicates the desire for the brand, submit the claim with a DAW 2 code and note the outcome clearly on the hard copy of the prescription.

| Dispense As Written (DAW) |
|---|
| **DAW 0 - NO DISPENSE AS WRITTEN (Substitution Allowed)** (or no product selection indicated)<br>• Use the DAW 0 code when dispensing a generic drug; that is, when no party (i.e., neither Prescribing Provider, nor pharmacist, nor Participant) requests the branded version of a multi-source product.<br>• Use the DAW 0 code when dispensing a multi-source generic, even if the Prescribing Provider indicates the DAW code for the generic product and does **not** specify a manufacturer.<br>• Also, use the DAW 0 code when dispensing single-source brands (e.g., Lipitor®), because generic substitution is not possible. |
| **DAW 1 – PHYSICIAN writes DISPENSE AS WRITTEN**<br>• Use when the **Prescribing Provider** specifies the branded version of a drug on the hard copy prescription or in the orally communicated instructions.<br>• If Participant requests brand, and it is not a Prescribing Provider-initiated instruction, transmit the DAW 2 code. (See following instruction.) |
| **DAW 2 - PATIENT REQUESTED**<br>• Use this code when the **Participant** requested the branded drug even though the original prescription did not indicate "Dispense As Written". |
| **DAW 3 - PHARMACIST SELECTED BRAND** |
| **DAW 4 - GENERIC NOT IN STOCK** |
| |

CVS-002950

<table>
<tr><td colspan="1"><strong>Dispense As Written (DAW) continued</strong></td></tr>
</table>

| **Dispense As Written (DAW) continued** |
| --- |
| **DAW 5 - BRAND DISPENSED, PRICED AS GENERIC**<br>• Use when dispensing a brand as a generic.<br>• Claims submitted with DAW 5 will be reimbursed at the generic price. |
| **DAW 6 - OVERRIDE** |
| **DAW 7 - SUBSTITUTION NOT ALLOWED; BRAND MANDATED BY LAW** |
| **DAW 8 - GENERIC NOT AVAILABLE** |
| **DAW 9 - OTHER** |
| **Remember: Most Participants have a choice between brand and generic drugs. However, in some programs, the Participant will pay the difference between the cost of the brand and the available generic drug. Accordingly, correct DAW submissions indicate if a penalty is applicable.** |

## 1.11.  Drug Utilization Review (DUR)

DUR edits are designed to support your professional role in providing quality care and clinical services to Participants whose prescription benefit is administered by Caremark.

When the DUR program detects a potential therapeutic problem for a Caremark claim, you will receive an on-line message via the on-line system. Thus, you have a professional obligation to and resolve a potential problem before dispensing the drug, which may require consulting the Prescribing Provider.

Patient drug profiles used for DUR analysis are developed from prescription records processed by Caremark. In this way, DUR helps to monitor therapeutic conflicts between the prescription you are currently filling and other prescriptions received by that Participant, which were processed by Caremark. It is extremely important to thoroughly document your DUR-related actions and subsequent Prescribing Provider comments and instructions. This is a permanent record of your professional follow-through in response to DUR messages.

## 1.12.  Formulary Compliance

Pharmacy is notified via an on-line response when a claim is submitted for formulary and non-formulary products.  If a non-formulary product is prescribed the Pharmacy should (upon consent of the Participant) contact the Prescribing Provider and request that the formulary product be prescribed.

CVS-002951

**1.13.    NDC Number (National Drug Code)**
Pharmacies should always submit to Caremark the exact 11-digit NDC number of the actual package size of the Product dispensed.


# Section 2:    AUDIT GUIDELINES

Caremark has the right to examine prescription information and other related information, during normal business hours as set forth in the Participating Pharmacy Agreement.  If Caremark is denied admission to the Pharmacy or if Pharmacy does not present prescription records, signature logs and supporting documentation, Caremark has the right to charge back 100% of the reimbursed claims.

If Caremark selects your Pharmacy for an audit you will receive a notification letter approximately two weeks in advance.  The notice may be closer to the date in certain circumstances.

Below is information to help you avoid problems and prepare for the audit.

**2.1 Time Frame**
The time frame for an audit may encompass all retained records; normally, an auditor will review claims dispensed during the past three years.
Caremark will audit claims paid, not necessarily filled during the audit period in question.

**2.2 Prescription Hard Copies**
2.2.1 A hard copy of each prescription must be readily retrievable upon request.
2.2.2  Prescriptions for insulin and/or syringes must contain complete documentation of items and quantities dispensed.
2.2.3  Prescription hard copies must be updated yearly unless state pharmacy law in which Pharmacy is located specifically allows a prescription to be refilled after more than one year has passed.
2.2.4  A prescription hard copy must be maintained for every prescription for three years or longer as required by state law. The hard copy (original and any updates) of the prescription, including telephone prescriptions, must contain data elements required by state pharmacy laws in which Pharmacy is located and all of the Prescribing Provider's instructions— including DAW code instructions — that support your claim transmission.

**2.3  Signature Log**
2.3.1  Pharmacy shall require the signature of the Participant or the Participant's representative on a permanent record before dispensing any prescription.
2.3.2  At each Pharmacy location, Pharmacy shall maintain a hard copy or electronic signature log which states the following:  (i) the prescription number; (ii) the date the Product is received by the Participant; and (iii) the

CVS-002952

signature of each Participant who receives a Product or the signature of his/her designee.

2.3.3  A log in date order must be maintained for all claims submitted on-line to Caremark.

2.3.4  Signature logs must be maintained for three years or longer—corresponding to the state pharmacy laws in which Pharmacy is located for retaining prescription hard copies. The logs must be available for inspection and audit by a representative of Caremark and/or its designated agent.

## 2.4  **Dispensing Limitations**

2.4.1  Enter the quantity to be dispensed exactly as written on the prescription form.

2.4.2  A 30-day supply is no longer standard; some programs permit up to 90-day quantities. Always transmit the appropriate days supply and allow the on-line system to communicate the allowable days supply.

2.4.3  Note subsequent changes or refill authorizations approved by the Prescribing Provider on the hard copy, or in a readily retrievable electronic format, acceptable by the State Board of Pharmacy in which Pharmacy is located.

## 2.5  **Customary Charge**

Customary Charge means the usual and customary price charged by Pharmacy to the general public at the time of dispensing, including any advertised or sale prices, discounts, coupons or other deductions.

## 2.6  **Dispense As Written (DAW) Audit Issues**

2.6.1  Incorrect DAW codes are the most common cause of pharmacy charge backs and may lead to removal from the network.

2.6.2  When an auditor cites a prescription for a missing or incorrect DAW code, follow-up documentation is not permitted.

2.6.3  A transmitted DAW 1 code must be supported on the prescription hard copy (original and update).

2.6.4  No DAW 1 code defaults should be set.

2.6.5  A DAW 2 code should be transmitted when the Participant requests that the Prescribing Provider be contacted to obtain approval for a brand drug when the Prescribing Provider did not initially mandate dispense as written.

CVS-002953

**2.7  Miscellaneous**

2.7.1  Claims are adjudicated based on data provided to Caremark. If a claim is adjudicated based on incorrectly submitted data, an adjustment may be necessary.

2.7.2  Transmit the data as listed on the prescription and as ordered by the Prescribing Provider. Proper submission of days supply, quantity (obtain and document "as directed" instructions), NDC number, eligibility information, etc.

2.7.3  Transmit DAW 1 code only when initially authorized by the Prescribing Provider; the prescription hard copy (including hard copies documenting phoned-in prescriptions) must support a DAW 1 code.

2.7.4  Obtain a signature on the signature log.

2.7.5  Reverse claims that are not dispensed to the Participant or their designated agent.

2.7.6  Transmit proper Participant information, including relationship code, sex and proper Prescribing Provider identification number.

2.7.7  Pharmacy must charge the Participant the Co-payment amount indicated in the on-line response.

2.7.8  Pharmacy has 14 days from the receipt of the audit report to provide appropriate documentation to justify the audit discrepancies identified in the audit, pursuant to audit guidelines.

2.7.9  Caremark may deny payment for unsupported claims or missing signatures.

2.7.10 Caremark may satisfy an unpaid audit liability by any of the following methods which may include but are not limited to: request for a check, offset against future claims payment and use of a collection agency.

2.7.11 Caremark has the right to assess reasonable fines, penalties and fees to cover unexpected costs.

# Section 3        Submitting Compounds

One of the items in the compound must be a legend drug.  Caremark does not accept invalid NDCs for any compounds.  When prompted for the NDC number, enter the NDC number of the most expensive legend drug in the compound per unit (capsule, tablet, gram, or ml). · When prompted for quantity, enter the total quantity of the final product dispensed.

When submitting for ingredient cost, enter the combined cost of all ingredients. The combined cost shall not include labor costs, equipment costs, delivery charges, professional fees, etc.

As with all claims, submit Pharmacy's Customary Charge.

To prevent audit charge backs, make sure your software is not programmed to place an amount in the ingredient cost field that is equal to the AWP of the most expensive NDC multiplied by the final product quantity.

CVS-002954

Change the compound indicator to indicate that the prescription is a compound. Powdered oral antibiotics that are mixed with distilled or tap water are not considered compounds.

**3.1  Progesterone Compounds**

Caremark does not allow the use of invalid NDC numbers for progesterone suppositories, suspensions and vaginal capsules used in compounding. Use the actual NDC number and submit the claim as you normally submit a compound.

# Section 4: Caremark Help Desk

The Caremark pharmacy help desk is available 24/7/365 days a year with regularly scheduled down times.

The phone number is 1-800-421-2342.

CVS-002955

# EXHIBIT 2

Welcome back, Alexandra! (Log out)

**advocacy network**

**About   Our Priorities**

# Affordable Medication

**By increasing competition, we can keep drug costs low, making sure our patients can afford to take their medications and stay healthy.**

**Get Involved   FAQ**



At CVS Health, we believe common sense, market-oriented reforms that promote competition are key to making prescription drugs affordable and reducing overall health care costs. Healthy competition in the pharmaceutical industry, it allows us to negotiate lower prescription drug prices and give less expensive, clinically-equivalent alternatives to patients.

The pharmacy management tools we use lower costs. Thanks to pharmacy benefit managers like CVS Caremark, American consumers and plan sponsors will save $654 billion from 2016 to 2025. Most importantly, when prescriptions are more affordable, patients are more likely to keep taking them – and that leads to healthier people and communities.

CVS-001427



Studies have shown that **greater medication adherence for chronic disease** could save over **$300 billion in unnecessary medical costs** each year and **save tens of thousands of lives.**

(Source: Thinking outside the pillbox, New England Healthcare Institute. August 2009.)

Today, more competition is needed to counter rising drug prices and there are several policies we can adapt to clear the path for more competition and more affordable drugs:

### Increase Competition in the Marketplace

1. Speed the Food and Drug Administration's (FDA) approval of generic drugs.
2. Expedite FDA review for drugs with no competition.
3. Increase the availability of biosimilars.
4. Curb anti-competitive practices like "pay-for-delay" agreements that block generic drug competition.
5. Allow generic and biosimilar manufacturers to obtain samples of branded drugs to help facilitate competition.

### Increase Competition in Medicare Part D

### Increase Transparency and Support

The simple truth: Patients lose access when they can't afford their medications. By increasing competition, we can lower costs, increase access, and drive continued innovation.

« Back

CVS-001428

Privacy Policy    Contact Us    © Copyright 1999 - 2019 CVS Health

CVS-001429

# EXHIBIT 3

**Medicare Part D – Single-Source Generics (SSGs)**
**Frequently Asked Questions**
**Internal Use Only. Not for Distribution.**
**March 2017**

<u>Background</u>

Generic prescription drugs are typically the lowest-cost option when compared to brand-name prescription drugs. Clients promote the use of generics to help plan beneficiaries save money. Pricing for new single-source generic drugs has historically been quite high due to exclusivity.

Uncertainty in the timing of single-source generic launches can present planning and budgetary challenges for Med D plans. Generic launch dates can be unpredictable, making annual formulary planning difficult. Initially, pricing for single-source generics may be similar to the brand until other manufacturers enter the market and negotiated rebates can be adversely affected.

A single-source generic (SSG) strategy is a cost-containment strategy that may involve maintaining the brand drug in an existing tier or moving the brand drug to a lower tier and excluding the generic drug from the formulary.

- Placing the brand on a lower tier on the plan formulary can bring clients additional rebates which can lower their overall plan costs
- This will also produce savings for members through lower copays in the initial coverage level
- Once multi-source generics become available at a more competitive price, formulary coverage typically is updated to cover the generic drug

In 2016, we estimate that clients participating in the SSG program had average total drug cost savings that ranged from $22.52 to $272.85. Please note that client results will vary based on plan design, formulary status, demographic characteristics and other factors.

**How the SSG Strategy Works**
Once a generic is available, CVS Caremark will apply one of two strategies, based on financial benefits to members:
- Do not include the SSG on the formulary; maintain the branded drug in the existing tier **OR**
- Do not include the SSG on the formulary; down tier the brand and reduce the member copay
  **Note: the typical period of exclusivity for a generic manufacturer is 180 days.**

**Important Updates to the SSG Strategy: Effective 1/1/18**
The evaluation, analysis and implementation of an SSG strategy requires considerable resources to help ensure the approach is appropriate and successful for participating clients. The increasing complexity of this process is requiring additional resources and can no longer be offered to clients without a fee. Effective January 1, 2018, a $15K per launch fee will continue to be applied for the SSG program.
- This program will now be available to **all** clients, provided criteria are met and the fee is paid
- Clients must opt into the entire program for the full year; they cannot join or leave mid-year or choose drug-by-drug participation. They may, however, disenroll for the following calendar year.
- Payment is due at year end and will be based on the number of launches per year

Please be aware, there are new eligibility criteria (see Q2 under Client Eligibility section) that must be met by clients in order to participate and clients must make a decision to participate by May 5, 2017 (for a 1/1/18 effective date). If we do not hear back by May 5, 2017, it will be assumed that the client will not participate for calendar year 2018.

1

Internal Use Only documents are for verbal communication only and should not be shared in writing with clients, consultants or any other external audience. The contents should *not* be cut and pasted into any written communication or email.
This document contains references to brand-name medical products that are trademarks or registered trademarks of companies not affiliated with CVS Caremark.
5246-37636C  032917

CVS-002069

**Medicare Part D – Single-Source Generics (SSGs)**
**Frequently Asked Questions**
**Internal Use Only. Not for Distribution.**
**March 2017**

**GENERAL QUESTIONS**

**Q1:** Why is there now a fee?
**A1:** CVS Caremark will begin charging a yearly fee for the administrative work that is required to implement this program. Many programs may be initially offered with no fee, but as the programs grow in adoption and complexity, additional resources are required to help ensure the approach is successful for all clients included.

**Q2:** What is the fee? How did we determine the fee? Will it stay the same each year?
**A2:** The annual fee will be based on the number of SSG launches in 2018. The charge per launch is $15,000 per client regardless of size. We will re-evaluate the yearly fee each year. NOTE: Clients may not pick and choose drug launches to participate in. If they opt in for the year, they will participate in and pay for all launches in that year.

**Q3:** When and how is the fee paid?
**A3:** The fee is paid at the end of the year and is based on the number of launches during the year.

**Q4:** What happens if there are no drug launches in a given year?
**A4:** There will be no charge to the client if there are no launches in a given year.

**Q5:** When is the change effective? What if my client can't make a decision by 5/5/17?
**A5:** The change is effective 1/1/18. **Client decisions must be made by 5/5/17** in order to appropriately request proper Centers for Medicare & Medicaid Services (CMS) formulary submission identifications that are required for opt-in carriers. If we do not hear back from a client by May 5, 2017, it will be assumed that the client will not participate for calendar year 2018.

**Q6:** Who is affected by this change?
**A6:** All Medicare Part D health plan clients (those that opted in and opted out) are impacted. Current opt-in clients will have to pay a yearly fee to participate and must meet new strict criteria to continue opt-in status/participation in the program or be disenrolled from the program. Current opt-out clients may now choose to participate in 2018 if they meet the criteria and pay a yearly program fee.

**Q7:** Is this program only for Medicare Part D? What about commercial, employer group waiver plans (EGWPs), Medicaid or exchange business?
**A7:** This approach is for Medicare Part D plans only, as it is implemented only when the 50 percent manufacturer discount in the Medicare Part D coverage gap applies. It is not for commercial, Medicaid or exchange business, and cannot be applied to EGWPs due to complications with enhanced OHI (other health insurance) benefits and meeting the manufacturer rebate obligations. The approach also cannot be implemented with Medicare Part D clients that have their EGWP formulary imbedded in the same carrier as their health plan formulary.

**Q8:** Will all clients be required to pay the fee?
**A8:** Yes, ALL clients enrolling in the SSG program are required to pay the annual fee and must meet the criteria to participate.

**Q9:** Will you grandfather existing opt-in clients?
**A9:** No, we will not grandfather existing opt-in clients. Current opt-in clients will have to pay the annual fee to participate and must meet new strict criteria or be disenrolled from the program.

2

Internal Use Only documents are for verbal communication only and should not be shared in writing with clients, consultants or any other external audience. The contents should *not* be cut and pasted into any written communication or email.
This document contains references to brand-name medical products that are trademarks or registered trademarks of companies not affiliated with CVS Caremark.
5246-37636C  032917

**Medicare Part D – Single-Source Generics (SSGs)**
**Frequently Asked Questions**
**Internal Use Only. Not for Distribution.**
**March 2017**

**Q10:** Will this program be added to the client value playbook (CVP) for the sales team?
**A10:** More information is forthcoming on this topic.

**Q11:** When does my client have to decide to opt in and who should they contact?
**A11:** Client decisions are due back by **May 5, 2017.** Account teams should contact Camille Bralts at Camille.Bralts@CVSCaremark.com with a final decision. Please provide the following 2017 information to Camille:
- Plan name
- CMS contract #
- Plan type (IND, EGWP, SNP, MMP)
- Carrier
- Account
- Group
- PBP
- Formulary name
- Opt-In/Opt-Out Status

**Q12:** What drugs might launch in 2018?
**A12:** Subject to change, we anticipate that Reyataz, Sustiva, Adcirca, Sensipar and Canasa may launch and be eligible for this program in 2018. The likelihood of participation is contingent on the financials working for members, the plan and CMS.

**Q13:** Can my client pick which drug launches to participate in?
**A13:** No, clients must opt into the entire program for the full year, they cannot join or leave mid-year or choose drug-by-drug participation. They may disenroll for the following calendar year.

**Q14:** Will participation require a contract amendment or other legal document?
**A14:** Yes. Please download and complete the **Contract Request Form** from Salesforce when the client informs the account team of its decision to implement the SSG solution: (a) Allow at least 30 days for the Completion Date of Request; (b) For the Reason of Request, indicate that you are seeking a contract addendum for the Medicare Part D Single Source Generic product offering; (c) Send the completed form to Legal's **Contract Request mailbox** at least 120 days ahead of the implementation date (thus allowing at least 90 days for internal teams to implement client requests.)

**Q15:** What formularies are available for the SSG program in 2018?
**A15:** The following formulary options are the **only** ones available with the SSG program:

- SSG 5T Generic Strategy Standard
- SSG 5T Select

**Q16:** My client is currently participating in the SSG for 2017, but will not be eligible for 2018. Can they continue to participate with existing SSG strategies that may roll over to 2018 (Copaxone, Exelon Patch as examples)?
**A16:** No. A client currently opted in, but who no longer meets criteria for 2018, will be disenrolled from the SSG strategy effective 1/1/18. The client will not continue on existing roll-over SSG strategies in 2018.

**Q17:** Will you charge clients for existing SSG strategies that are rolled over from 2017 to 2018?

3

Internal Use Only documents are for verbal communication only and should not be shared in writing with clients, consultants or any other external audience. The contents should *not* be cut and pasted into any written communication or email.
This document contains references to brand-name medical products that are trademarks or registered trademarks of companies not affiliated with CVS Caremark.
5246-37636C  032917

CVS-002071

Medicare Part D – Single-Source Generics (SSGs)
Frequently Asked Questions
Internal Use Only. Not for Distribution.
March 2017

**A17:** We will NOT charge clients (new or existing opt-ins) for the existing SSG strategies that roll over to 2018.

## BIDS/BID ADVISOR
**Q1:** Will this impact my client's bid?
**A1:** It may impact your client's bid IF your client is currently participating in the SSG program but will opt out for 2018. The account team should communicate to their clients that the change in rebate may affect their bid and they should adjust accordingly.

**Q2:** Will this be incorporated into the Bid Advisor for 2018 formulary planning?
**Q2:** Because of uncertainty in launches, bids should be done assuming the generic is in place.

## CLIENT ELIGIBILITY
**Q1:** Is this program beneficial for small clients?
**A1:** We have found that this program's return on investment (ROI) may not be positive for clients with less than 50,000 eligible Med D lives.

**Q2:** What are the requirements?
**A2:** Please review the following eligibility criteria carefully. If you have any questions regarding your specific client, please contact Troy Wieck and Dominic Duke. You will find their contact information at end of this document.
- CVS Caremark must provide both rebate management and claims adjudication
- SSG opt-in plans need their own CMS formulary submission;
  - All opt-in CAG must align to the SSG formulary submission
  - All CAG not adopting the SSG strategy must have a unique non-SSG formulary submission
- Clients must opt into the entire program for the full year; they cannot join or leave mid-year or choose drug-by-drug participation. They may disenroll for the following calendar year.
- Clients must adhere to the transition fill (TF) block policy for renewing members. Per the TF block logic of the SSG program, a renewing member with the equivalent brand drug in the renewing member history look-back period will not be eligible for a transition fill of the generic with the same formulation within the renewing member TF eligibility period which is typically the first 90 days of the calendar year. The pharmacy will be messaged to dispense the brand instead. The SSG strategy TF block logic applies to only renewing members and will not apply to new members, LTC emergency supply and LTC New Patient TF claims.
- Formulary Requirements:
  - 1, 2 and 3 tier formularies are not eligible
  - Custom formularies are not eligible
  - Formularies that primarily do not have brands and generics on all tiers are not eligible (Expanded, Expanded Performance, 2T MMP, 1T Standard, 4T Standard and 5T Standard)
- Special Needs Plans (SNPs) are not eligible. In addition, SSG cannot be implemented if a CMS formulary ID is shared with a SNP.
- EGWPs are not eligible. In addition, SSG cannot be implemented if a CMS formulary ID is shared with an EGWP.
- MMPs (also known as dual-demo project clients or Fully Integrated Duals Advantage program in NY) and managed Medicaid plans are not eligible.
- Clients that have previously opted-out may participate if they meet the criteria, and pay the annual fee

4

Internal Use Only documents are for verbal communication only and should not be shared in writing with clients, consultants or any other external audience. The contents should *not* be cut and pasted into any written communication or email.
This document contains references to brand-name medical products that are trademarks or registered trademarks of companies not affiliated with CVS Caremark.
5246-37636C  032917

CVS-002072

**Medicare Part D – Single-Source Generics (SSGs)**
**Frequently Asked Questions**
**Internal Use Only. Not for Distribution.**
**March 2017**

- Clients that have dispense-as-written (DAW) 5 set to reject are excluded

**Q3:** Why can't EGWPs participate?
**A3:** Plan design complexity prevents us from implementing SSG for EGWPs:

**Q4:** Why are SNPs and MMPs excluded?
**A4:** A drug will be eligible for consideration in the SSG program if including the drug will, on average and in the aggregate, result in equal or lower cost to the plan and members versus use of the newly introduced single-source generic. This strategy is intended for use with Medicare Part D clients only, and is not applicable to dual-demo project clients (e.g., Managed Medicaid plans and the Fully Integrated Duals Advantage program in New York). All SNPs are also excluded as the benefit is defined as standard and the member is nearly always eligible for low-income subsidies.

**Q5:** Why is my client no longer eligible to participate?
**A5:** Clients become ineligible if they do not meet the new criteria. Refer to comprehensive list in question 2.

Clients may become newly eligible in 2018 if criteria are now met. For example, a client that changes from a 1 tier formulary to a participating SSG formulary may become eligible for the program provided the other criteria are met and the annual fee is paid.

**Q6:** What if my client has a custom formulary?
**Q6:** Clients that have a custom formulary are excluded from participation.

**Q7:** How can I tell if my client is a good candidate? Who can help me determine if the ROI is worth the fee? What output will I receive to take to the client?
**A7:** Please contact Troy Wieck or Dominic Duke in actuarial services. Their contact information can be found at end of this document. Request should include client name, 2016 CMS contracts, carrier/account/group/PBP information, and exclusion information (SNPs, on 1 tier, etc.).

Analysis takes approximately 10 business days; the report will include list of drugs expected to launch as generics, 2016 Rx count and an estimated savings range.

**Q8:** How will the products process for my client that did not opt-in to the strategy?
**A8:** For clients that did not opt-in to the SSG Drug Strategy, the generic will be added to the appropriate tier and the brand will continue to process at the current formulary tier.

---

**REPORTING**
**Q1:** What type of reporting is available to show estimated results?
**A1:** We will provide the client with a range of estimated plan gross savings for SSG drugs prior to the decision to opt in.

---

**CLINICAL**
**Q1:** What if my client who adopted the strategy has generic dispensing rate guarantees?
**A1:** Contact your SAE to submit an Underwriting request to research the effect and revise the guarantee.

5

Internal Use Only documents are for verbal communication only and should not be shared in writing with clients, consultants or any other external audience. The contents should *not* be cut and pasted into any written communication or email.
This document contains references to brand-name medical products that are trademarks or registered trademarks of companies not affiliated with CVS Caremark.
5246-37636C  032917

**Medicare Part D – Single-Source Generics (SSGs)**
**Frequently Asked Questions**
**Internal Use Only. Not for Distribution.**
**March 2017**

**Q2:**  **Has the National Pharmacy & Therapeutics (P&T) Committee approved these changes?**
**A2:**  We utilize the services of the independent National P&T Committee to review safe and clinically effective drug therapies in accordance with CMS requirements for Medicare Part D as related to P&T Committee regulations.

Our P&T Committee will review and approve our 2018 Medicare Part D formularies. The movement of a brand drug to a lower (i.e., more favorable) tier would be classified as a less restrictive change in availability of a medication on a Medicare Part D formulary. Less restrictive changes to Medicare Part D formularies would require a notification to our P&T Committee of the change to continue to remain compliant with CMS Medicare Part D regulations.

**Q3:**  **Is this change permissible in states that mandate generic dispensing?**
**A3:**  The Medicare Part D rules allow a plan to retain a brand on the Medicare Part D formulary with a generic copay and to exclude the newly released generic. While state pharmacy substitution laws are a pharmacy issue – and not a plan issue – the generic substitution laws would not pose a barrier to this strategy because such laws generally are based on economic advantage to the member as a result of receiving the generic.

**Note:**  A few of the states with generic substitution laws have more restrictive requirements. Nonetheless, the intent of these stricter pharmacy substitution laws is that consumers of prescription drug products may realize cost savings by buying less expensive, safe drug products. This is consistent with the SSG strategy, and therefore these laws should not be problematic.

**QUESTIONS**

**General Questions:**
Camille Bralts: Camille.Bralts@CVSCaremark.com
Emily Ziegler: Emily.Ziegler@CVSCaremark.com
David Eason: David.Eason@CVSCaremark.com

**Client Evaluation:**
Troy Wieck at  Troy.Wieck@CVSCaremark.com or Dominic Duke at
Dominic.Duke@CVSCaremark.com

6

Internal Use Only documents are for verbal communication only and should not be shared in writing with clients, consultants or any other external audience. The contents should *not* be cut and pasted into any written communication or email.
This document contains references to brand-name medical products that are trademarks or registered trademarks of companies not affiliated with CVS Caremark.
5246-37636C  032917

# EXHIBIT 4

# Single-Source Generics: Implementation Restrictions



**INTERNAL ONLY SLIDE: REMOVE BEFORE USE**

## Please read the FAQs for the complete list of criteria

## This presentation is intended for use with Medicare Part D clients only

- Not currently applicable to Dual Demo project clients (MMPs), EGWPs or SNPs
- Custom formularies are not eligible
- Clients that have DAW 5 set to reject are excluded
- Clients terminating their PBM contract in 2019 are ineligible
- Cannot be implemented with Medicare Part D clients that have their EGWP and/or SNP formulary embedded in the same carrier as their health plan formulary

## The following formulary option is the <u>only</u> one available with the SSG program:

- 5T Select SSG

## Questions regarding general information?

- Bethany Crotts at Bethany.Crotts@CVSHealth.com
- Caitlin Shorette at Catilin.Shorette@CVSHealth.com

## IMPORTANT: Please remove all speaker notes before sending to client

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

 1

# Medicare Part D Single-Source Generic Strategy

**Speaker's Name**

**Date of Presentation**





©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

CVS-002525

# CVS Health Policy Statement

NOTE: Slide with below copy to be included ONLY when presenting via WebEx/Level 3 or other web conferencing tools. Bracketed copy is dependent on who owns the material – please be sure to update accordingly.

## All CVS Health presentation materials are confidential and proprietary and may not be copied, distributed, captured, printed or transmitted (in any form) without the written consent/authorization of CVS Health.

©2019  CVS Health and/or one of its affiliates: Confidential & Proprietary

 3

CVS-002526

# Single-Source Generics Aren't Always the Most Cost-Effective Choice

- In most cases, generics cost less than branded prescription drugs

- Members and clients generally save when plan designs encourage generic use

- However, single source generics challenge this model

**SINGLE-SOURCE GENERICS: A NEW CHALLENGE**

- SSGs are new-to-market generics produced by a single manufacturer

- Historically, pricing for SSGs has been approximately the same or higher than branded drugs because of exclusivity

**THE LAUNCH OF A SINGLE SOURCE GENERICS PRESENTS CHALLENGES FOR BOTH CLIENTS AND MEMBERS**

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

♥**CVS**Health    4

# Uncertainties Generic of Launches Present Planning Challenges for Medicare Part D Plans

**Medicare Part D plans face planning and budgetary challenges due to uncertainties around generic launches**

- Generic launch dates can be unpredictable, making annual formulary planning difficult

- Initial pricing for SSGs may be similar to the brand until other manufacturers enter the market

- Brands' net of discount may cost less than generics

| Historical Generic Launches | | |
|---|---|---|
| | **Expected Generic Launch** | **Actual Generic Launch** |
| **Copaxone** | May 2014 | Jun 2015 |
| **Nexium** | May 2014 | Oct 2015 |
| **Exelon Patch** | Jan 2015 | Sept 2015 |

This slide contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Health.
Source: CVS Pipeline and brand manufacturer information.

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

 5

# Off-Schedule Generic Launches Can Have a Negative Impact on Members and Plans

| MEMBERS | PLANS |
|---|---|
| • Immediately moving from a brand to a new generic may not reduce member cost share<br><br>  – SSG pricing may be similar to the brand<br><br>  – Generic manufacturers provide less gap assistance, which may result in added cost burden<br><br>    • Brand manufacturers pay a 75% rebate discount in 2019 | • Member use of SSGs leads to loss of brand rebates without necessarily reducing plan costs<br><br>• When generics launch off schedule, loss of rebates could affect submitted bids |

**CVS Caremark® Part D Services LLC can help Medicare Part D plans address generic launch uncertainties**

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

♥CVSHealth    6

# Single-Source Generic Strategy Can Help Minimize Disruption, Maximize Savings

| BENEFITS | PRESCRIPTION SAVINGS |
|---|---|
| • Helps minimize the negative impact of high-cost SSG launches<br><br>  – Mitigate member disruption (i.e., limited supply or possible cost differential)<br><br>  – Protect rebates in the budgeting process<br><br>  – Maximize prescription savings | • Based on review of your membership, participation in the SSG strategy would yield a per script savings of $42.30 to $123.25. |

1. Client results will vary based on plan design, formulary status, and demographic characteristics, among other factors not listed.
2 . Non-LICS members. Source: CVS Caremark Analytics, 2015.
Projections based on CVS Caremark data. Individual results will vary based on plan design, formulary status, demographic characteristics and other factors.
Client-specific modeling available upon request. CVS Health uses and shares data as allowed by applicable law, our agreements and our information firewall.

©2019 CVS Health and/or one of its affiliates. Confidential & Proprietary

♥CVSHealth    7

CVS-002530

# Targeted Approach Ensures Success for Participating Clients

## IMPLEMENTATION AND MANAGEMENT OF THE SSG STRATEGY

- Continuous surveillance and analysis of market events and pricing to determine when to cover the SSG

- Dedicated team to coordinate the implementation and management of SSG opportunities and launches

- Operational infrastructure to ensure all systems and processes align, including applicable regulations

- Criteria specifically designed to deliver improved return on investment for participating clients

**Eligible clients can opt in or opt out on an annual basis.**

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary



8

# Fee Structure for the SSG Strategy

- Clients will be charged $15K for each new SSG drug launched into the strategy

- Payment for all launches is due at the end of 2020

- Detailed client analysis is available from Actuarial Services

| HISTORICAL VIEW OF SSG LAUNCHES | | |
|---|---|---|
| | Number of Launches | Examples of Drugs Included |
| **2015** | 3 | • Copaxone 20mg<br>• Exelon<br>• Invega |
| **2016** | 9 | • Benicar/HCT<br>• Zetia<br>• Voltaren |
| **2017** | 2 | • Azilect<br>• Copaxone 40mg |
| **2018** | 4 | • Istalol<br>• Estrace<br>• Welchol Tabs/Packets |

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

♥**CVS**Health    9

# Potential SSG Launches

## IMPLEMENTATION AND MANAGEMENT OF THE SSG STRATEGY

- Generic pipeline monitoring, coupled with detailed financial analysis, determines potential SSG opportunities
- To date, two new SSG have been launched in the strategy for 2019:
    - Butrans transdermal patch
    - Canasa rectal suppository
- An estimated 15-20 additional opportunities have been identified for 2019 and 2020

### Eligible clients can opt in or opt out on an annual basis.

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

**♥CVS**Health    10

CVS-002533

# Thank You



©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

♥CVSHealth    11

CVS-002534

**INTERNAL USE ONLY.**

# Resources

### *Actuarial Analyses*:

– Rebecca Justice Rebecca.Justice@CVSHealth.com

– Dominic Duke Dominic.Duke@CVSHealth



### *General Program Questions:*

• Bethany Crotts Bethany.Crotts@CVSHealth.com

• Caitlin Shorette Caitlin.Shorette@CVSHealth.com

### *Rebate Related Questions:*

• Your CSS representative

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary



CVS-002535

# EXHIBIT 5



# Single-Source Generics: Implementation Restrictions

### Please read the FAQs for the complete list of criteria

### This presentation is intended for use with Medicare Part D clients only

- Not currently applicable to Dual Demo project clients (MMPs), EGWPs or SNPs
- Custom formularies are not eligible
- Clients that have DAW 5 set to reject are excluded
- Clients terminating their PBM contract in 2019 are ineligible
- Cannot be implemented with Medicare Part D clients that have their EGWP and/or SNP formulary embedded in the same carrier as their health plan formulary

### The following formulary option is the <u>only</u> one available with the SSG program:

- 5T Select SSG

### Questions regarding general information?

- Bethany Crotts at Bethany.Crotts@CVSHealth.com
- Caitlin Shorette at Caitlin.Shorette@CVSHealth.com

### IMPORTANT: Please remove all speaker notes before sending to client

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

  1

# Medicare Part D Single-Source Generic Strategy

**Speaker's Name**

**Date of Presentation**





©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

CVS-002537

# CVS Health Policy Statement

NOTE: Slide with below copy to be included ONLY when presenting via WebEx/Level 3 or other web conferencing tools.  Bracketed copy is dependent on who owns the material – please be sure to update accordingly.

## All CVS Health presentation materials are confidential and proprietary and may not be copied, distributed, captured, printed or transmitted (in any form) without the written consent/authorization of CVS Health.

©2019  CVS Health and/or one of its affiliates: Confidential & Proprietary

 3

CVS-002538

# Single-Source Generics Aren't Always the Most Cost-Effective Choice

- In most cases, generics cost less than branded prescription drugs

- Members and clients generally save when plan designs encourage generic use

- However, single source generics challenge this model

### SINGLE-SOURCE GENERICS: A NEW CHALLENGE

- Single source generics (SSGs) are new-to-market generics produced by a single manufacturer

- Historically, pricing for SSGs has been approximately the same as or higher than branded drugs due to exclusivity

### THE LAUNCH OF A SINGLE SOURCE GENERICS PRESENTS CHALLENGES FOR BOTH CLIENTS AND MEMBERS

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

♥CVSHealth    4

# Uncertainties Generic of Launches Present Planning Challenges for Medicare Part D Plans

**Medicare Part D plans face planning and budgetary challenges due to uncertainties around generic launches**

- Generic launch dates can be unpredictable, making annual formulary planning difficult

- Initial pricing for SSGs may be similar to the brand until other manufacturers enter the market

- Brands' net of discount may cost less than generics

| Historical Generic Launches | | |
|---|---|---|
| | **Expected Generic Launch** | **Actual Generic Launch** |
| **Exelon Patch** | Jan 2015 | Sept 2015 |
| **Gleevec** | July 2015 | Feb 2016 |
| **Rapaflo** | Mar 2017 | Nov 2018 |
| **Canasa** | June 2018 | Dec 2018 |

This slide contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Health.
Source: CVS Pipeline and brand manufacturer information.

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary



5

# Off-Schedule Generic Launches Can Have a Negative Impact on Members and Plans

| MEMBERS | PLANS |
|---|---|
| • Immediately moving from a brand to a new generic may not reduce member cost share<br><br>  – SSG pricing may be similar to the brand<br><br>  – Generic manufacturers provide less gap assistance, which may result in added cost burden<br><br>    • Brand manufacturers pay a 70% rebate discount in 2019 | • Member use of SSGs leads to loss of brand rebates without necessarily reducing plan costs<br><br>• When generics launch off schedule, loss of rebates could affect submitted bids |

**CVS Caremark® Part D Services LLC can help Medicare Part D plans address generic launch uncertainties**

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

♥**CVS**Health    6

CVS-002541

# Single-Source Generic Strategy Can Help Minimize Disruption, Maximize Savings

| BENEFITS | PRESCRIPTION SAVINGS |
|---|---|
| • Helps minimize the negative impact of high-cost SSG launches<br><br>  – Mitigate member disruption (i.e., limited supply or possible cost differential)<br><br>  – Protect rebates in the budgeting process<br><br>  – Maximize prescription savings | • Based on review of your membership, participation in the SSG strategy would yield a per script savings of $42.30 to $123.25. |

1. Client results will vary based on plan design, formulary status, and demographic characteristics, among other factors not listed.
2 . Non-LICS members. Source: CVS Caremark Analytics, 2019.

Projections based on CVS Caremark data. Individual results will vary based on plan design, formulary status, demographic characteristics and other factors. Client-specific modeling available upon request. CVS Health uses and shares data as allowed by applicable law, our agreements and our information firewall.

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

♥CVSHealth    7

CVS-002542

# Targeted Approach Ensures Success for Participating Clients

## IMPLEMENTATION AND MANAGEMENT OF THE SSG STRATEGY

- Continuous surveillance and analysis of market events and pricing to determine when to cover the SSG

- Dedicated team to coordinate the implementation and management of SSG opportunities and launches

- Operational infrastructure to ensure all systems and processes align, including applicable regulations

- Criteria specifically designed to deliver improved return on investment for participating clients

### Eligible clients can opt in or opt out on an annual basis

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

 8

CVS-002543

# Fee Structure and SSG Pipeline

- Clients will be charged $15K for each new SSG drug launched into the strategy

- Payment for all launches is due at the end of 2020

- Detailed client analysis is available from Actuarial Services

- Generic pipeline monitoring, coupled with detailed financial analysis, determines potential SSG opportunities

| HISTORICAL VIEW OF SSG LAUNCHES | | |
|---|---|---|
| | **Number of Launches** | **Examples of Drugs Included** |
| **2015** | 3 | • Copaxone 20mg<br>• Exelon<br>• Invega |
| **2016** | 9 | • Benicar/HCT<br>• Zetia<br>• Voltaren |
| **2017** | 2 | • Azilect<br>• Copaxone 40mg |
| **2018** | 4 | • Istalol<br>• Estrace<br>• Welchol Tabs and Packets |

**15-20 CURRENTLY MONITORED FOR POTENTIAL 2019 AND 2020 SSG OPPORTUNITIES**

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

♥**CVS**Health    9

CVS-002544

# Thank You



©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary

♥CVSHealth    10

CVS-002545

**INTERNAL USE ONLY.**

# Resources

### *Actuarial Analyses*:

– Rebecca Justice Rebecca.Justice@CVSHealth.com

– Dominic Duke Dominic.Duke@CVSHealth

### *General Program Questions:*

• Bethany Crotts Bethany.Crotts@CVSHealth.com

• Caitlin Shorette Caitlin.Shorette@CVSHealth.com



### *Rebate Related Questions:*

• Your CSS representative

©2019 CVS Health and/or one of its affiliates: Confidential & Proprietary



# EXHIBIT 6

**INTERNAL USE ONLY.**

# Medicare Part D Single-Source Generic Strategy

**Investing in You**

**April 1, 2017**

Part D PBM services are provided by
CVS Caremark Part D Services, L.L.C.





©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary

CVS-002488

# Single-Source Generics Aren't Always the Most Cost-Effective Choice

- In most cases, generics cost less than brand prescription drugs
- Plan members and clients save when plan designs encourage use of generics
- However, SSGs challenge this model

## SINGLE-SOURCE GENERICS: A NEW CHALLENGE

- SSGs are new-to-market generics produced by a single manufacturer
- Historically, pricing for SSGs has been approximately the same or higher than brand drugs because of exclusivity

**The launch of a single-source generic presents challenges for both clients and plan members**

SSG (Single-Source Generic).

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary 41433A



CVS-002489

# Generic Launch Uncertainties Present Planning and Budgetary Challenges for Med D Plans

- Generic launch dates can be unpredictable, making annual formulary planning difficult

- Initial pricing for SSGs may be similar to the brand until other manufacturers enter the market

- Brands' net of rebate may cost less than generics

|  |  |  |
|---|---|---|
| Copaxone | May 2014 | Jun 2015 |
| Nexium | May 2014 | Oct 2015 |
| Exelon Patch | Jan 2015 | Sep 2015 |
| Aggrenox | Jul 2015 | Jul 2015 |
| Zetia | Dec 2016 | Dec 2016 |

This slide contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Health.
Source: CVS Pipeline and brand manufacturer information.

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary
41433A



3

CVS-002490

# Off-Schedule Generic Launches Can Have a Negative Impact on Members and Plans

## MEMBERS

- Immediately moving from a brand to a newly available generic may not reduce member cost share
  - SSG pricing may be similar to the brand
  - Generic manufacturers are not required to provide gap assistance, resulting in added cost burden
    - Brand manufacturers pay 50% of the cost directly to the member in the coverage gap at the point of sale

## PLANS

- Member use of SSGs leads to forfeiture of negotiated rebates without reducing plan costs
- When generics launch off schedule, loss of rebates could affect submitted bids

**CVS Caremark® Part D Services, L.L.C. can help Medicare Part D plans address generic launch uncertainties**

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary 41433A

CVSHealth    4

# SSG Strategy Can Help Minimize Disruption, Maximize Savings

## BENEFITS

- Helps minimize the negative impact of high-cost SSG launches
  - Mitigates member disruption (i.e., limited supply or possible cost differential)
  - Protects rebates in the budgeting process
  - Maximizes prescription savings

## HISTORICAL SAVINGS

Based on review of three health plan clients participating in the SSG program with five drug launches over a six-month period in 2016:

- $160 average total drug cost saving per Rx[1]

1. Client results will vary based on plan design, formulary status, demographic characteristics, and other factors not listed.  Non-LICS members. Source: CVS Caremark Analytics, 2016. Projections based on CVS Caremark data. Client-specific modeling available upon request.

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary
41433A



5

# Current SSG Strategy

- Select best approach until additional competition comes to market:
    - Don't cover SSG on formulary; maintain brand drug in existing tier OR
    - Don't cover SSG on the formulary and "down tier" the brand, reducing the member copay

- Daily monitoring of market events and pricing helps determine when to cover the SSG
    - Generic manufacturer exclusivity is typically 6 months

- Initial systems established to implement and manage SSG launches
    - Formulary and mail service set up, pharmacy notification, client script development, PA updates for each launch

**Current strategy is a one-size-fits-all approach; value was not consistent for all participating clients.**

PA (Prior Authorization).

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary
41433A



6

# Refined Approach Helps Ensure Success for all Participating Clients

- Continued monitoring, analysis, implementation and management of SSG opportunities and launches
- **New** operational infrastructure helps ensure all systems and processes align, including applicable regulations
- **Refined criteria** to help deliver improved return on investment for participating clients
    - New formularies to support SSG programs will be selected by the client
- Benefit from previous SSG launches not subject to the new fee

**Eligible clients can opt in or opt out on an annual basis.**

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary
41433A

**CVS**Health    7

**INTERNAL USE ONLY.**

# New Criteria Encourages Participation Only for Clients with Greatest Savings Opportunity

### Foundational Background

- A drug will be eligible for consideration in the SSG program if including the drug will, on average and in the aggregate, result in equal or lower cost to the plan and members, versus use of the newly introduced SSG
- We will not grandfather existing clients into the program; they must meet new criteria and pay the annual fee

### Basic Client Eligibility Criteria

- CVS Caremark must administer the client's claims adjudication and rebate programs
- Clients must meet formulary eligibility requirements
- Program is not configurable; clients may not pick and choose SSG launches
- Only clients with the following formularies are eligible: *SSG 5T Generic Strategy Standard and SSG 5T Select*

**Clients that have previously opted out may participate if they meet criteria.**

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary
41433A



8

**INTERNAL USE ONLY.**

# Criteria Should be Carefully Reviewed to Determine Client Eligibility

## INELIGIBLE CLIENTS/PLAN DESIGNS

- ✓ **Special Needs Plans (SNPs), EGWPs, MMPs** and **dual-demo clients** are not eligible
- ✓ Clients that have **DAW 5** set to reject are excluded
- ✓ Clients **terminating** their PBM contract in 2017 are ineligible

## INELIGIBLE FORMULARIES

- ✓ **All formularies are ineligible but for *SSG 5T Generic Strategy Standard and SSG 5T Select***

**Clients with less than 50,000 eligible Medicare Part D lives should be evaluated by Actuarial Services prior to presentation**

EGWP (Employer Group Waiver Plan), MMP (Medicare-Medicaid Plan), DAW (Dispense at Written), PBM (Prescription Benefit Management).

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary
41433A



9

# Fee Structure for Refined SSG Program

- Clients will be charged $15K for each SSG drug launched
- Payment, for all launches, is due at the end of 2018
- Fee will not apply for existing SSG strategies that carry over from 2017 to 2018; only for new launches in 2018
- 2018 projected product savings ranges are available from Actuary

**Five anticipated launches in 2018:**[1]

- Reyataz
- Sustiva
- Adcirca
- Sensipar
- Canasa

**Clients must opt in to participate and select a 2018 SSG formulary offering by May 5, 2017**

1. Drugs that launch are subject to change and are based on FDA approval. Drugs expected to launch in 2017 may be delayed and increase the number of launches in 2018. This slide contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Health. Source: CVS Pipeline and brand manufacturer information.

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary
41433A



10

**INTERNAL USE ONLY.**

# Rationale for Fee-Based SSG Management

- The evaluation, analysis, implementation and maintenance of a SSG strategy is resource intensive

- Increasing complexity of the process is requiring additional resources and can no longer be offered to clients at no cost as part of the core services

- The fee is to cover the administrative work that is required to implement this program

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary
41433A

 11

CVS-002498

**INTERNAL USE ONLY.**

# Key Dates to Remember

| Date | Milestone |
|------|-----------|
| 3/23/17 | Client Webinar — 2018 final formulary strategy, Bid Advisor, financial impact to clients |
| 3/31/17 | Preliminary formulary kits (2017) to clients (will not include SSG) |
| ~4/1/17 | Actuarial Services provides valuation for clients based on C/A/G information received |
| 4/10/17 | 2 initial 2018 formulary kits will be prepared: Standard Template: Sent to clients who are not eligible for SSG Standard Template + SSG Template: Sent to existing SSG clients |
| April 2017 | CAs/AMs/SAEs discuss with clients |
| 4/26/17-4/28/17 | Client Forum |
| 5/5/17 | Client decision due for SSG participation |
| Week of 5/8/17 | Meeting with internal team (MPUFFS/FA, Med D Advancement) to review client selections |

CAG (Carrier/Account/Group).

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary
41433A

 12

CVS-002499

INTERNAL USE ONLY.

# Action Required for Account Team

- Review criteria for all **clients currently participating** to determine continued eligibility AND for **clients who opted out who may now be eligible**

    – For eligible clients, request value analysis from:

    Troy Wieck at Troy.Wieck@CVSCaremark.com or
    Dominic Duke at Dominic.Duke@CVSCaremark.com

- Client decision and 2018 formulary selection are **required by May 5, 2017**

    – Submit client name, CMS contracts, carrier/account/group/PBP information, formulary choice and opt-in/opt-out status to Camille Bralts

- In absence of a specific client decision, the client will be opted out for 2018

CMS (Centers for Medicare & Medicaid Services).

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary
41433A

**CVS**Health    13

CVS-002500

**INTERNAL USE ONLY.**

# Resources

### *Actuarial Analyses*:

– Troy Wieck Troy.Wieck@CVSCaremark.com

– Dominic Duke Dominic.Duke@CVSCaremark.com

### *General Program Questions:*

• Camille Bralts Camille.Bralts@CVSCaremark.com

• Emily Ziegler Emily.Ziegler@CVSCaremark.com

• David Eason David.Eason@CVSCaremark.com



### *Rebate Related Questions:*

• Your CSS representative

©2017 CVS Health and/or one of its affiliates: Confidential & Proprietary
41433A

CVS-002501

# EXHIBIT 7

# Single-Source Generics: Implementation Restrictions



**INTERNAL ONLY SLIDE: REMOVE BEFORE USE**

### Please read the FAQs for the complete list of criteria

### This presentation is intended for use with Medicare Part D clients only
- Not currently applicable to Dual Demo project clients (MMPs), EGWPs or SNPs
- Custom formularies are not eligible
- Clients that have DAW 5 set to reject are excluded
- Clients terminating their PBM contract in 2019 are ineligible
- Cannot be implemented with Medicare Part D clients that have their EGWP and/or SNP formulary embedded in the same carrier as their health plan formulary

### The following formulary option is the only one available with the SSG program:
- 5T Select SSG

### Questions regarding general information?
- Bethany Crotts at Bethany.Crotts@CVSHealth.com
- Caitlin Shorette at Caitlin.Shorette@CVSHealth.com

### IMPORTANT: Please remove all speaker notes before sending to client

This presentation contains trademarks or registered trademarks of CVS Pharmacy, Inc. and/or one of its affiliates.
©2019 CVS Health and/or one of its affiliates. Confidential and proprietary.
48312



1

# Medicare Part D Single-Source Generic Strategy

**Speaker's Name**

**Date of Presentation**



This presentation contains trademarks or registered trademarks of CVS Pharmacy, Inc. and/or one of its affiliates.
©2019 CVS Health and/or one of its affiliates. Confidential and proprietary.
48312

# CVS Health Policy Statement

**Include this slide ONLY when presenting via WebEx/Level 3 or other web conferencing tools AND remove this note**

All CVS Health presentation materials are confidential and proprietary and may not be copied, distributed, captured, printed or transmitted (in any form) without the written consent/authorization of CVS Health.

This presentation contains trademarks or registered trademarks of CVS Pharmacy, Inc. and/or one of its affiliates.
©2019 CVS Health and/or one of its affiliates. Confidential and proprietary.
48312

CVSHealth    3

# Single-Source Generics Aren't Always the Most Cost-Effective Choice

- In most cases, generics cost less than brand-name prescription drugs

- Members and clients generally save when plan designs encourage generic use

- However, single-source generics challenge this model

**SINGLE-SOURCE GENERICS: A NEW CHALLENGE**

- Single-source generics (SSGs) are new-to-market generics produced by a single manufacturer

- Historically, pricing for SSGs has been approximately the same as or higher than branded drugs due to exclusivity

**The launch of a single-source generic presents challenges for both clients and members.**

This presentation contains trademarks or registered trademarks of CVS Pharmacy, Inc. and/or one of its affiliates. ©2019 CVS Health and/or one of its affiliates. Confidential and proprietary. 48312

CVSHealth    4

CVS-002516

# Uncertainties Generic of Launches Present Planning Challenges for Medicare Part D Plans

**Medicare Part D plans face planning and budgetary challenges due to uncertainties around generic launches**

- Generic launch dates can be unpredictable, making annual formulary planning difficult

- Initial pricing for SSGs may be similar to the brand until other manufacturers enter the market

- Brands' net of discount may cost less than generics

| HISTORICAL GENERIC LAUNCHES | | |
|---|---|---|
| | **Expected Generic Launch** | **Actual Generic Launch** |
| **Exelon Patch** | Jan 2015 | Sept 2015 |
| **Gleevec** | July 2015 | Feb 2016 |
| **Rapaflo** | Mar 2017 | Nov 2018 |
| **Canasa** | June 2018 | Dec 2018 |

Source: CVS Health pipeline and brand manufacturer information.
This slide contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Health.

This presentation contains trademarks or registered trademarks of CVS Pharmacy, Inc. and/or one of its affiliates.
©2019 CVS Health and/or one of its affiliates. Confidential and proprietary.
48312

CVSHealth  5

CVS-002517

# Off-Schedule Generic Launches Can Have a Negative Impact on Members and Plans

## MEMBERS

- Immediately moving from a brand to a new generic may not reduce member cost share
  - SSG pricing may be similar to the brand
  - Generic manufacturers provide less gap assistance, which may result in added cost burden
    - Brand manufacturers pay a 70% rebate discount in 2019

## PLANS

- Member use of SSGs leads to loss of brand rebates without necessarily reducing plan costs
- When generics launch off schedule, loss of rebates could affect submitted bids

**CVS Caremark® Part D Services LLC can help Medicare Part D plans address generic launch uncertainties.**

This presentation contains trademarks or registered trademarks of CVS Pharmacy, Inc. and/or one of its affiliates. ©2019 CVS Health and/or one of its affiliates. Confidential and proprietary. 48312

CVSHealth  6

CVS-002518

# SSG Strategy Can Help Minimize Disruption, Maximize Savings

## BENEFITS

- Helps minimize the negative impact of high-cost SSG launches
  - Mitigate member disruption (i.e., limited supply or possible cost differential)
  - Protect rebates in the budgeting process
  - Maximize prescription savings

## PRESCRIPTION SAVINGS

- Based on review of your membership, participation in the SSG strategy would yield a per prescription savings of $42.30 to $123.25.

1. Client results will vary based on plan design, formulary status, and demographic characteristics, among other factors not listed.
2. Non-low income subsidy (LIS) members. Source: CVS Caremark Analytics, 2019.
Projections based on CVS Caremark data. Individual results will vary based on plan design, formulary status, demographic characteristics and other factors. Client-specific modeling available upon request. CVS Health uses and shares data as allowed by applicable law, our agreements and our information firewall.

This presentation contains trademarks or registered trademarks of CVS Pharmacy, Inc. and/or one of its affiliates.
©2019 CVS Health and/or one of its affiliates. Confidential and proprietary.
48312

 7

# Targeted Approach Helps Ensure Success for Participating Clients

**IMPLEMENTATION AND MANAGEMENT OF THE SSG STRATEGY**

- Continuous surveillance and analysis of market events and pricing to determine when to cover the SSG

- Dedicated team to coordinate the implementation and management of SSG opportunities and launches

- Operational infrastructure to help ensure all systems and processes align, including applicable regulations

- Criteria specifically designed to deliver improved return on investment for participating clients

**Eligible clients can opt in or opt out on an annual basis.**

This presentation contains trademarks or registered trademarks of CVS Pharmacy, Inc. and/or one of its affiliates.
©2019 CVS Health and/or one of its affiliates. Confidential and proprietary.
48312

 8

# Fee Structure and SSG Pipeline

- Clients will be charged $15K for each new SSG drug launched into the strategy

- Payment for all launches is due at the end of 2020

- Detailed client analysis is available from Actuarial Services

- Generic pipeline monitoring, coupled with detailed financial analysis, determines potential SSG opportunities

## HISTORICAL VIEW OF SSG LAUNCHES

|  | Number of Launches | Examples of Drugs Included |
|---|---|---|
| **2015** | 3 | • Copaxone 20 mg<br>• Exelon<br>• Invega |
| **2016** | 9 | • Benicar/HCT<br>• Zetia<br>• Voltaren |
| **2017** | 2 | • Azilect<br>• Copaxone 40 mg |
| **2018** | 4 | • Istalol<br>• Estrace<br>• Welchol Tabs and Packets |

**Currently monitoring 15 to 20 drugs for inclusion in the SSG strategy in 2019 and 2020**

This slide contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Health.

This presentation contains trademarks or registered trademarks of CVS Pharmacy, Inc. and/or one of its affiliates.
©2019 CVS Health and/or one of its affiliates. Confidential and proprietary.
48312



9

# Thank You



This presentation contains trademarks or registered trademarks of CVS Pharmacy, Inc. and/or one of its affiliates.
©2019 CVS Health and/or one of its affiliates. Confidential and proprietary.
48312

CVS-002522

INTERNAL USE ONLY.

# Resources

### *Actuarial Analyses*:

– Rebecca Justice Rebecca.Justice@CVSHealth.com

– Dominic Duke Dominic.Duke@CVSHealth

### *General Program Questions:*

• Bethany Crotts Bethany.Crotts@CVSHealth.com

• Caitlin Shorette Caitlin.Shorette@CVSHealth.com



### *Rebate-Related Questions:*

• Your CSS representative

CSS (Client Support Services).

This presentation contains trademarks or registered trademarks of CVS Pharmacy, Inc. and/or one of its affiliates.
©2019 CVS Health and/or one of its affiliates. Confidential and proprietary.
48312

CVSHealth  11

# EXHIBIT 8



**Health Plan Client Strategy and FAQs**
**FOR INTERNAL USE ONLY. NOT FOR DISTRIBUTION.**

**Background**

CANASA® rectal suppository was launched to market as a generic on December 15, 2018. Pricing is anticipated to be high for generic CANASA rectal suppository (mesalamine rectal suppository) until multisource generics become available.

**CANASA Rectal Suppository Strategy**

- Keep CANASA rectal suppository brand products on the existing Non-Preferred Brand Tier, Tier 4, effective February 22, 2019.

- Do not include mesalamine rectal suppository on the formulary until it becomes multi-sourced and its cost declines. At this time, we believe that the multisource launch will be at least 6 to 18 months after U.S. Food and Drug Administration (FDA) approval.

- At launch, single source generics (SSG) tend to be priced close to the brand. However, maintaining the rebate on the brand makes the net cost of the brand lower for the client and gives the member the additional discount when in the Coverage Gap Stage of their benefit.

**Key Dates**

- February 22, 2019: CANASA rectal suppository is kept on existing Non-Preferred Brand Tier, Tier 4. Generic mesalamine rectal suppository is blocked.

**Clinical Advisor (CA) and Strategic Account Executive (SAE) Action Required**

- Review this talk track. Be prepared to discuss the SSG program with your client enrolled in the program so you can ensure a successful implementation.

- **SAE action required**: Send your enrolled client the notification letter.

- If you have questions on the overall strategy, please read the General SSG Strategy Information section below.

Talking Points/Internal Use Only documents are for verbal communication only and should not be shared in part or entirety in writing with clients, consultants or any other external audience. The contents should *not* be cut and pasted into any written communication or email. Please initiate requests for approval of written responses through Salesforce.
This document contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Caremark.
106-44442B  122717

CVS-001794



**Health Plan Client Strategy and FAQs**
**FOR INTERNAL USE ONLY. NOT FOR DISTRIBUTION.**

**Frequently Asked Questions**

**Q1: What if my client wants to opt out of the SSG strategy for this particular medication?**
**A1:** Conditions for enrollment in the 2019 SSG strategy include an agreement to implement all of the recommended SSG drug strategies. Clients who have enrolled in SSG cannot opt out until January 1, 2020.

**Q2: How will the products process for my client that did not opt into the strategy?**
**A2:** For clients who did not opt into the SSG strategy, the generic mesalamine rectal suppository will be added to the formulary and brand CANASA rectal suppository will continue to process at the current formulary tier.

**Q3: What if my client adopted the strategy and has generic dispensing rate guarantees?**
**A3:** Your SAE should submit an Underwriting request to research the effect and revise the guarantee.

**Q4: Has the National Pharmacy & Therapeutics (P&T) Committee approved these changes?**
**A4:** We utilize the services of an independent National P&T Committee to review safe and clinically effective drug therapies in accordance with the Centers for Medicare & Medicaid Services (CMS) requirements for Medicare Part D. Our P&T Committee has reviewed and approved all of our 2019 Medicare Part D formularies that currently include CANASA rectal suppository.

**Q5: Is this change permissible in states that mandate generic dispensing?**
**A5:** The Medicare Part D rules allow a plan to retain a brand on the Medicare Part D formulary with a generic copay and to exclude the newly released generic. While state pharmacy substitution laws are a pharmacy issue – and not a plan issue – the generic substitution laws would not pose a barrier to this strategy because such laws generally are based on economic advantage to the member as a result of receiving the generic. **Note:** A few of the states with generic substitution laws have more restrictive requirements. Nonetheless, the intent of these stricter pharmacy substitution laws is that consumers of prescription drug products may realize cost savings by buying less expensive, safe drug products. This is consistent with the SSG strategy, and therefore these laws should not be problematic.

Talking Points/Internal Use Only documents are for verbal communication only and should not be shared in part or entirety in writing with clients, consultants or any other external audience. The contents should *not* be cut and pasted into any written communication or email. Please initiate requests for approval of written responses through Salesforce.
This document contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Caremark.
106-44442B   122717



**Health Plan Client Strategy and FAQs**
**FOR INTERNAL USE ONLY. NOT FOR DISTRIBUTION.**

**Q6: How will this strategy work for members within the Coverage Gap Stage of their benefit?**
**A6:** In general, the following applies to members within the Coverage Gap Stage:

- Members taking a generic may pay more in the Coverage Gap Stage for that generic product. This is dependent on New Drug Application (NDA) and Abbreviated New Drug Application (ANDA) status. In 2019:
  - NDA: Member would receive a 75 percent cost share discount in the Coverage Gap Stage.
  - ANDA: Member would receive a 63 percent cost share discount in the Coverage Gap Stage.
- Discussion point for clients: Beneficiaries may not hit the Coverage Gap Stage until mid-year, after the generic is available at a lower cost.

**Q7: What process was followed to complete the analysis for each client?**
**A7:** The client-specific savings analysis was calculated by looking at the plan design information provided by the account team, the cost share based upon member coverage stage, the average wholesale price (AWP) of both the brand and the generic, and the timing of the generic's launch within the plan year. If you have additional questions, please reach out to Rebecca Justice.

**Q8: Will CANASA rectal suppository be moved to a higher tier or removed from the formulary when generic mesalamine rectal suppository is added?**
**A8:** CANASA rectal suppository will remain on the Non-Preferred Brand Tier, Tier 4 for 2019.

**Q9: Is this program only for Medicare Part D? What about commercial, employer group waiver plans (EGWP), Medicaid, and exchange business?**
**A9:** This approach is only implemented for Medicare Part D plans when the 75 percent manufacturer discount in the Medicare Part D Coverage Gap Stage applies. It is not for commercial, Medicaid or exchange business, and it cannot be applied to EGWPs due to complications with enhanced other health insurance benefits and meeting the manufacturer rebate obligations. This approach also cannot be implemented with Medicare Part D clients who have their EGWP formulary embedded in the same carrier as their health plan formulary.

**Q10: How will we implement this initiative?**
**A10:** We have assembled a large cross-functional team to make sure the implementation of this initiative is as smooth as possible. Sales leadership, benefits coding, mail service management, mail service plan coding, pharmacy network management, Medical Affairs, Clinical Operations, Customer Care, Trade and Medicare Part D management are all participating and setting direction.

Talking Points/Internal Use Only documents are for verbal communication only and should not be shared in part or entirety in writing with clients, consultants or any other external audience. The contents should *not* be cut and pasted into any written communication or email. Please initiate requests for approval of written responses through Salesforce.
This document contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Caremark.
106-44442B   122717



**Health Plan Client Strategy and FAQs**
**FOR INTERNAL USE ONLY. NOT FOR DISTRIBUTION.**

**Q11: If a strategy is still effective for your client in 2020, what happens for new members when they join the plan effective January 1, 2020?**
**A11:** Members new to the plan will be granted a transition fill of the generic. They will be required to move to the brand at the next fill if applicable.

**Q12: Will the generic process via transition fill as a non-formulary drug for Medicare Part D plans?**
**A12:** Transition fills are available to:

- All newly enrolled beneficiaries
- All beneficiaries switching from one plan to another or change in their level of care from one treatment setting to another
- All beneficiaries aging into Medicare Part D (i.e., 64 years old turning 65 years old)
- All beneficiaries relocating into a Medicare Part D service area
- Auto-enrolled Medicare Part D/Medicaid full-benefit, dual-eligible beneficiaries
- Long-term care beneficiaries in need of an emergency supply

**Note:** Beneficiaries might pay more if they received a transition fill for the generic version.

**General SSG Strategy Information**

- Once a generic is available, CVS Caremark® will apply one of two strategies if generally financially beneficial to members:

  o Do not cover the SSG on the formulary. Maintain the branded drug in the existing tier, or

  o Do not include the SSG in the formulary. "Down-tier" the brand and reduce the member copay.

- Account teams will be notified once a strategy is determined to launch.

- The typical period of exclusivity for a generic manufacturer is 180 days.

- We monitor daily market events and pricing to determine when beginning coverage of the SSG is appropriate.

Talking Points/Internal Use Only documents are for verbal communication only and should not be shared in part or entirety in writing with clients, consultants or any other external audience. The contents should *not* be cut and pasted into any written communication or email. Please initiate requests for approval of written responses through Salesforce.
This document contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Caremark.
106-44442B  122717



**Health Plan Client Strategy and FAQs**
**FOR INTERNAL USE ONLY. NOT FOR DISTRIBUTION.**

**SSG Strategy Criteria**

- New clients can opt into the SSG strategy to address future generic launch uncertainties, provided they opt into the comprehensive strategy (i.e., clients cannot pick and choose).

- We analyze each product opportunity to help ensure the strategy meets necessary rebate requirements and member utilization threshold.

- A product will be eligible for consideration for the SSG program if such product's participation in the SSG program will, on average and in the aggregate, result in equal or lower cost to the plan and members versus use of the newly introduced SSG.

- Plan design complexity prohibits us from implementing EGWPs.

Talking Points/Internal Use Only documents are for verbal communication only and should not be shared in part or entirety in writing with clients, consultants or any other external audience. The contents should *not* be cut and pasted into any written communication or email. Please initiate requests for approval of written responses through Salesforce.
This document contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Caremark.
106-44442B   122717

# EXHIBIT 9

Peoplesafe

Page 1 of 1



CVS-001893

# EXHIBIT 10

Peoplesafe

Page 1 of 1



| Participant Pay | | Client Pay | | Pharmacy Pay: | |
|---|---|---|---|---|---|
| Participant Copay: | 291.09 | Usual and Customary: | | Usual and Customary: | |
| Initial Copay: | 87.50 | Cost Submitted: | 5714.99 | Cost Allowed: | 4581.17 |
| Gap Copay: | 203.59 | Cost Allowed: | 4581.17 | Other Payer Recognized: | 0.00 |
| Catastrophic Copay: | 0.00 | Other Payer Recognized: | 0.00 | Dispensing Fee: | 0.00 |
| Network Penalty: | 0.00 | Dispensing Fee: | 0.00 | Level Of Effort Fee: | 0.00 |
| Deductible: | 0.00 | Level Of Effort Fee: | 0.00 | Administration Fee: | 0.00 |
| MAC / DAW Penalty: | 0.00 | Administration Fee: | 0.00 | Performance / Service Fee: | 0.00 |
| Non Formulary Penalty: | 0.00 | Performance / Service Fee: | 0.00 | Sales Tax: | 0.00 |
| After MAB: | 0.00 | Sales Tax: | 0.00 | PDP Service Fee: | 0.00 |
| - FSA Contribution Amount: | 0.00 | PRX Fee Amount: | 0.00 | Other Amount Paid: | 0.00 |
| - HRA Contribution Amount: | 0.00 | Client Billed Cost: | 0.00 | | |
| + COB Non Covered Amt: | 0.00 | | -------- | Total Pharmacy Reimbursement: | 4290.08 |
| | -------- | Total Client Cost: | 4290.08 | | |
| Participant Cost: | 291.09 | | | | |

| Health Reimbursement Account: | | Miscellaneous | |
|---|---|---|---|
| Benefits: | 0.00 | Applied To Out of Pocket: | 0.00 |
| Member Access Fee: | | Applied To TrOOP: | 0.00 |
| Amount Used: | 0.00 | Applied To OOPM/MOOP: | 0.00 |
| HRA Remaining Balance: | 0.00 | Paid by Other Insurance: | 0.00 |
| | | Alternate Amount Paid: | 0.00 |
| Med D Financials: | | Previous Amount Paid: | 0.00 |
| LICS Paid by Plan: | 0.00 | In Network Accumulation: | 0.00 |
| SPAP/Integrator Paid Amt: | 0.00 | Out of Network Accumulation: | 0.00 |
| Reported Gap Discount: | 570.07 | | |
| Deductible Gross Cost: | 0.00 | | |
| Deductible Plan Pay: | 0.00 | | |
| Initial Gross Cost: | 3766.79 | | |
| Initial Plan Pay: | 3679.29 | | |
| Gap Gross Cost: | 814.38 | | |
| Gap Plan Pay: | 610.79 | | |
| Catastrophic Gross Cost: | 0.00 | | |
| Catastrophic Plan Pay: | 0.00 | | |

CVS-001845

# EXHIBIT 11

Peoplesafe

Page 1 of 1



CVS-002759

# **EXHIBIT 12**

Peoplesafe                                                                                    Page 1 of 1



CVS-001698

# EXHIBIT 13

Peoplesafe                                                                                      Page 1 of 1



CVS-001830

# EXHIBIT 14

Implementation of the Single-Source Generic (SSG) Strategy includes several operational pieces to ensure exclusion of the generic product(s) and maximize the utilization of the rebated brand product. The operational pieces that are updated for each drug in the SSG Strategy are the following:

- Update the QL shell plan for mail order to a Do Not Substitute (DNS) setup to block the auto-substitution of the brand for the generic
- TF Bypass list is updated to include the generic to prevent renewing members from receiving a transition fill on the generic when they have the brand product in history
- Brand products are added to the MAC Bypass List to allow pharmacies to continue being reimbursed for dispensing the brand, even if the generic is on the MAC list

Each of these operational pieces are coded at, or attached to, the Carrier level, which minimizes the risk inherent to group- or plan-level coding. At this time, Clearstone's account structure has Carriers (specifically 8635 and 8637) that are shared between plans that participate in SSG and plans that do not. As a result, for the plans not participating in SSG but sharing a Carrier with an SSG plan, there is the potential for impact to those areas:

- QL shell plans that are updated with an inappropriate DNS set up will result in prescriptions for branded products not auto-substituting for the covered generic, resulting in a rejected claim. If the mail order technicians do not catch the error and manually substitute for the generic product, the prescription could be returned to the member creating an access to care issue.
  - At this time, we believe there are 2 members in 2019 and 1 member in 2018 who was not able to receive their prescription via mail order as a result of the incorrect DNS setup.
- The TF Bypass applied to the incorrect plan could result in renewing members not receiving a transition fill for the generic product.
  - The impact of this should currently be zero as the generics for all drugs within the SSG strategy are currently covered on the Essential formulary. This does not result in a negative formulary change and transition fill is not triggered for the renewing members.
  - This will potentially cause member impact should the generic be removed from the formulary, as renewing members would be prevented from obtaining a transition fill of the generic.
- For those plans that are not participating in the SSG program, when the brand is added to the MAC Bypass List, any DAW penalties or MAC pricing will not apply for the brand where a brand is being dispensed. This results in failure to apply the DAW penalty to the member (if the plan has elected to have DAW penalties as part of their plan design) and potentially reimbursing the dispensing pharmacy at the brand rate, rather than at the MAC.

Because of the operational complexity involved with implementing the SSG Strategy, we have historically requested that clients elect the entire CAG structure into the SSG strategy. At this time, we are investigating options for accommodating Clearstone's current account structure for 2019 only. Moving forward into 2020, implementation of the SSG Strategy will need to take place at the Carrier level to decrease the complexity of implementation and maintenance as well as to minimize the risk associated with coding at the group or plan levels.

# EXHIBIT 15

## Y0080_72111_SCR_2017
## MED D – <Copaxone> Generic not available on <Client> Formulary until further notice

Overview
Rationale
What does this mean for the beneficiary?
Effects of this Strategy on Beneficiaries
FAQs
Log Activity
Resolution Time
Parent SOP

### Overview

<Copaxone> is a brand name prescription drug used to treat multiple sclerosis. This prescription drug was recently launched in its generic form <(glatiramer acetate)>.

Generic prescription drugs are typically the lowest-cost option when compared to brand name prescription drugs. <Client> promotes the use of generic prescription drugs to help plan beneficiaries save money.

- During the initial launch phase for the generic, there will be few manufacturers marketing the generic and the cost of the generic is expected to be relatively high. To help lower out-of-pocket

©2017 CVS Caremark Part D Services, L.L.C. All rights reserved.
5246-44209C  112417

1

CVS-000377

cost, <Client> is passing along a manufacturer discount on the brand <Copaxone>. As a result, <Client> will continue to keep the brand version of <Copaxone> on the formulary and will **NOT** be adding the generic version until further notice.

Network Pharmacies were also informed of this update.



- Effective immediately <Copaxone> will be maintained on Specialty Tier for <Client> formularies and the generic <(glatiramer acetate)> will not be added.

<u>Top of the Document</u>

## Rationale

The goal of this document is to prepare the MED D Customer Care Representative (CCR) for potential inbound questions from the beneficiary regarding the release of <glatiramer acetate> and the non-covered status for this prescription drug in <Client> plans.

<u>Top of the Document</u>

## What does this mean for the beneficiary?

- The beneficiary will continue to receive brand <Copaxone>.

©2017 CVS Caremark Part D Services, L.L.C. All rights reserved.
5246-44209C  112417

CVS-000378

**NOTE:** The generic equivalent, <Glatiramer acetate>, will not be on the formulary during this time.

- Beneficiaries will have the option to request an exception if they wish to obtain <glatiramer acetate>.
  - However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level.
- Brand <Copaxone> is available at the current Specialty Tier copay/coinsurance, so if the request for the generic is granted, the beneficiary would pay the amount associated with the plan's exception tier. This may be a different cost than the brand.

Top of the Document

## Effects of this Strategy on Beneficiaries

- Beneficiaries will continue to receive the brand <Copaxone> at the current Specialty tier copay/coinsurance.

- The CCR may receive calls from MED D beneficiaries who are confused about the lack of generic version availability of the prescription drug.
  - Refer to the **FAQs** section of this document for appropriate responses.

Top of the Document

## FAQs

The following table of Frequently Asked Questions should assist the CCR when receiving a call from the beneficiary regarding this issue.

©2017 CVS Caremark Part D Services, L.L.C. All rights reserved.
5246-44209C  112417

3

CVS-000379

**NOTE:** These specifics apply to non-LICS beneficiaries. See specific Q&A at end of this FAQ section for LICS-specific information.

| Question | Answer | |
|---|---|---|
| **Will <Copaxone> cost more than <glatiramer acetate> in any stage of the Medicare D benefit for non-LICS members?** | **SAY:**<br>• This will vary based on what Plan you are in and which Medicare Part D coverage stage you currently are in (e.g., Deductible, Initial Coverage Limit, Coverage Gap or Catastrophic).<br><br>**CCR Process Note:** The CCR will review the following grid for information on the anticipated costs of brand <Copaxone> vs. <glatiramer acetate> during the <glatiramer acetate> initial launch period: | |
| | **Deductible Stage** for **non-LICS** members: | **SAY:**<br>• No. |
| | **Initial Coverage Limit (ICL) Stage** for **non-LICS** members: | **SAY:**<br>• Maybe.<br><br>• You will pay your current Specialty copay/coinsurance during the Initial Coverage Limit stage for brand <Copaxone>.<br><br>**If appropriate:** Mr. /Mrs. Beneficiary, your copayment for brand <Copaxone> will be <$X.XX>. |

©2017 CVS Caremark Part D Services, L.L.C. All rights reserved.
5246-44209C  112417

4

CVS-000380

| | Coverage Gap Stage for **non-LICS** members: | **SAY:**<br>• No.<br><br>• The Coverage Gap (donut hole) is where you will receive significant savings on brand <Copaxone>.<br><br>• The brand name is less expensive than the generic version because of the manufacturer discount on brand name prescription drugs.<br><br>• In the Coverage Gap stage, your cost share is <XX%> on the price of brand <Copaxone>.<br><br>• If the generic were included at this time on the formulary, your cost share would be <XX%>. |

©2017 CVS Caremark Part D Services, L.L.C. All rights reserved.<br>5246-44209C  112417

CVS-000381

| | | |
|---|---|---|
| | **Catastrophic Stage** for **non-LICS** members: | **SAY:**<br>• Yes.<br><br>• If you are already in the Catastrophic stage for <2017>, your overall cost for the year will not decrease.<br><br>• During this stage of the benefit, you pay <X%> coinsurance.<br><br>• Because of the anticipated price of the brand name compared to the generic, you will pay approximately <10% more> for brand <Copaxone> if you are already in the Catastrophic stage for <2017>.<br><br>• If you have not yet reached the Catastrophic stage, your overall cost for brand <Copaxone> will be significantly less due to the cost savings that occur in the Coverage Gap stage (donut hole).<br><br>• In <2018>, your overall savings over the course of the year could average between <$1,100 and $1, 400> for brand <Copaxone> based on the current estimated cost of the generic compared to the cost of brand <Copaxone>. |

©2017 CVS Caremark Part D Services, L.L.C. All rights reserved.<br>5246-44209C  112417

6

CVS-000382

| Aren't generics less expensive? | **SAY:**<br>• When a generic version is first available, it is typically similar in price to the brand name version.<br><br>• Eventually, we expect more generic prescription drug companies to start making and selling <glatiramer acetate>, which could bring down the price. |
|---|---|
| Can I get the generic? | **SAY:**<br>• At this time the generic version, called <glatiramer acetate>, is not on the formulary.<br><br>• You do have the option to request a formulary exception. However, brand <Copaxone> is available at the current Specialty Tier coinsurance/copay, so if the request for the generic is granted, you (the beneficiary) would pay the amount associated with the plan's exception tier. This may be a different cost than the brand.<br><br>• Despite this unusual exception, we continue to encourage you to choose generic prescription drugs which often can save you money. |
| Will my other copays for other prescription drugs be lowered? | **SAY:**<br>•<br>   No.<br><br>•<br>   You will continue to pay the copay/coinsurance for other brand name and generic prescription drugs at the current benefit copayment. |

©2017 CVS Caremark Part D Services, L.L.C. All rights reserved.
5246-44209C  112417

7

CVS-000383

| Are there other brand name prescription drugs that this applies to? | **SAY:**<br>• <br> In most cases the generic version of a prescription drug is less expensive than the brand name version and is covered at the lower generic copay.<br><br>• <br> The exception typically applies during the first year the generic version of a prescription drug is launched. |
|---|---|
| **What should I do if brand <Copaxone> is removed from the formulary during the plan year?** | **SAY:**<br>• We will provide you with prior notification if brand <Copaxone> is removed from the formulary during the Plan year.<br>  o<br>•<br> The type of notification depends on whether you are taking the prescription drug and whether the change happens during the plan year or at the beginning of the next plan year.<br>    o<br> If we make this change during the plan year, and you are taking Copaxone we will give you written notice 60 days in advance of the change. This is usually provided in your Explanation of Benefits (EOB).<br>    o<br> If we make this change at the beginning of the next plan year, the change will be noted in the formulary included as part of your Annual Notice of Change (ANOC) packet. |

©2017 CVS Caremark Part D Services, L.L.C. All rights reserved.<br>5246-44209C  112417

CVS-000384

| | |
|---|---|
| | ○ You should review your plan's formulary carefully.<br>• If brand <Copaxone> is removed from the formulary and you want to continue taking brand <Copaxone>, you will have the option to request a formulary exception.<br>　○ However, brand <Copaxone> is available at the current Specialty Tier copay, so if the request for the generic is granted, you (the beneficiary) would pay the amount associated with the plan's exception tier. This may be a different cost than the brand. |
| **May I, as the beneficiary, request a coverage determination for the generic product?** | **SAY:**<br>• Yes, you as the beneficiary may request a coverage determination for <glatiramer acetate>.<br><br>• However, brand <Copaxone> is available at the current Specialty Tier copay, so if the request for the generic is granted, you (the beneficiary) would pay the amount associated with the plan's exception tier. This may be a different cost than the brand. |
| **Will <glatiramer acetate> be added to the formulary during the 2017 plan year?** | **SAY:**<br>•<br>The addition of the generic to the formulary will be re-evaluated during the year. |
| **Will <Copaxone> cost more than <(glatiramer acetate> in any stage of the Medicare Part D benefit for LICS members?** | **CCR Process Note:** The CCR will review the following information for **LICS** members on the anticipated costs of <Copaxone> vs. <glatiramer acetate> during the <glatiramer acetate> initial launch period: |
| | For **LICS 1 & 2** Members: | **SAY:**<br>• Maybe. |

©2017 CVS Caremark Part D Services, L.L.C. All rights reserved.
5246-44209C  112417

9

CVS-000385

|  |  | • In the Catastrophic stage of the benefit you will continue to receive <Copaxone> at no cost.<br><br>• If you have not yet reached the Catastrophic stage, you might have to pay your brand name copayment for <Copaxone> until you reach the Catastrophic stage. |
|  | For **LICS 3** Members: | **SAY:**<br>• No. |
|  | For **LICS 4** Members: | **SAY:**<br>• Maybe.<br><br>• If you are in the Initial Coverage Limit stage (ICL) or the Post-Initial Coverage stage of the benefit you will continue to pay your current coinsurance for <Copaxone>.<br><br>• If you are in the Catastrophic stage, you will continue to pay the LIS brand name copayment for <Copaxone>. |
|  |  |  |

©2017 CVS Caremark Part D Services, L.L.C. All rights reserved.
5246-44209C  112417

CVS-000386

Top of the Document

## Log Activity

1003 – Plan Design Education

Top of the Document

## Resolution Time

Information = immediate

Top of the Document

## Parent SOP

**CALL-0048: Medicare Part D Customer Care Call Center Requirements-CVS Caremark Part D Services, L.L.C.**

Top of the Document

Not to Be Reproduced or Disclosed to Others without Prior Written Approval
**ELECTRONIC DATA = OFFICIAL VERSION – PAPER COPY – INFORMATIONAL ONLY**

©2017 CVS Caremark Part D Services, L.L.C. All rights reserved.
5246-44209C  112417

CVS-000387

# EXHIBIT 16

Peoplesafe

Page 1 of 1



CVS-001933

# EXHIBIT 17





P.O. Box 30013, Pittsburgh, PA 15222-0330

January 28, 2019



## YOUR DRUG IS NOT ON OUR LIST OF COVERED DRUGS (FORMULARY) OR IS SUBJECT TO CERTAIN LIMITS

Dear ▮▮▮▮▮▮▮▮ :

We want to tell you that SilverScript Choice (PDP) has provided you with a temporary supply of the following prescription: GLATIRAMER INJ 40MG/ML.

This drug is either not included on our list of covered drugs (called our formulary), or it's included on the formulary but subject to certain limits, as described in more detail later in this letter. SilverScript Choice (PDP) is required to provide you with a temporary supply of this drug. If your prescription is written for fewer than 30 days, we'll allow multiple fills to provide up to a maximum 30-day supply of medication.

It's important to understand that this is a temporary supply of this drug. Well before you run out of this drug, you should speak to SilverScript Choice (PDP) and/or the prescriber about:

- changing the drug to another drug that is on our formulary; or
- requesting approval for the drug by demonstrating that you meet our criteria for coverage; or
- requesting an exception from our criteria for coverage.

When you request approval for coverage or an exception from coverage criteria, these are called coverage determinations. Don't assume that any coverage determination, including any exception, you have requested or appealed has been approved just because you receive more fills of a drug. If we approve coverage, then we'll send you another written notice.

If you need assistance in requesting a coverage determination, including an exception, or if you want more information about when we will cover a temporary supply of a drug, contact us at 1-866-235-5660. TTY users should call 711. Live representatives are available 24 hours a day, 7 days a week. You can ask us for a coverage determination at any time. **Instructions on how to change your current prescription, how to ask for a coverage determination (including an exception), and how to appeal a denial if you disagree with our coverage determination are discussed at the end of this letter.**

The following is a specific explanation of why your drug is not covered or is limited.

**Name of Drug:** GLATIRAMER INJ 40MG/ML
**Date Filled:** 01/24/2019
**Reason for Notification:** This drug is not on our formulary. We will not continue to pay for this drug after you have received the maximum 30 days' temporary supply that we are required to cover unless you obtain a formulary exception from us.



**How do I change my prescription?**
If your drug is not on our formulary, or is on our formulary but we have placed a limit on it, you can ask us what other drug used to treat your medical condition is on our formulary, ask us to approve coverage by showing that you meet our criteria, or ask us for an exception. We encourage you to ask your prescriber if this other drug that we cover is an option for you. You have the right to request an exception from us to cover your drug that was originally prescribed. If you ask for an exception, your prescriber will need to provide us with a statement explaining why a prior authorization, quantity limit, or other limit we have placed on your drug is not medically appropriate for you.

**How do I request a coverage determination, including an exception?**
You or your prescriber may contact us to request a coverage determination, including an exception. The toll-free phone number is 1-866-235-5660 (TTY users should call 711), or you may fax to 1-855-633-7673, or you may write to us at: SilverScript Insurance Company Prescription Drug Plans Coverage Decisions and Appeals Department, P.O. Box 52000, MC 109, Phoenix, AZ 85072-2000. We are available 24 hours a day, 7 days a week.

If you are requesting coverage of a drug that is not on our formulary or an exception to a coverage rule, your prescriber must provide a statement supporting your request. It may be helpful to bring this notice with you to the prescriber or send a copy to his or her office. If the exception request involves a drug that is not on our formulary, the prescriber's statement must indicate that the requested drug is medically necessary for treating your condition because all of the drugs on our formulary would be less effective than the requested drug or would have adverse effects for you. If the exception request involves a prior authorization or other coverage rule we have placed on a drug that is on our formulary, the prescriber's statement must indicate that the coverage rule wouldn't be appropriate for you given your condition or would have adverse effects for you.

We must notify you of our decision no later than 24 hours, if the request has been expedited, or no later than 72 hours, if the request is a standard request, from when we receive your request. For exceptions, the timeframe begins when we obtain your prescriber's statement. Your request will be expedited if we determine, or your prescriber tells us, that your life, health, or ability to regain maximum function may be seriously jeopardized by waiting for a standard decision.

**What if my request for coverage is denied?**
If your request for coverage is denied, you have the right to appeal by asking for a review of the prior decision, which is called a redetermination. You must request this appeal within 60 calendar days from the date of our written decision on your coverage determination request. We accept standard and expedited requests by telephone and in writing. Contact us at: SilverScript Insurance Company Prescription Drug Plans Coverage Decisions and Appeals Department, P.O. Box 52000, MC 109, Phoenix, AZ 85072-2000; phone: 1-866-235-5660; TTY: 711; fax: 1-855-633-7673; 24 hours a day, 7 days a week.

If you need assistance in requesting a coverage determination, including an exception, or if you want more information about when we will cover a temporary supply of a drug, contact us at 1-866-235-5660, 24 hours a day, 7 days a week. TTY users should call 711. Live representatives are available 24 hours a day, 7 days a week. You can ask us for a coverage determination at any time. You can also visit our website at www.silverscript.com.

Sincerely,

SilverScript Choice (PDP)


The formulary may change at any time. You will receive notice when necessary.

Beneficiaries must use network pharmacies to access their prescription drug benefit.

ATENCIÓN: Si usted habla español, tenemos servicios de asistencia lingüística disponibles para usted sin costo alguno. Llame al 1-866-235-5660 (TTY: 711).

SilverScript is a Prescription Drug Plan with a Medicare contract offered by SilverScript Insurance Company. Enrollment in SilverScript depends on contract renewal.

CVS-001935

SilverScript® Insurance Company complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. SilverScript Insurance Company does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

SilverScript Insurance Company:
- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  - Written information in other formats (large print, audio, accessible electronic formats, other formats)

- Provides free language services to people whose primary language is not English, such as:
  - Qualified interpreters
  - Information written in other languages

If you need written information in other formats or free language services, please contact Customer Care. This number can be found on the back of your member ID card or on the letter that accompanied this notice.

If you believe that SilverScript Insurance Company has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance with: SilverScript Insurance Company, Grievance Department, P.O. Box 30016, Pittsburgh, PA 15222-0330. Fax: 1-866-217-3353.

You can file a grievance by mail, or by fax. If you need help filing a grievance, the SilverScript Grievance Department is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at: U.S. Department of Health and Human Services, 200 Independence Avenue SW., Room 509F, HHH Building, Washington, DC 20201, 1-800-368-1019, 1-800-537-7697 (TDD). Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

## ENGLISH

ATTENTION: If you speak English, language assistance services, free of charge, are available to you. Call 1-866-235-5660 (TTY*711).

## SPANISH

ATENCIÓN: Si usted habla español, tenemos servicios de asistencia lingüística disponibles para usted sin costo alguno. Llame al 1-866-235-5660 (TTY: 711).

## CHINESE

* * * * * * * * * * * * * * * * * *
* * * * * * * * 1-866-235-5660 (TTY: 711)*

## VIETNAMESE

CHÚ Ý: Nếu quý vị nói tiếng Việt, thì có sẵn các dịch vụ trợ giúp ngôn ngữ miễn phí dành cho quý vị. Hãy gọi số 1-866-235-5660 (TTY: 711).

## KOREAN

* * ∴* * * * * * * * * * * * *
* * * * * * * * * * * * .
1-866-235-5660 (TTY: 711)* * * * * *
* * * * .

## TAGALOG

PANSININ: Kung nagsasalita po kayo ng Tagalog, magagamit ninyo ang mga serbisyong tulong sa wika ng walang bayad. Tawagan po ang *****235-5660 (TTY: 711).

## RUSSIAN

ВНИМАНИЕ: Если вы говорите на русском языке, вам будут бесплатно предоставлены услуги переводчика. Звоните по телефону: 1-866-235-5660 (телетайп: 711).

## ARABIC

ملاحظة: اذا كنت تتحدث العربية، تتوفر خدمات المساعدة اللغوية مجاناً ١من أجلك اتصل بالرقم 1-866-235-5660 (الهاتف النصي: 711).

## FRENCH CREOLE

ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele 1-866-235-5660 (TTY: 711).

## FRENCH

ATTENTION : Si vous parlez français, des services gratuits d'interprétation sont à votre disposition. Veuillez appeler le 1-866-235-5660 (TTY: 711).

## POLISH

UWAGA: Dla osób mówiących po polsku dostępna jest bezpłatna pomoc językowa. Zadzwoń pod numer 1-866-235-5660 (TTY: 711).

## PORTUGUESE

ATENÇÃO: Se fala português, estão disponíveis serviços gratuitos de assistência linguística na sua língua. Telefone para 1-866-235-5660 (TTY: 711).

## ITALIAN

ATTENZIONE: Se lei parla italiano, sono disponibili servizi gratuiti di assistenza linguistica nella sua lingua. Chiami 1-866-235-5660 (TTY: 711).

## JAPANESE

* * * * ∴* * * * * * * * * * * *
* * * * * * * * * * * * * * * * * *
* * * * * * 1-866-235-5660 (TTY: 711) * *
* * * * * * * * * *

## GERMAN

BITTE BEACHTEN: Wenn Sie Deutsch sprechen, stehen Ihnen unsere Dolmetscher unter der Nummer 1-866-235-5660 (TTY: 711) kostenlos zur Verfügung.

## FARSI

توجه: چنانچه به زبان فارسی صحبت می‌کنید، خدمات کمک زبانی، به صورت رایگان رد ،نختیار شما قررا خواهد گرفت. با شماره (TTY: 711) 1-866-235-5660 (711 تماس بگیرید.



# EXHIBIT 18

Peoplesafe

Page 1 of 1



CVS-001923

# EXHIBIT 19

# MED D - INVEGA® Generic Oral Tablet Not Available on SilverScript Choice, Plus, and Allure (PDP) Plans Until Further Notice
# Y0080_72152_SCR_2019_v2

Overview <sup>L</sup>
Background <sup>L</sup>
What does this mean for the Beneficiary? <sup>L</sup>
Effects of this Strategy on the Beneficiaries <sup>L</sup>
FAQs <sup>L</sup>
Log Activity <sup>L</sup>
Resolution Time <sup>L</sup>
Related Documents <sup>L</sup>
Parent SOP <sup>L</sup>
Abbreviations / Definitions <sup>L</sup>

## Overview

INVEGA® ORAL TABLET (pronounced in-VAY-ga) is a branded prescription drug commonly used for the treatment of schizophrenia. This prescription drug was recently launched in its generic form (paliperidone tablet) (PAL-uh-PEAR-uh-dohn). The generic form of INVEGA® TABLET is not available for SilverScript Choice, Plus, and Allure (PDP) plans until further notice.

INVEGA® TABLET will be MAINTAINED on the Preferred Brand Tier (Tier 3) in 2018 and 2019 for the formularies for SilverScript Choice, Plus, and Allure and the generic paliperidone tablet will **not** be added to the formularies.

1

CVS-000324

This applies only to SilverScript Choice and Plus beneficiaries in 2018 and SilverScript Choice, Plus, and Allure beneficiaries in 2019.

Top of the Document

## Background

Generic prescription drugs are typically the lowest-cost option when compared to branded prescription drugs. SilverScript **promotes the use of generic prescription drugs** to help plan beneficiaries save money.

- ξ During the initial launch phase for the generic, there will be few manufacturers marketing the generic and the cost of the generic is expected to be relatively high.
- ξ To help keep out-of-pocket costs low, SilverScript is retaining brand INVEGA TABLET on its formulary on the Preferred Brand Tier (Tier 3). INVEGA TABLET is eligible for a manufacturer discount in the coverage gap.
- ξ SilverScript will continue to keep the brand version of INVEGA TABLET on the formulary and will **NOT** be adding the generic version until further notice.

Network Pharmacies were also informed of this update.

**Note:** SilverScript Employer PDP Plans are being handled differently.
- ξ **SilverScript Choice, Plus, and Allure Plans**
  The generic version of INVEGA (paliperidone) TABLET will **NOT** be added to the formularies for SilverScript Choice, Plus, and Allure plans.
- ξ **SilverScript Employer PDP Plans**
  Employer PDP Plans have added the generic (paliperidone tablet) to their formulary for 2018 and 2019. Some plans will continue cover the brand in 2018 and 2019.

2

CVS-000325

Top of the Document

## What does this mean for the Beneficiary?

Retaining brand INVEGA TABLET on the Preferred Brand Tier (Tier 3) can help keep out-of-pocket costs low for SilverScript beneficiaries.

**Note:** The generic equivalent paliperidone tablet will **not** be on the formulary until further notice.
ξ  Beneficiaries will have the option to request a formulary exception if they wish to obtain paliperidone tablet.
  o  However, exception requests for non-formulary prescription drugs, **if approved**, are typically approved for coverage at the **highest non-specialty** cost share level (Tier 4) in 2018 and 2019.

ξ  Brand INVEGA TABLET is available at Preferred Brand Tier (Tier 3) copay in 2018 and 2019, so if the request for the generic is granted, the beneficiary would most likely pay a higher out-of-pocket cost as the medication will pay as a Tier 4 coinsurance. As the cost of the generic is expected to be higher, the coinsurance amount will also be higher for the generic.

Top of the Document

## Effects of this Strategy on the Beneficiaries

Beneficiaries will continue to receive the **brand** INVEGA TABLET, at the **Preferred Brand Tier (Tier 3)** copay.

Calls may be received from MED D beneficiaries who have questions regarding the lack of generic version availability of the prescription drug. Refer to the FAQs section of this document for appropriate responses.

Top of the Document

3

CVS-000326

## FAQs

The frequently asked questions below will assist the CCR when addressing incoming calls regarding INVEGA TABLET.

**Note:** These specifics apply to non-LIS beneficiaries. There is no impact expected to LIS beneficiaries. For LIS beneficiaries, if the brand has a generic available in the market, and the brand is in the preferred brand tier (with no market shortage), then it will adjudicate as the generic. **Exclusion:** Specialty.

| Question | Answer |
|---|---|
| **Will INVEGA TABLET cost more than paliperidone tablet in any phase of the Medicare Part D benefit?** | **SAY:**<br>ξ  This will vary based on your Plan and which Medicare Part D coverage stage you are currently in (e.g., Deductible, Initial Coverage Limit, Coverage Gap or Catastrophic).<br><br>**CCR Process Note:** Review the following grid for information on the anticipated costs of INVEGA TABLET vs. paliperidone tablet during the paliperidone tablet initial launch period: |

| **Deductible Stage for non-LIS beneficiaries:** | **SilverScript Choice, Plus, and Allure beneficiaries**:<br>ξ  In 2018, no deductible, except for Choice Plan beneficiaries residing in Alaska who will have a $405 annual deductible and Choice Plan beneficiaries residing in Arizona and Hawaii who will have a $100 annual deductible for drugs in Tiers 3 to 5. Plus Plan is not available in Alaska.<br>ξ  In 2019, no deductible except for Choice Plan beneficiaries who will have a $100 annual deductible for drugs in Tiers 3 to 5 for beneficiaries residing in Colorado, Georgia, or Texas; Choice beneficiaries |
|---|---|

4

CVS-000327

| | | residing in Arizona, South Carolina, or Alaska will have a $415 deductible for drugs in Tiers 3 to 5. SilverScript Plus and Allure Plans are not available in Alaska.<br><br>Move to response below in Initial Coverage Phase. |
|---|---|---|
| | **Initial Coverage Limits (ICL) Stage for non-LIS beneficiaries:** | **SAY:**<br>ξ Maybe.<br>ξ You will continue to be pay a Preferred Brand Tier (Tier 3) copay in 2018 and 2019 during the Initial Coverage Stage for brand INVEGA® TABLET.<br>ξ Mr./Ms. Beneficiary, your copay for brand INVEGA® TABLET will be $X.XX.<br><br>Move to response below in Coverage Gap Stage. |
| | **Coverage Gap Stage for non-LIS beneficiaries:** | **SAY:**<br>ξ No.<br>ξ The Coverage Gap Stage (also called the "donut hole") is where you will receive significant savings on brand INVEGA TABLET.<br>ξ The brand name is less expensive than the generic version because of the manufacturer discount on brand name prescription drugs.<br>ξ In 2018, your cost share in the Coverage Gap Stage is 35% on the price of brand INVEGA TABLET. If the generic were included at this time on the formulary, your cost share would be 44%.<br>ξ In 2019, your cost share in the Coverage Gap Stage is 25% on the price of brand INVEGA TABLET. If the |

5

CVS-000328

| | | generic were included at this time on the formulary, your cost share would be 37%.<br><br>Move to response below in Catastrophic Coverage Stage. |
|---|---|---|
| | **Catastrophic Coverage Stage for non-LIS beneficiaries:** | **SAY:**<br>ξ  Yes.<br>ξ  During this stage of the benefit, it is expected that - because of the price of the brand and generic versions - you will pay 5% of the allowed cost. |
| **Why is the brand-name INVEGA TABLET on the Preferred Brand Tier (Tier 3) when there is now a generic available?** | **SAY:**<br>ξ  In this case, the price of the generic version of INVEGA TABLET will likely be similar to the price of the brand version for a minimum of six months, and perhaps longer.<br>ξ  There are few manufacturers of the generic version of INVEGA TABLET to drive the price down.<br>ξ  Until there are competitors and the price of the generic version goes down, your plan will continue to cover brand-name INVEGA TABLET at the Preferred Brand Tier (Tier 3) copay in 2018 and 2019. | |
| **Why can't I get the generic? Aren't generics less expensive?** | **SAY:**<br>ξ  When a generic version is first available, it is typically similar in price to the brand version.<br>ξ  At this time the generic version, called paliperidone tablet, is not on the formulary.<br>  o  You do have the option to request a formulary exception.<br>  o  However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level (excluding the Specialty Tier - Tier 4) in 2018 and 2019.<br>  o  Brand INVEGA TABLET is available at the Preferred Brand Tier (Tier 3) in 2018 and 2019, so even if an exception is granted to allow coverage of the | |

6

CVS-000329

| | |
|---|---|
| | generic, you might pay more out-of-pocket for the generic version paliperidone tablet than for brand INVEGA TABLET.<br>ξ Eventually, we expect more generic prescription drug companies to start making and selling paliperidone tablet, and this should bring down the price.<br>ξ At that time, the generic version will be included on the formulary. |
| **Will my other copays for other prescription drugs be lowered?** | **SAY:**<br>ξ No.<br>ξ You will continue to pay the copay for other brand name prescription drugs at the current benefit copay. [iii] |
| **Could there be other brand prescription drugs that this applies to?** | **SAY:**<br>ξ In most cases the generic version of a prescription drug is less expensive than the brand version and is covered at the lower generic copay.<br>ξ The exception typically applies during the first year the generic version of a prescription drug is launched. |
| **How long will INVEGA TABLET remain on the formulary in the Preferred Brand Tier?** | **SAY:**<br>ξ We anticipate that INVEGA TABLET will remain on the formulary in Preferred Brand Tier (Tier 3) in 2018 and 2019 until the price of the generic form of INVEGA TABLET drops.<br>ξ We anticipate it will be a minimum of six months, however that is based on market conditions not within our control and could change. |
| **What should I do when brand-name INVEGA TABLET is no longer available for Preferred Brand Tier (Tier 3) copay in 2018?** | **SAY:**<br>ξ We will provide you with prior notification if brand INVEGA TABLET is moved to a higher tier copay or removed from the formulary.<br>ξ The type of notification depends on whether the change happens during the plan year or at the beginning of the next plan year.<br>  ○ If we make this change during the plan year, and you are taking INVEGA TABLET, we will give you written notice 60 days in advance of the change. This is usually provided in your Explanation of Benefits (EOB).<br>  ○ If we make this change at the beginning of the next plan year, the change |

7

CVS-000330

|  | will be noted in the formulary included as part of your Annual Notice of Change (ANOC) packet.<br>  o  You should review your plan's formulary carefully.<br>ξ  Brand INVEGA TABLET may either be removed from the formulary or moved to a higher formulary tier.<br>ξ  If you want to continue taking brand INVEGA TABLET you will have the option to request a formulary exception.<br>ξ  However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level (excluding the specialty tier (Tier 5 in 2018 and 2019)). |
|---|---|
| **May I, as the beneficiary, request a coverage determination for the generic product?** | **SAY:**<br>ξ  Yes, you as the beneficiary may request a coverage determination for paliperidone tablet.<br>ξ  However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at a higher cost share level (excluding the specialty tier).<br>ξ  Brand INVEGA TABLET is available at the Preferred Brand Tier (Tier 3) copay in 2018 and 2019, so you might pay more out-of-pocket for the generic than for the brand at this time.<br><br>⚠  Refer to the <u>Med D Care - Coverage Determination/Appeal (New or Status Update)</u> document. |
| **Will paliperidone tablet be added to the formulary during the 2019 plan year?** | **SAY:**<br>ξ  The addition of the generic to the formulary will be re-evaluated during the year. |

<u>Top of the Document</u>

8

CVS-000331

## Log Activity

1003 – Plan Design Education

Top of the Document

## Resolution Time

Information = Immediate

Top of the Document

## Related Documents

Grievance Standard Verbiage (for use in Discussion with Beneficiary) section in MED D Care - Grievances in PeopleSafe and MedHOK

Top of the Document

## Parent SOP

**CALL-0048: Medicare Part D Customer Care Call Center Requirements-CVS Caremark Part D Services, L.L.C.**

Top of the Document

## Abbreviations / Definitions

Mail Service Customer Care Abbreviations and Definitions

Top of the Document

Not to Be Reproduced or Disclosed to Others without Prior Written Approval

9

CVS-000332

**ELECTRONIC DATA = OFFICIAL VERSION – PAPER COPY – INFORMATIONAL ONLY**

10

CVS-000333

# EXHIBIT 20

Peoplesafe

Page 1 of 1



CVS-002333

# EXHIBIT 21





P.O. Box 30013, Pittsburgh, PA 15222-0330

February 26, 2019



MO

## YOUR DRUG IS NOT ON OUR LIST OF COVERED DRUGS (FORMULARY) OR IS SUBJECT TO CERTAIN LIMITS

Dear

We want to tell you that SilverScript Choice (PDP) has provided you with a temporary supply of the following prescription: PALIPERIDONE TAB ER 9MG.

This drug is either not included on our list of covered drugs (called our formulary), or it's included on the formulary but subject to certain limits, as described in more detail later in this letter. SilverScript Choice (PDP) is required to provide you with a temporary supply of this drug. If your prescription is written for fewer than 30 days, we'll allow multiple fills to provide up to a maximum 30-day supply of medication.

It's important to understand that this is a temporary supply of this drug. Well before you run out of this drug, you should speak to SilverScript Choice (PDP) and/or the prescriber about:

- changing the drug to another drug that is on our formulary; or
- requesting approval for the drug by demonstrating that you meet our criteria for coverage; or
- requesting an exception from our criteria for coverage.

When you request approval for coverage or an exception from coverage criteria, these are called coverage determinations. Don't assume that any coverage determination, including any exception, you have requested or appealed has been approved just because you receive more fills of a drug. If we approve coverage, then we'll send you another written notice.

If you need assistance in requesting a coverage determination, including an exception, or if you want more information about when we will cover a temporary supply of a drug, contact us at 1-866-235-5660. TTY users should call 711. Live representatives are available 24 hours a day, 7 days a week. You can ask us for a coverage determination at any time. **Instructions on how to change your current prescription, how to ask for a coverage determination (including an exception), and how to appeal a denial if you disagree with our coverage determination are discussed at the end of this letter.**

The following is a specific explanation of why your drug is not covered or is limited.

**Name of Drug:** PALIPERIDONE TAB ER 9MG
**Date Filled:** 02/22/2019
**Reason for Notification:** This drug is not on our formulary. We will not continue to pay for this drug after you have received the maximum 30 days' temporary supply that we are required to cover unless you obtain a formulary exception from us.



**How do I change my prescription?**
If your drug is not on our formulary, or is on our formulary but we have placed a limit on it, you can ask us what other drug used to treat your medical condition is on our formulary, ask us to approve coverage by showing that you meet our criteria, or ask us for an exception. We encourage you to ask your prescriber if this other drug that we cover is an option for you. You have the right to request an exception from us to cover your drug that was originally prescribed. If you ask for an exception, your prescriber will need to provide us with a statement explaining why a prior authorization, quantity limit, or other limit we have placed on your drug is not medically appropriate for you.

**How do I request a coverage determination, including an exception?**
You or your prescriber may contact us to request a coverage determination, including an exception. The toll-free phone number is 1-866-235-5660 (TTY users should call 711), or you may fax to 1-855-633-7673, or you may write to us at: SilverScript Insurance Company Prescription Drug Plans Coverage Decisions and Appeals Department, P.O. Box 52000, MC 109, Phoenix, AZ 85072-2000. We are available 24 hours a day, 7 days a week.

If you are requesting coverage of a drug that is not on our formulary or an exception to a coverage rule, your prescriber must provide a statement supporting your request. It may be helpful to bring this notice with you to the prescriber or send a copy to his or her office. If the exception request involves a drug that is not on our formulary, the prescriber's statement must indicate that the requested drug is medically necessary for treating your condition because all of the drugs on our formulary would be less effective than the requested drug or would have adverse effects for you. If the exception request involves a prior authorization or other coverage rule we have placed on a drug that is on our formulary, the prescriber's statement must indicate that the coverage rule wouldn't be appropriate for you given your condition or would have adverse effects for you.

We must notify you of our decision no later than 24 hours, if the request has been expedited, or no later than 72 hours, if the request is a standard request, from when we receive your request. For exceptions, the timeframe begins when we obtain your prescriber's statement. Your request will be expedited if we determine, or your prescriber tells us, that your life, health, or ability to regain maximum function may be seriously jeopardized by waiting for a standard decision.

**What if my request for coverage is denied?**
If your request for coverage is denied, you have the right to appeal by asking for a review of the prior decision, which is called a redetermination. You must request this appeal within 60 calendar days from the date of our written decision on your coverage determination request. We accept standard and expedited requests by telephone and in writing. Contact us at: SilverScript Insurance Company Prescription Drug Plans Coverage Decisions and Appeals Department, P.O. Box 52000, MC 109, Phoenix, AZ 85072-2000; phone: 1-866-235-5660; TTY: 711; fax: 1-855-633-7673; 24 hours a day, 7 days a week.

If you need assistance in requesting a coverage determination, including an exception, or if you want more information about when we will cover a temporary supply of a drug, contact us at 1-866-235-5660, 24 hours a day, 7 days a week. TTY users should call 711. Live representatives are available 24 hours a day, 7 days a week. You can ask us for a coverage determination at any time. You can also visit our website at www.silverscript.com.

Sincerely,

SilverScript Choice (PDP)

The formulary may change at any time. You will receive notice when necessary.

Beneficiaries must use network pharmacies to access their prescription drug benefit.

ATENCIÓN: Si usted habla español, tenemos servicios de asistencia lingüística disponibles para usted sin costo alguno. Llame al 1-866-235-5660 (TTY: 711).

SilverScript is a Prescription Drug Plan with a Medicare contract offered by SilverScript Insurance Company. Enrollment in SilverScript depends on contract renewal.

CVS-002335

SilverScript® Insurance Company complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. SilverScript Insurance Company does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

SilverScript Insurance Company:

- ξ  Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  - o  Written information in other formats (large print, audio, accessible electronic formats, other formats)

- ξ  Provides free language services to people whose primary language is not English, such as:
  - o  Qualified interpreters
  - o  Information written in other languages

If you need written information in other formats or free language services, please contact Customer Care. This number can be found on the back of your member ID card or on the letter that accompanied this notice.

If you believe that SilverScript Insurance Company has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance with: SilverScript Insurance Company, Grievance Department, P.O. Box 30016, Pittsburgh, PA 15222-0330. Fax: 1-866-217-3353.

You can file a grievance by mail, or by fax. If you need help filing a grievance, the SilverScript Grievance Department is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at: U.S. Department of Health and Human Services, 200 Independence Avenue SW., Room 509F, HHH Building, Washington, DC 20201, 1-800-368-1019, 1-800-537-7697 (TDD). Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

CVS-002336

**ENGLISH**

ATTENTION: If you speak English, language assistance services, free of charge, are available to you. Call 1-866-235-5660 (TTY*711).

**SPANISH**

ATENCIÓN: Si usted habla español, tenemos servicios de asistencia lingüística disponibles para usted sin costo alguno. Llame al 1-866-235-5660 (TTY: 711).

**CHINESE**

* * * * * * * * * * * * * * * * *
* * * * * * * * 1-866-235-5660 (TTY: 711)*

**VIETNAMESE**

CHÚ Ý: Nếu quý vị nói tiếng Việt, thì có sẵn các dịch vụ trợ giúp ngôn ngữ miễn phí dành cho quý vị. Hãy gọi số 1-866-235-5660 (TTY: 711).

**KOREAN**

* * .* * * * * * * * * * * * * *
* * * * * * * * * * * * * .
1-866-235-5660 (TTY: 711)* * * * * *
* * * * .

**TAGALOG**

PANSININ: Kung nagsasalita po kayo ng Tagalog, magagamit ninyo ang mga serbisyong tulong sa wika ng walang bayad. Tawagan po ang *****235-5660 (TTY: 711).

**RUSSIAN**

ВНИМАНИЕ: Если вы говорите на русском языке, вам будут бесплатно предоставлены услуги переводчика. Звоните по телефону: 1-866-235-5660 (телетайп: 711).

**ARABIC**

ملاحظة: اذا كنت تتحدث العربية، تتوفر خدمات المساعدة اللغوية مجانًا ١من أجلك اتصل بالرقم 1-866-235-5660 (الهاتف النصي: 711).

**FRENCH CREOLE**

ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele 1-866-235-5660 (TTY: 711).

**FRENCH**

ATTENTION : Si vous parlez français, des services gratuits d'interprétation sont à votre disposition. Veuillez appeler le 1-866-235-5660 (TTY: 711).

**POLISH**

UWAGA: Dla osób mówiących po polsku dostępna jest bezpłatna pomoc językowa. Zadzwoń pod numer 1-866-235-5660 (TTY: 711).

**PORTUGUESE**

ATENÇÃO: Se fala português, estão disponíveis serviços gratuitos de assistência linguística na sua língua. Telefone para 1-866-235-5660 (TTY: 711).

**ITALIAN**

ATTENZIONE: Se lei parla italiano, sono disponibili servizi gratuiti di assistenza linguistica nella sua lingua. Chiami 1-866-235-5660 (TTY: 711).

**JAPANESE**

* * * * .* * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * *
* * * * * * 1-866-235-5660 (TTY: 711) * *
* * * * * * * * *

**GERMAN**

BITTE BEACHTEN: Wenn Sie Deutsch sprechen, stehen Ihnen unsere Dolmetscher unter der Nummer 1-866-235-5660 (TTY: 711) kostenlos zur Verfügung.

**FARSI**

توجه: چنانچه به زبان فارسی صحبت می‌کنید، خدمات کمک زبانی، به صوار تریگا رد ،نختیار شما قررا خواهد گرفت. با شماره (TTY: 1-866-235-5660 (711 تماس بگیرید.

# EXHIBIT 22

Peoplesafe

Page 1 of 1



CVS-002332

# EXHIBIT 23

# MED D - ASACOL® HD DELAYED-RELEASE TABLETS Generic Not Available for SilverScript Choice, Plus, and Allure (PDP) Plans Until Further Notice Y0080_42115_SCR_2019

Overview
Background
What does this mean for the beneficiary?
Effects of this Strategy on Beneficiaries
FAQs
Log Activity
Resolution Time
Related Documents
Parent SOP
Abbreviations / Definitions

## Overview

ASACOL® HD DELAYED-RELEASE TABLETS is a branded prescription drug commonly used for the treatment of ulcerative colitis. This prescription drug was recently launched in its generic form, mesalamine delayed-release tablets. The generic form of ASACOL HD DELAYED-RELEASE TABLETS is not available on SilverScript Choice, Plus, or Allure (PDP) plans until further notice.

ASACOL® HD DELAYED-RELEASE TABLETS will be MAINTAINED on the Non-Preferred Drug Tier (Tier 4) in 2019 on the formularies for SilverScript Choice, Plus, and Allure beneficiaries.  The generic, mesalamine delayed-release tablets, will **not** be added to the formularies.

CVS-000272

This applies only to SilverScript Choice, Plus, and Allure beneficiaries in 2019.

Top of the Document

## Background

Generic prescription drugs are typically the lowest-cost option when compared to branded prescription drugs. SilverScript **promotes the use of generic prescription drugs** to help plan beneficiaries save money.

- During the initial launch phase for the generic, there will be few manufacturers marketing the generic and the cost of the generic is expected to be relatively high.
- To help keep out-of-pocket costs low, SilverScript is retaining brand ASACOL® HD DELAYED-RELEASE TABLETS on its formulary on Non-Preferred Drug Tier (Tier 4). SilverScript will continue to keep the brand version of ASACOL HD DELAYED-RELEASE TABLETS on the formulary and will **NOT** be adding the generic version until further notice.

Network Pharmacies were also informed of this update.

**Note:**  SilverScript Employer PDP Plans are being handled differently.

- **SilverScript Choice, Plus, and Allure Plans**
  The generic version of ASACOL HD DELAYED-RELEASE TABLETS (mesalamine delayed-release tablets) will **NOT** be added to the SilverScript formularies for Choice, Plus, and Allure plans in 2019.
- **SilverScript Employer PDP Plans**
  Employer PDP Plans have added the generic (mesalamine delayed-release tablets) to their formulary for 2019. Some plans will continue cover the brand in 2019.

Top of the Document

## What does this mean for the beneficiary?

CVS-000273

Retaining brand ASACOL HD DELAYED-RELEASE TABLETS on Non-Preferred Drug Tier (Tier 4) can help keep out-of-pocket costs low for SilverScript beneficiaries.

**Note:** The generic equivalent mesalamine delayed-release tablets is **not** be on the formulary until further notice.

- Beneficiaries have the option to request an exception if they wish to obtain mesalamine delayed-release tablets.
  - However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level.
- Brand ASACOL HD DELAYED-RELEASE TABLETS is available at the Non-Preferred Drug Tier (Tier 4) copay/coinsurance, so if the request for the generic is granted, the beneficiary would pay the amount associated with the plan's exception tier. This may be a different cost than the brand.

Top of the Document

## Effects of this Strategy on Beneficiaries

- Beneficiaries will continue to receive the brand ASACOL HD DELAYED-RELEASE TABLETS at the Non-Preferred Drug Tier (Tier 4) cost share.

- The CCR may receive calls from MED D beneficiaries who are confused about the lack of generic version availability of the prescription drug. Refer to the FAQs section of this document for appropriate responses.

Top of the Document

## FAQs

3

CVS-000274

The frequently asked questions below will assist the CCR when addressing incoming calls regarding ASACOL HD DELAYED-RELEASE TABLETS.

**Note:** These specifics apply to non-LIS beneficiaries. See specific Q&A at end of this FAQ section for LIS-specific information.

| Question | Answer | |
|---|---|---|
| **Will ASACOL HD DELAYED-RELEASE TABLETS cost more than mesalamine delayed-release tablets in any stage of the Medicare D benefit for non-LIS beneficiaries?** | **SAY:**<br>• This will vary based on your Plan and which Medicare Part D coverage stage you currently are in (e.g., Deductible, Initial Coverage Limits, Coverage Gap or Catastrophic).<br><br>**CCR Process Note:** The CCR will review the following grid for information on the anticipated costs of ASACOL HD DELAYED-RELEASE TABLETS vs. mesalamine delayed-release tablets during the mesalamine delayed-release tablets initial launch period: | |
| | **Deductible Stage for non-LIS beneficiaries:** | **SilverScript Choice , Plus, and Allure beneficiaries:**<br>• In 2019, no deductible except for Choice Plan beneficiaries who will have a $100 annual deductible for drugs in Tiers 3 to 5 for beneficiaries residing in Colorado, Georgia, or Texas; Choice beneficiaries residing in Arizonaand South Carolina will have a $415 annual deductible for drugs in Tiers 3 to 5, or Alaska will have a $415 deductible for all drugs. SilverScript Plus and Allure Plans do not have a deductible. |

4

CVS-000275

| | | |
|---|---|---|
| | | Move to response below in Initial Coverage Limits Stage. |
| | **Initial Coverage Limits (ICL) Stage for non-LIS beneficiaries:** | **SAY:**<br>• Maybe.<br>• You will continue to pay your current Non-Preferred Drug Tier (Tier 4) cost share during the Initial Coverage Limits stage for brand ASACOL HD DELAYED-RELEASE TABLETS.<br>• Mr. /Mrs. <Beneficiary>, your cost share for brand ASACOL HD DELAYED-RELEASE TABLETS will be <$X.XX>.<br><br>Move to response below in Coverage Gap Stage. |
| | **Coverage Gap Stage for non-LIS beneficiaries:** | **SAY:**<br>• No.<br>• The Coverage Gap Stage (also called the donut hole) is where you will receive significant savings on brand ASACOL HD DELAYED-RELEASE TABLETS.<br>• The brand name is less expensive than the generic version because of the manufacturer discount on brand name prescription drugs.<br>• In 2019, your cost share in the Coverage Gap Stage is 25% of the price of brand ASACOL HD DELAYED-RELEASE TABLETS. If the generic were included at this time on the formulary, your cost share would be 37%. |

5

CVS-000276

| | | Move to response below in Catastrophic Coverage Stage. |
|---|---|---|
| | **Catastrophic Stage for non-LIS beneficiaries:** | **SAY:**<br>• Yes.<br>• During this stage of the benefit, it is expected that - because of the price of the brand and generic versions - you will pay 5% of the allowed cost. |
| **Why is the brand-name ASACOL HD DELAYED-RELEASE TABLETS on the formulary when there is now a generic available?** | **SAY:**<br>•<br>In this case, the price of the generic version of ASACOL HD DELAYED-RELEASE TABLETS will likely be similar to the price of the brand version for a minimum of six months, and perhaps longer.<br>•<br>There are few manufacturers of the generic version of ASACOL HD DELAYED-RELEASE TABLETS to drive the price down.<br>•<br>Until there are competitors and the price of the generic version goes down, your plan will continue to cover brand-name ASACOL HD DELAYED-RELEASE TABLETS at the Non-Preferred Drug Tier (Tier 4) cost share in 2019. | |
| **Why can't I get the generic? Aren't generics less expensive?** | **SAY:**<br>• When a generic version is first available, it is typically similar in price to the brand version.<br>• At this time the generic version, called mesalamine delayed-release tablets, is not on the formulary.<br>  ○ You do have the option to request a formulary exception.<br>  ○ | |

6

CVS-000277

| | |
|---|---|
| | ○ owever, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. |
| **Will my other copays for other prescription drugs be lowered?** | **SAY:**<br>• No.<br>• You will continue to pay the copay/coinsurance for other brand name and generic prescription drugs at the current benefit copay. |
| **Could there be other brand prescription drugs that this applies to?** | **SAY:**<br>•  In most cases the generic version of a prescription drug is less expensive than the brand name version and is covered at the lower generic copay.<br>• The exception typically applies during the first few years the generic version of a prescription drug is launched. |
| **How long will ASACOL HD DELAYED-RELEASE TABLETS remain on the formulary on the Non-Preferred Drug Tier (Tier 4)?** | **SAY:**<br>•  We anticipate that ASACOL HD DELAYED-RELEASE TABLETS will remain on the formulary on the Non-Preferred Drug Tier (Tier 4) in 2019 until the price of the generic form of ASACOL HD DELAYED-RELEASE TABLETS drops.<br>•  We anticipate it will be a minimum of six months, however that is based on market conditions not within our control and could change. |
| **What should I do if brand ASACOL HD DELAYED-RELEASE TABLETS is removed from the formulary during the plan** | **SAY:**<br>• We will provide you with prior notification if brand ASACOL HD DELAYED-RELEASE TABLETS removed from the formulary during the Plan year.<br>• |

7

CVS-000278

| | |
|---|---|
| **year?** | • <br> he type of notification depends on whether you are taking the prescription drug and whether the change happens during the plan year or at the beginning of the next plan year. <br>    ○ <br>      If we make this change during the plan year, and you are taking ASACOL HD DELAYED-RELEASE TABLETS, you will receive written notification of the change in your Explanation of Benefits (EOB). <br>    ○ <br>      If we make this change at the beginning of the next plan year, the change will be noted in the formulary included as part of your Annual Notice of Changes (ANOC) packet. <br>    ○ <br>      You should review your plan's formulary carefully. <br> • If brand ASACOL HD DELAYED-RELEASE TABLETS is removed from the formulary and you want to continue taking brand ASACOL HD DELAYED-RELEASE TABLETS, you will have the option to request a formulary exception. <br> • However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. |
| **May I, as the beneficiary, request a coverage determination for the generic product?** | **SAY:** <br> • Yes, you as the beneficiary may request a coverage determination for mesalamine delayed-release tablets. <br>    ○ However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. |

8

CVS-000279

| | ⚠ Refer to the Med D Care - Coverage Determination/Appeal (New or Status Update) document. |
|---|---|
| **Will mesalamine delayed-release tablets be added to the formulary during the 2019 plan year?** | **SAY:**<br>The addition of the generic to the formulary will be re-evaluated during the year. |

| **Will ASACOL HD DELAYED-RELEASE TABLETS cost more than mesalamine delayed-release tablets in any stage of the Medicare Part D benefit for LIS beneficiaries?** | **CCR Process Note:** The CCR will review the following information for LIS beneficiaries on the anticipated costs of ASACOL HD DELAYED-RELEASE TABLETS vs. mesalamine delayed-release tablets during the mesalamine delayed-release tablets initial launch period: | |
|---|---|---|
| | For **LIS 1 & 2** Beneficiaries: | **SAY:**<br>• Maybe.<br>• In the Catastrophic Coverage Stage of the benefit, you will continue to receive ASACOL HD DELAYED-RELEASE TABLETS at no cost.<br>• If you have not yet reached the Catastrophic Coverage Stage, you might have to pay your brand name copayment for ASACOL HD DELAYED-RELEASE TABLETS until you reach the Catastrophic Coverage Stage. |
| | FOR **LIS 3** Beneficiaries: | **SAY:**<br>• No. |
| | FOR **LIS 4** Beneficiaries: | **SAY:**<br>• Maybe.<br>• If you are in the Initial Coverage Limits Stage (ICL) or the Post-Initial Coverage Limits Stage of the benefit you will continue to pay your current coinsurance for ASACOL HD |

9

CVS-000280

| | | • DELAYED-RELEASE TABLETS.<br>• If you are in the Catastrophic Coverage Stage, you will continue to pay the LIS brand name copayment for ASACOL HD DELAYED-RELEASE TABLETS. |
| --- | --- | --- |

<em>Top of the Document</em>

## Log Activity

1003 – Plan Design Education

<em>Top of the Document</em>

## Resolution Time

Information = immediate

<em>Top of the Document</em>

## Related Documents

Grievance Standard Verbiage (for use in Discussion with Beneficiary) section in MED D Care - Grievances in PeopleSafe and MedHOK

<em>Top of the Document</em>

## Parent SOP

**CALL-0048: Medicare Part D Customer Care Call Center Requirements-CVS Caremark Part D Services, L.L.C.**

<em>Top of the Document</em>

10

CVS-000281

## Abbreviations / Definitions

Mail Service Customer Care Abbreviations and Definitions

Not to Be Reproduced or Disclosed to Others without Prior Written Approval
**ELECTRONIC DATA = OFFICIAL VERSION – PAPER COPY – INFORMATIONAL ONLY**

11

CVS-000282

# EXHIBIT 24



**Notice of Approval of Medicare Prescription Drug Coverage**

Date: 11/08/2018



, FL

Member Name:
Member ID Number:

Thank you for trusting your Medicare prescription drug coverage to SilverScript Choice (PDP).
As our member, we want to help you get the most value from your prescription drug coverage
and help you understand how your coverage works.

As a member of SilverScript Choice (PDP), we are pleased to inform you that, upon review of
the information provided by you or your doctor, we have approved the requested coverage for
the following prescription drug(s):

ASACOL HD Tablet DR

Type of coverage approved: Tier Change Requests

This approval authorizes your coverage from 08/10/2018 - 11/08/2019, unless we notify you
otherwise, and as long as the following conditions apply:

- you remain enrolled in our Medicare Part D prescription drug plan,
- your physician or other prescriber continues to prescribe the medication for you, and
- the medication continues to be safe for treating your condition.

This approval authorizes you to receive the medication listed above at tier 02. Depending upon
the strength and/or formulation of the drug prescribed by your physician, different quantity limits
apply. Please consult your Medicare Part D plan's formulary for the specific quantity limit.

If you have not already filled your prescription for this approved drug, you may do so at a
participating network pharmacy.

Thank you for allowing us to serve you. This letter is informational only. No further action is
required by you at this time.

If you have questions or need help, please talk to your doctor or pharmacist, or contact
Customer Care at 1-866-235-5660, 24 hours a day, 7 days a week. TTY users may call 711.

Thank you,

SilverScript Choice (PDP)

SilverScript is a Prescription Drug Plan with a Medicare contract offered by SilverScript
Insurance Company. Enrollment in SilverScript depends on contract renewal.

CVS-001713

# EXHIBIT 25

Peoplesafe                                                                                      Page 1 of 1



CVS-001708

# EXHIBIT 26

Peoplesafe

Page 1 of 1



CVS-001709

# EXHIBIT 27

This transcript was exported on Feb 16, 2022 - view latest version here.

| Speaker 1: | Your dialed number was not entered within the allowed period. At the dial tone, please enter your number. |
|---|---|
| Eric Cartier: | Hello? Hello? Hello? |
| Beneficiary 3: | Hello. |
| Eric Cartier: | Yes, ma'am, I'm sorry. I don't know what happened between the phone lines, but hey, my name is Eric. Thank you for calling the care reception review team. May I please have your- |
| Beneficiary 3: | Hang on a second, Eric. What are you with? |
| Eric Cartier: | I'm with the care reception review team, ma'am. |
| Beneficiary 3: | With Silver Script? |
| Eric Cartier: | Yes, ma'am. |
| Beneficiary 3: | Okay. I just wanted to make sure I didn't get another company or something. Evidently I was being transferred to you and your transferring didn't go through like it was probably supposed to. |
| Eric Cartier: | Yes, ma'am, most likely it did, because whoever transferred you was supposed to give me that information as well. But it's okay, [inaudible 00:01:05] stop our process. Could I please have your member ID? |
| Beneficiary 3: | Member ID ███████████████████████. |
| Eric Cartier: | Yes, ma'am. And just to verify, that's ██████████████████████, correct? |
| Beneficiary 3: | No it's ███████████████. |
| Eric Cartier: | Okay. |
| Beneficiary 3: | Not F. |
| Eric Cartier: | Yes, ma'am, no problem. Sorry about that. |
| Beneficiary 3: | That's okay. |
| Eric Cartier: | You doing okay today, ma'am? |
| Beneficiary 3: | Well, yeah, but I've got a problem that I need your help with. That's how I got you, because she must have transferred me. Just didn't tell me I was getting transferred. |

Rev.com

CVS-002993

This transcript was exported on Feb 16, 2022 - view latest version here.

| | |
|---|---|
| Eric Cartier: | That's okay. |
| Beneficiary 3: | Do you know my problem? Did she tell you? |
| Eric Cartier: | No, ma'am, and that was one of the few things that she was supposed to send that information. |
| Beneficiary 3: | Let me start all over then and tell you what happened, okay. |
| Eric Cartier: | Okay, ma'am. |
| Beneficiary 3: | I take a prescription, it's called Asacol, A-S-A-C-O-L. |
| Eric Cartier: | Yes, ma'am. |
| Beneficiary 3: | I got a letter from Silver Script that dates November 8th of 2018. And it said that I'd been approved for this drug through November 8th, 2019. And I went to the pharmacy to pick it up, and I've been paying $17, and she told me today it's $340, $350. So what has changed, and who's right, who's wrong? |
| Eric Cartier: | Yes, ma'am. So what I could do for you ... Okay, what I could do for you ... Well, first, would you like an alternative for this medicine, ma'am? |
| Beneficiary 3: | Pardon? |
| Eric Cartier: | Would you like an alternative to this medicine [inaudible 00:03:08]? |
| Beneficiary 3: | Wait a minute, you're breaking up. I can't hear you. What? |
| Eric Cartier: | I'm sorry about that, ma'am, you can hear me now? |
| Beneficiary 3: | Yes. |
| Eric Cartier: | Yes, ma'am, I asked, would you like an alternative for this medicine or would you like, that's similar to this medicine but a different brand, or would you like to keep this particular medicine? |
| Beneficiary 3: | Well, that's a question for my doctor. |
| Eric Cartier: | Yes, ma'am. See, what I could do is I could give you the alternatives for this medicine and you could call and check basis with your doctor concerning of the medicine so he can verify it for you that it will be healthy for you. We could start with that process as soon as you give me the go, ma'am. |
| Beneficiary 3: | Well, why did I get a letter saying it was settled through November of 2019? And this is like the second or third month I go to get it, and I I've already got a problem. |

Rev.com

CVS-002994

This transcript was exported on Feb 16, 2022 - view latest version here.

Eric Cartier:        That is true, ma'am, that is true. So would you like to proceed with the process of going on board to keep this medicine?

Beneficiary 3:       Well, I don't want to go into it with my doctor, that's for sure. I just had a doctor's appointment that took me almost three hours. It's a very busy doctor's group and it's not easy to get anything worked out. So what is the problem? Why do I have the problem today when I haven't had it for three, four months?

Eric Cartier:        Yes, ma'am. The problem is it's saying that you have to discuss your balance with ... The opportunity to save based on this medicine. I want to say that's the problem, and yes, and you are correct, your prior authorization back on November 8th of 2019. So that is not the problem. So it seems to be from my information that I have that I'm looking at, that all you need is to talk to a member of my coverage determination team so they could be able to further assist you on this.

Beneficiary 3:       Now, you have totally lost me in what you're explaining. I do not know how Silver Script works since I've never worked for them.

Eric Cartier:        Yes, ma'am.

Beneficiary 3:       So what do I have to do to go to the drug store and get my prescription? Because I've only got medicine for one more day.

Eric Cartier:        Yes, ma'am, no problem. See, what I have to do is, what I'm going to do for you is transfer you to my coverage determination team so they can give you further assistance on keeping this medicine and trying to get a tier section for this medicine so you can have it below price.

Beneficiary 3:       Well, it also says I have a tier change. Wait a minute, where is it? Where does it say that? "This approval authorizes you to receive the medication listed above at tier two, depending upon on the strength and/or formulation of the drug prescribed by your physician."

Eric Cartier:        Yes, ma'am.

Beneficiary 3:       So what do I have ... I don't understand how it's been working for three, four months and all of a sudden now I have a problem. And they've already told me I've got it through November 8th of 2019 unless we notify you otherwise. And I haven't been notified by your company. And it says you were enrolled in the Medicare part D, which I am. My physician or another prescriber continues the medication for me. And I just discussed it with him today, so he did. And the medication continues to be safe for treating my condition. So according to the letter, I don't know why I have a problem today. And I'm not picking on you.

Eric Cartier:        Yes, ma'am, trust me. I understand that you're just in concern of your medicine because you need it. And I'm totally aware that that is the situation. So for us to

Rev.com

This transcript was exported on Feb 16, 2022 - view latest version here.

|  | go forward so you could keep this medicine, right? You would like to keep this medicine, right? |
|---|---|
| Beneficiary 3: | Well, I don't see any reason to change. If I'm going to change, I've got to evidently go back to the doctor. I don't know these medicines you're talking about. So I don't know if they're going to be the same for me or not. I'm not a pharmacist, I'm not in any way educated other than how to put them in my mouth and swallow them with water. So I'm not the one that can make the decision about whether or not it can be changed. That has to go through my doctor. |
| Eric Cartier: | And that is right, ma'am. Do you by chance have a number for your doctor? |
| Beneficiary 3: | I can give it to you if you want to wait one minute until I get, I think I have his card right here on my desk. Hang on a second. |
| Eric Cartier: | Yes, ma'am. |
| Beneficiary 3: | I wasn't picking on you, and I don't mean to be nasty to you, because I know it's not you any more than it's me. We're the pawns in between. |
| Eric Cartier: | No, ma'am, no problem. I'm here to help, ma'am, I am here to help and I'm here to solve the problem. So that's what I was saying, if you have your doctor's office number, I could give you those alternatives and you could call him to verify with him to see, would that medicine be [inaudible 00:09:09]. |
| Beneficiary 3: | Yeah, but I'm not proficient in discussing medicines. I don't know one from another. What if he doesn't understand which one you're talking about? |
| Eric Cartier: | Yes, ma'am, because I was going to give you the spelling and every detail of the strength of the medicine. |
| Beneficiary 3: | Can't the insurance company call the doctor's office to see if it can be substituted? |
| Eric Cartier: | Yes, ma'am, but the only way I have, the only way that the insurance would have to call the doctor, for my knowledge, is that I have to transfer you to my coverage determination team and they'll give you further assistance. |
| Beneficiary 3: | Wait a minute, what team is that? What team is that? I'm sorry, I didn't understand that part. Hello? |
| Eric Cartier: | Yes, ma'am, it's my coverage determination team. |
| Beneficiary 3: | Determination. Well, see, I'm not going to be able to explain anything to ... |
| Eric Cartier: | No, ma'am, you won't have to. |

Rev.com

CVS-002996

This transcript was exported on Feb 16, 2022 - view latest version here.

| | |
|---|---|
| Beneficiary 3: | ... Doctor and a prescription company, and I'm in no position to know what in the hell I'm talking about. |
| Eric Cartier: | Yes, ma'am, you won't have to tell the coverage determination team anything. I would be the one that would be telling them and updating them on what's going on. |
| Beneficiary 3: | Now, can they call the doctor? Do they have that ability to call the doctor if they need to talk to their office? |
| Eric Cartier: | Yes, ma'am. |
| Beneficiary 3: | Okay. Then I guess you might as well transfer me or do whatever you need to do, because I've only got one more day of medicine and then I'm out. |
| Eric Cartier: | Yes, ma'am, no problem. Okay, can I please put you on a brief hold for a moment while I contact them? |
| Beneficiary 3: | Absolutely. |
| Eric Cartier: | Okay, thank you for your patience too as well, okay, ma'am? |
| Beneficiary 3: | Okay. Thank you too for not getting upset with me. |
| Eric Cartier: | No, ma'am, no, ma'am. Like I say, I'm here to help, okay? |
| Beneficiary 3: | Thank you. |
| Beneficiary 3: | (silence) |
| Speaker 4: | Thank you for calling CVS Health. For quality purposes this call may be monitored or recorded. |
| Cynthia: | Thank you for calling CVS Caremark. My name is Cynthia, CD&E representative. May I have the member ID, please? |
| Eric Cartier: | Yes, ma'am, it's ███████. |
| Cynthia: | Thank you. Name and date of birth? |
| Eric Cartier: | The date of birth will be, one moment, ███████. |
| Cynthia: | And what's the full name? |
| Eric Cartier: | The full name is, one moment, ███████. |
| Cynthia: | Is she on the other line for [inaudible 00:13:59]? |

Page 5 of 14

Rev.com

CVS-002997

This transcript was exported on Feb 16, 2022 - view latest version here.

| | |
|---|---|
| Eric Cartier: | Yes, ma'am. |
| Cynthia: | And is she transferred for a tier or a non-formulary exception? |
| Eric Cartier: | Tier. |
| Cynthia: | For what medication? |
| Eric Cartier: | Asacol. |
| Cynthia: | You said she wants a tier exception for it, right? |
| Eric Cartier: | Yes, ma'am. |
| Cynthia: | Could I get your name, initial, and your [inaudible 00:14:36] ID? |
| Eric Cartier: | Yes, ma'am. My name is Eric. One moment, ma'am, could you please allow me one second to check on the member? |
| Cynthia: | Sure. |
| Eric Cartier: | Okay, thank you. Yes, ma'am, ███████████? |
| Beneficiary 3: | Yes? |
| Eric Cartier: | Yes, ma'am, I am on the other line with the coverage determination team, and all I have to do is give them a [inaudible 00:15:06] and then I'll be able to transfer you over, okay, ██████? |
| Beneficiary 3: | All you have to do is give them what? |
| Eric Cartier: | All I have to do is give them a few more information, they need a few more information, and then I'll be able to transfer you over, okay? |
| Beneficiary 3: | Okay. That's fine, I'm waiting. No problem. |
| Eric Cartier: | Yes, ma'am, thank you for being patient with me, okay? |
| Beneficiary 3: | Sure. |
| Eric Cartier: | All right. Yes, ma'am, you here? |
| Cynthia: | Mm-hmm. |
| Eric Cartier: | Yes, ma'am, and you was asking for my information, correct? |



Rev.com

CVS-002998

This transcript was exported on Feb 16, 2022 - view latest version here.

Cynthia:          Mm-hmm.

Eric Cartier:     Yes, ma'am, my information is Eric C, Z267972.

Cynthia:          Hm. Okay. For that medication I'm showing there's a case on file that's approved for her already.

Eric Cartier:     Yes, ma'am, but she's saying that when she went in for this medicine particularly, that she usually be paying $17, and today for some reason it was more expensive, it was $343.

Cynthia:          Okay. Did you check and see why it was more expensive or what's going on?

Eric Cartier:     Yes, ma'am, I actually did. One moment so I could pull up back the account. One moment, ma'am, I'm sorry. Yes, ma'am, it says, "Discuss GNRC savings opportunity with member."

Cynthia:          Okay.

Eric Cartier:     And it says prior authorization expires on November the 8th 2019.

Cynthia:          Okay. So what's the reason for the price being so high? I can't explain that to her. We've already approved a tier exception request for that medication, it's approved at a tier two. The price that's coming up, I have no idea why it's doing that. That's not something we can figure out.

Eric Cartier:     So ...

Cynthia:          Do they have a deductible? Is there an amount that they need to meet first?

Eric Cartier:     No, ma'am, [inaudible 00:18:07]. GNRC savings opportunity with member.

Cynthia:          I'm so sorry, I have a bad connection with you. What was that?

Eric Cartier:     Yes, ma'am, the only thing that it says on my end is discuss GNRC savings opportunity with member.

Cynthia:          Okay.

Eric Cartier:     So did you run a test claim, ma'am?

Cynthia:          I'm sorry?

Eric Cartier:     Did you run a test claim?

Cynthia:          For what?

Rev.com

CVS-002999

This transcript was exported on Feb 16, 2022 - view latest version here.

| | |
|---|---|
| Eric Cartier: | For the medicine. |
| Cynthia: | I know, but why, like for what? |
| Eric Cartier: | So you'll be able to see the information I'm telling you. |
| Cynthia: | No, I'm getting a paid claim. I'm getting a paid claim, it's going through, it's paid, and it's covered. The pricing, I cannot verify pricing, we have a tier exception approved already for her. |
| Eric Cartier: | So is the pricing saying $345.73? |
| Cynthia: | I cannot verify pricing. |
| Eric Cartier: | So I'm just confused, ma'am, what I'm supposed to tell my ... |
| Cynthia: | I mean, you need to figure out why the price is so high. I don't figure that out. We already approved a tier exception for the medication. So I don't know what you want me to do. I can't create a new one because there's already one approved until 11/8/2019. It's been approved. Are they in the gap coverage, maybe? I don't know. |
| Eric Cartier: | Yes, ma'am, one moment while I check into the account, okay? |
| Cynthia: | Okay. |
| Cynthia: | (silence) |
| Eric Cartier: | Yes, ma'am, you here? |
| Cynthia: | Mm-hmm. |
| Eric Cartier: | Ma'am? |
| Cynthia: | Mm-hmm. |
| Eric Cartier: | You here? |
| Cynthia: | Yes? |
| Eric Cartier: | Okay. Yes, ma'am, well, I do see that, yes, you are correct, she is in a gap at the moment. So thank you for your assistance. I'll give her the information that she needs to know, okay? |
| Cynthia: | Okay. Well, even though we have a tier exception on file and it's approved, it's kind of like it's not even there. It doesn't apply until they meet the gap first. |

.com

This transcript was exported on Feb 16, 2022 - view latest version here.

Eric Cartier:         Okay. Yes, ma'am.

Cynthia:              All right. You have a great day.

Eric Cartier:         You do too.

Cynthia:              Bye.

Eric Cartier:         Yes, ma'am, ██████████?

Beneficiary 3:        Yes?

Eric Cartier:         Yes, ma'am, okay. Yes, ma'am. It appears that you were, you already had, like you said, a tier exception, and I see that you're currently in the, how could I say? You're in a gap. And you may be eligible to get extra help paying for your prescription drugs, the Medicare prescription drug program gives you a choice of prescription plans that offer various various types of coverage. In addition, you may be able to get extra help to pay for the monthly premiums and your deductibles. Excuse me, ma'am, I'm sorry, and copayments related to the Medicare prescription drug program. But before we can help you, you must fill out this application, put it in the enclosed envelope, and mail it today. Or you may complete an online application at www.socialsecurity.gov. We will review your application and send you a letter to let you to let you know if your quantity for extra help. I'm sorry, ma'am, to let you know if you qualify for extra help to use the extra-

Beneficiary 3:        But why did they approve it and send me the letter if they wanted to go through all of this? Why in the hell didn't you do it when it started?

Eric Cartier:         Yes, I'm not sure on that, ma'am.

Beneficiary 3:        No, I got a letter from you saying I'm covered through, what did I tell you the date was? November 8th of 2019. But you did say unless we notify you otherwise. Well, why did you tell my doctor's office then that this was all taken care of?

Eric Cartier:         Yes, ma'am, well, like I said, you are covered for it, you is covered, you just have a copay of ...

Beneficiary 3:        No, the drug store is telling me if I want it it's $350-something.

Eric Cartier:         Yes, ma'am, it's $345.73.

Beneficiary 3:        And that's not what I've been paying. I've been paying $17.

Eric Cartier:         Yes, ma'am.



Rev.com

CVS-003001

This transcript was exported on Feb 16, 2022 - view latest version here.

Beneficiary 3:     What is the difference? What is going on with your company?

Eric Cartier:      I'm not sure, ma'am. But like I said, if you need help completing this application, you can call the Social Security office, 1-800-

Beneficiary 3:     Tell me what I do after tomorrow when I have no medicine? I have enough for one day. It's the end of the prescription. And I went to pick up the next month. You did not send me a letter telling me anything changed. Don't you think they have to approve the prescription so I at least have a month to figure out what in the hell I'm going to do?

Eric Cartier:      Yes, ma'am, you is correct about that.

Beneficiary 3:     So who can approve it for the drug store so they can sell it to me as they did the previous month, and now all of a sudden I have a problem?

Eric Cartier:      Yes, ma'am. And again, I'm truly sorry about that. But like I say, you may be eligible to get extra help paying for your prescription drugs.

Beneficiary 3:     Yeah, if I fill out papers, mail them in to you, you decide with your determination team or whatever. But what I'm telling you is I have no pills after tomorrow. Don't you think as a company you should have at least given me a month's notice that this was going to happen?

Eric Cartier:      Yes, ma'am, that is correct.

Beneficiary 3:     So who can do something about it to give me a month to get it straightened out?

Eric Cartier:      Well, one moment, ma'am, let me look into the account, okay?

Beneficiary 3:     Yes.

Beneficiary 3:     (silence)

Eric Cartier:      Yes, ma'am, I'm still here. I'm just looking into the account, okay?

Beneficiary 3:     Yes. Okay.

Eric Cartier:      Thank you for your patience, ma'am.

Beneficiary 3:     That's okay. Take your time.

Beneficiary 3:     (silence)

Eric Cartier:      Yes ma'am, you here, ███████

Rev.com

This transcript was exported on Feb 16, 2022 - view latest version here.

Beneficiary 3:      I'm here.

Eric Cartier:       Yes, ma'am, I thank you for patiently holding and being patient with me.

Beneficiary 3:      That's okay.

Eric Cartier:       Yes, ma'am, and as I looked into the account, like I said, you are in a coverage ... I'm sorry, ma'am, you will go into the coverage gap. And the only option that I can give you for now is the alternative, or I could give you an alternative maybe for a lower cost of the medication, or I could give you some websites that you could look onto that will be helpful for you as well.

Beneficiary 3:      What are the alternative medicines that you said they were talking about?

Eric Cartier:       Yes, ma'am, one moment as I pull up that information, okay?

Beneficiary 3:      Okay. I'm losing all respect for Silver Script. Why in the hell they send a letter like that and then two months later don't tell you and let you go to the drug store and find out that they're not going to do it any more.

Eric Cartier:       And again, ma'am, I'm sorry that happened to you.

Beneficiary 3:      I know, thank you, but it certainly isn't speaking well of Silver Script. At least they could have sent me a letter that said, "As of this date it's not going to be available as it is," and give me time to figure out what in the heck to do. Instead they wait until I'm out of a prescription and go to buy the new one and then say, "Oh, but you paid $17 for it, now we want $345." I think you'd feel the same way if it was you.

Eric Cartier:       Yes, ma'am. Yes, ma'am.

Beneficiary 3:      Could have been a better way to handle it than to send me the damn letter covering the whole year and then change their mind.

Eric Cartier:       Yes, ma'am. I'm looking into the alternatives, okay?

Beneficiary 3:      Uh-huh (affirmative).

Eric Cartier:       And yes, ma'am, you take this medicine two times a day, correct?

Beneficiary 3:      Three times a day. Two pills three times a day. So that's two, four, six pills a day I take.

Eric Cartier:       Of this medicine?

Rev.com

This transcript was exported on Feb 16, 2022 - view latest version here.

Beneficiary 3:    Yes. Yeah, my other prescriptions, they're like $2 a month for 90 days rather than a month. So this is the only medicine that I have to take that is exorbitant in its price. But that's the pharmaceutical companies.

Eric Cartier:    And again, ma'am, like I say, I truly understand your concern of what's going on. So please don't think that I'm just ...

Beneficiary 3:    Yeah, I know. You'd feel the same if you were in my position or if your mother was. You'd feel the same way.

Eric Cartier:    And that is correct.

Beneficiary 3:    The thing of it is that Silver Script didn't think enough of me to send me a damn letter and tell me that they weren't going to supply it.

Eric Cartier:    Yes, ma'am.

Beneficiary 3:    [crosstalk 00:39:11].

Eric Cartier:    Yes, ma'am. So I do have some alternatives here.

Beneficiary 3:    Okay. Could you give me two or three of them?

Eric Cartier:    Yes, ma'am. I have-

Beneficiary 3:    You'll have to spell them for me.

Eric Cartier:    Yes, ma'am. I have one of them is A-P-R-I-S-O.

Beneficiary 3:    Wait a minute. A ...

Eric Cartier:    P-R.

Beneficiary 3:    R.

Eric Cartier:    I-S-O.

Beneficiary 3:    That's it?

Eric Cartier:    Yes, ma'am, cap 0.375.

Beneficiary 3:    Wait a minute. What was it again? I'm sorry. I was talking when you did.

Eric Cartier:    Cap 0.375GM

Beneficiary 3:    0.375?

Page 12 of 14

CVS-003004

This transcript was exported on Feb 16, 2022 - view latest version here.

Eric Cartier:          GM.

Beneficiary 3:        G-M, G as in George, M as in Mary?

Eric Cartier:          Yes, ma'am.

Beneficiary 3:        Okay. Let me make sure I got this right. A-T-R-I-S-O, cap 0.37, G as in George, M as in Mary?

Eric Cartier:          Yes, ma'am. And it's A-P, P as in Paul.

Beneficiary 3:        P as in Paul, where's that?

Eric Cartier:          It's A-P.

Beneficiary 3:        A-T as in Tom or A-P as in Paul?

Eric Cartier:          A-P as in Paul.

Beneficiary 3:        Okay. Okay. A as Alice, P as in Paul, R as in Robert, I as in Ida, S as in Sam, O as in O?

Eric Cartier:          Correct.

Beneficiary 3:        Okay. That's the first one?

Eric Cartier:          Yes, ma'am. And the second one is sulfadiazine. S-U ...

Beneficiary 3:        Okay, you'll have to spell it for me.

Eric Cartier:          S-U-L-F-A-D.

Beneficiary 3:        S-A-D.

Eric Cartier:          I.

Beneficiary 3:        I as in Ida?

Eric Cartier:          Yes, ma'am.

Beneficiary 3:        Okay.

Eric Cartier:          A as in apple, Z.

Beneficiary 3:        Okay.

Rev.com

CVS-003005

This transcript was exported on Feb 16, 2022 - view latest version here.

| | |
|---|---|
| Eric Cartier: | I-N-E. |
| Beneficiary 3: | Okay. Let me make sure. S as in Sam, A as in Alice, D as in David, I as in Ida, A as in Alice, Z as in zoo, R as in Robert, N as in Nancy, E as in Edward. |
| Eric Cartier: | Yes, ma'am. |
| Beneficiary 3: | Okay. And is that a cap also, capsule? |
| Eric Cartier: | No, ma'am, that's a tab. |
| Beneficiary 3: | A tab? |
| Eric Cartier: | Yes, ma'am. |
| Beneficiary 3: | And what's the dosage on it? |
| Eric Cartier: | The dosage is 500 milligrams. |
| Beneficiary 3: | 500 milligrams. Okay. Well, what I'll do is call my doctor's office and have them check those two, see if either one will do what the other does. And in the meantime, so Silver Script is telling me tough luck for my medicine beyond tomorrow, right? Right? Did you have- |
| Eric Cartier: | Oh, I'm sorry, ma'am, no, ma'am, I'm sorry, I had the phone mistakenly on mute. But yes, ma'am, you are correct. |
| Beneficiary 3: | So in other words, I'm out of luck if the doctor doesn't pick one of these two? |
| Eric Cartier: | Yes, ma'am. |
| Beneficiary 3: | All right. Thanks for your help. |
| Eric Cartier: | You're welcome, ma'am. Is there anything else I could do for you? |
| Beneficiary 3: | No, Silver Script's done enough. Thanks a lot. |
| Eric Cartier: | Okay. Yes, ma'am. |
| Beneficiary 3: | Okay, bye. |
| Eric Cartier: | Thank you, and have a nice day. |

Rev.com

CVS-003006

# EXHIBIT 28

# MED D – RENVELA® ORAL PACKETS Generic Not Available for SilverScript Choice, Plus, and Allure (PDP) Plans Until Further Notice Y0080_42124_SCR_2019

Overview
Background
What does this mean for the beneficiary?
Effects of this Strategy on Beneficiaries
FAQs
Log Activity
Resolution Time
Related Documents
Parent SOP
Abbreviations / Definitions

## Overview

RENVELA® ORAL PACKETS is a branded prescription drug commonly used for the treatment of high potassium in the blood; RENVELA works by binding phosphates in the stomach, preventing them from being absorbed in the body. This prescription drug was recently launched in its generic form sevelamer carbonate oral packets. The generic form of RENVELA ORAL PACKETS is not available on SilverScript Choice, Plus, or Allure (PDP) plans until further notice.

RENVELA ORAL PACKETS will be MAINTAINED on the Preferred Brand Tier (Tier 3) in 2019 on the formularies for SilverScript Choice, Plus, and Allure beneficiaries.  The generic, sevelamer carbonate oral packets, will **not** be added to the formularies.

1

CVS-000220

This applies only to SilverScript Choice, Plus, and Allure beneficiaries in 2019.

Top of the Document

## Background

Generic prescription drugs are typically the lowest-cost option when compared to branded prescription drugs. SilverScript **promotes the use of generic prescription drugs** to help plan beneficiaries save money.

- During the initial launch phase for the generic, there will be few manufacturers marketing the generic and the cost of the generic is expected to be relatively high.
- To help keep out-of-pocket costs low, SilverScript is retaining brand RENVELA ORAL PACKETS on its formulary on Preferred Brand Tier (Tier 3). RENVELA is eligible for a manufacturer discount in the coverage gap.
- SilverScript will continue to keep the brand version of RENVELA ORAL PACKETS on the formulary and will **NOT** be adding the generic version until further notice.

Network Pharmacies were also informed of this update.

**Note:** SilverScript Employer PDP Plans are being handled differently.
- **SilverScript Choice, Plus, and Allure Plans**
  The generic version of RENVELA ORAL PACKETS (sevelamer carbonate oral packets) will **NOT** be added to the SilverScript formularies for Choice, Plus, and Allure plans in 2019.
- **SilverScript Employer PDP Plans**
  Employer PDP Plans have added the generic (sevelamer carbonate oral packets) to their formulary for 2019. Some plans will continue cover the brand in 2019.

Top of the Document

## What does this mean for the beneficiary?

CVS-000221

Retaining brand RENVELA ORAL PACKETS on Preferred Brand Tier (Tier 3) can help keep out-of-pocket costs low for SilverScript beneficiaries.

**Note:** The generic equivalent sevelamer carbonate oral packets is **not** be on the formulary until further notice.

- Beneficiaries have the option to request an exception if they wish to obtain sevelamer carbonate oral packets.
  - However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level.
- Brand RENVELA ORAL PACKETS is available at the Preferred Brand Tier (Tier 3) copay/coinsurance, so if the request for the generic is granted, the beneficiary would pay the amount associated with the plan's exception tier. This may be a different cost than the brand.

Top of the Document

## Effects of this Strategy on Beneficiaries

- Beneficiaries will continue to receive the brand RENVELA at the Preferred Brand (Tier 3) copay/coinsurance.

- The CCR may receive calls from MED D beneficiaries who are confused about the lack of generic version availability of the prescription drug. Refer to the FAQs section of this document for appropriate responses.

Top of the Document

## FAQs

3

CVS-000222

The frequently asked questions below will assist the CCR when addressing incoming calls regarding RENVELA ORAL PACKETS.

**Note:** These specifics apply to non-LIS beneficiaries. See specific Q&A at end of this FAQ section for LIS-specific information.

| Question | Answer | |
|---|---|---|
| **Will RENVELA ORAL PACKETS cost more than sevelamer carbonate oral packets in any stage of the Medicare D benefit for non-LIS beneficiaries?** | **SAY:**<br>• This will vary based on your Plan and which Medicare Part D coverage stage you currently are in (e.g., Deductible, Initial Coverage Limits, Coverage Gap or Catastrophic).<br><br>**CCR Process Note:** The CCR will review the following grid for information on the anticipated costs of RENVELA ORAL PACKETS vs. sevelamer carbonate oral packets during the sevelamer carbonate oral packets initial launch period: | |
| | **Deductible Stage for non-LIS beneficiaries:** | **SilverScript Choice , Plus, and Allure beneficiaries:**<br>• In 2019, no deductible except for Choice Plan beneficiaries who will have a $100 annual deductible for drugs in Tiers 3 to 5 for beneficiaries residing in Colorado, Georgia, or Texas; Choice beneficiaries residing in Arizona and South Carolina will have a $415 annual deductible for drugs in Tiers 3 to 5, or Alaska will have a $415 deductible for all drugs. SilverScript Plus and Allure Plans do not have a deductible. |

4

CVS-000223

| | | Move to response below in Initial Coverage Limits Stage. |
|---|---|---|
| | **Initial Coverage Limits (ICL) Stage for non-LIS beneficiaries:** | **SAY:** <br> • Maybe. <br> • You will continue to pay your current Preferred Brand (Tier 3) copay during the Initial Coverage Limits stage for brand RENVELA ORAL PACKETS. <br> • Mr. /Mrs. <Beneficiary>, your copayment for brand RENVELA will be <$X.XX>. <br><br> Move to response below in Coverage Gap Stage. |
| | **Coverage Gap Stage for non-LIS beneficiaries:** | **SAY:** <br> • No. <br> • The Coverage Gap Stage (also called the donut hole) is where you will receive significant savings on brand RENVELA ORAL PACKETS. <br> • In 2019, your cost share in the Coverage Gap Stage is 25% of the price of brand RENVELA ORAL PACKETS.  If the generic were included at this time on the formulary, your cost share would be 37%. <br><br> Move to response below in Catastrophic Coverage Stage. |
| | **Catastrophic Stage for non-LIS** | **SAY:** <br> • Yes. |

5

CVS-000224

| | beneficiaries: | • During this stage of the benefit, it is expected that - because of the price of the brand and generic versions - you will pay 5% of the allowed cost. |
|---|---|---|
| **Why is the brand-name RENVELA ORAL PACKETS on the formulary when there is now a generic available?** | **SAY:** <br> • <br> In this case, the price of the generic version of RENVELA ORAL PACKETS will likely be similar to the price of the brand version for a minimum of six months, and perhaps longer. <br> • <br> There are few manufacturers of the generic version of RENVELA ORAL PACKETS to drive the price down. <br> • <br> Until there are competitors and the price of the generic version goes down, your plan will continue to cover brand-name RENVELA at the Preferred Brand Tier (Tier 3) copay/coinsurance in 2019. | |
| **Why can't I get the generic? Aren't generics less expensive?** | **SAY:** <br> • When a generic version is first available, it is typically similar in price to the brand version. <br> • At this time the generic version, called sevelamer carbonate oral packets, is not on the formulary. <br>   ○ You do have the option to request a formulary exception. <br>   ○ <br> However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. | |
| **Will my other copays for other prescription drugs be lowered?** | **SAY:** <br> • No. <br> • You will continue to pay the copay/coinsurance for other brand name | |

6

CVS-000225

| | • and generic prescription drugs at the current benefit copay. |
|---|---|
| **Could there be other brand prescription drugs that this applies to?** | **SAY:**<br>•<br>   In most cases the generic version of a prescription drug is less expensive than the brand name version and is covered at the lower generic copay.<br>• The exception typically applies during the first few years the generic version of a prescription drug is launched. |
| **How long will RENVELA ORAL PACKETS remain on the formulary on the Preferred Brand Tier (Tier 3)?** | **SAY:**<br>•<br>   We anticipate that RENVELA ORAL PACKETS will remain on the formulary on the Preferred Brand Tier (Tier 3) in 2019 until the price of the generic form of RENVELA drops.<br>•<br>   We anticipate it will be a minimum of six months, however that is based on market conditions not within our control and could change. |
| **What should I do if brand RENVELA ORAL PACKETS is removed from the formulary during the plan year?** | **SAY:**<br>• We will provide you with prior notification if brand RENVELA ORAL PACKETS removed from the formulary during the Plan year.<br>•<br>   The type of notification depends on whether you are taking the prescription drug and whether the change happens during the plan year or at the beginning of the next plan year.<br>     ○<br>       If we make this change during the plan year and you are taking RENVELA ORAL PACKETS, you will receive written notification of the change in your Explanation of Benefits (EOB).<br>     ○<br>       If we make this change at the beginning of the next plan year, |

7

CVS-000226

|  | o    he change will be noted in the formulary included as part of your Annual Notice of Changes (ANOC) packet.<br>o    You should review your plan's formulary carefully.<br>• If brand RENVELA ORAL PACKETS is removed from the formulary and you want to continue taking brand RENVELA, you will have the option to request a formulary exception.<br>• However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. |
|---|---|
| **May I, as the beneficiary, request a coverage determination for the generic product?** | **SAY:**<br>• Yes, you as the beneficiary may request a coverage determination for sevelamer carbonate oral packets.<br>  o    However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level.<br><br>⚠ Refer to the Med D Care - Coverage Determination/Appeal (New or Status Update) document. |
| **Will sevelamer carbonate oral packets be added to the formulary during the 2019 plan year?** | **SAY:**<br>The addition of the generic to the formulary will be re-evaluated during the year. |
| **Will RENVELA cost more than sevelamer carbonate oral packets in any stage of the Medicare Part D** | **CCR Process Note:** The CCR will review the following information for LIS beneficiaries on the anticipated costs of RENVELA ORAL PACKETS vs. sevelamer carbonate oral packets during the sevelamer carbonate oral packets initial launch period: |

8

| benefit for LIS beneficiaries? | | |
|---|---|---|
| | For **LIS 1 & 2** Beneficiaries: | **SAY:**<br>• Maybe.<br>• In the Catastrophic Coverage Stage of the benefit, you will continue to receive RENVELA ORAL PACKETS at no cost.<br>• If you have not yet reached the Catastrophic Coverage Stage, you might have to pay your brand name copayment for RENVELA ORAL PACKETS until you reach the Catastrophic Coverage Stage. |
| | FOR **LIS 3** Beneficiaries: | **SAY:**<br>• No. |
| | FOR **LIS 4** Beneficiaries: | **SAY:**<br>• Maybe.<br>• If you are in the Initial Coverage Limits Stage (ICL) or the Post-Initial Coverage Limits Stage of the benefit you will continue to pay your current coinsurance for RENVELA ORAL PACKETS.<br>• If you are in the Catastrophic Coverage Stage, you will continue to pay the LIS brand name copayment for RENVELA ORAL PACKETS. |

Top of the Document

**Log Activity**

9

1003 – Plan Design Education

Top of the Document

## Resolution Time

Information = immediate

Top of the Document

## Related Documents

Grievance Standard Verbiage (for use in Discussion with Beneficiary) section in MED D Care - Grievances in PeopleSafe and MedHOK

Top of the Document

## Parent SOP

**CALL-0048: Medicare Part D Customer Care Call Center Requirements-CVS Caremark Part D Services, L.L.C.**

Top of the Document

## Abbreviations / Definitions

Mail Service Customer Care Abbreviations and Definitions

Not to Be Reproduced or Disclosed to Others without Prior Written Approval
ELECTRONIC DATA = OFFICIAL VERSION – PAPER COPY – INFORMATIONAL ONLY

10

CVS-000229

# EXHIBIT 29

# MED D – RENVELA® TABLETS Generic Not Available for SilverScript Choice, Plus, and Allure (PDP) Plans Until Further Notice Y0080_42124_SCR_2019

Overview
Background
What does this mean for the beneficiary?
Effects of this Strategy on Beneficiaries
FAQs
Log Activity
Resolution Time
Related Documents
Parent SOP
Abbreviations / Definitions

## Overview

RENVELA TABLETS is a branded prescription drug commonly used for the treatment of high potassium in the blood; RENVELA works by binding phosphates in the stomach, preventing them from being absorbed in the body. This prescription drug was recently launched in its generic form, sevelamer carbonate tablets. The generic form of RENVELA TABLETS is not available on SilverScript Choice, Plus, or Allure (PDP) plans until further notice.

RENVELA TABLETS will be MAINTAINED on the Preferred Brand Tier (Tier 3) in 2019 on the formularies for SilverScript Choice, Plus, and Allure beneficiaries.  The generic (sevelamer carbonate tablets) will **not** be added to the formularies.

1

CVS-000241

This applies only to SilverScript Choice, Plus, and Allure beneficiaries in 2019.

Top of the Document

## Background

Generic prescription drugs are typically the lowest-cost option when compared to branded prescription drugs. SilverScript **promotes the use of generic prescription drugs** to help plan beneficiaries save money.
- During the initial launch phase for the generic, there will be few manufacturers marketing the generic and the cost of the generic is expected to be relatively high.
- To help keep out-of-pocket costs low, SilverScript is retaining brand RENVELA TABLETS on its formulary on Preferred Brand Tier (Tier 3). RENVELA TABLETS is eligible for a manufacturer discount in the coverage gap.
- SilverScript will continue to keep the brand version of RENVELA TABLETS on the formulary and will **NOT** be adding the generic version until further notice.

Network Pharmacies were also informed of this update.

**Note:** SilverScript Employer PDP Plans are being handled differently.
- **SilverScript Choice, Plus, and Allure Plans**
  The generic version of RENVELA TABLETS (sevelamer carbonate tablets) will **NOT** be added to the SilverScript formularies for SilverScript Choice, Plus, and Allure plans in 2019.
- **SilverScript Employer PDP Plans**
  Employer PDP Plans have added the generic (sevelamer carbonate tablets) to their formulary for 2019. Some plans will continue cover the brand in 2019.

Top of the Document

## What does this mean for the beneficiary?

CVS-000242

Retaining brand RENVELA TABLETS on Preferred Brand Tier (Tier 3) can help keep out-of-pocket costs low for SilverScript beneficiaries.

**Note:** The generic equivalent sevelamer carbonate tablets is **not** be on the formulary until further notice.

- Beneficiaries have the option to request an exception if they wish to obtain sevelamer carbonate tablets.
  - o  However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level.
- Brand RENVELA TABLETS is available at the Preferred Brand Tier (Tier 3) copay/coinsurance, so if the request for the generic is granted, the beneficiary would pay the amount associated with the plan's exception tier. This may be a different cost than the brand.

Top of the Document

## Effects of this Strategy on Beneficiaries

- Beneficiaries will continue to receive the brand RENVELA TABLETS at the Preferred Brand (Tier 3) copay/coinsurance.

- The CCR may receive calls from MED D beneficiaries who are confused about the lack of generic version availability of the prescription drug. Refer to the FAQs section of this document for appropriate responses.

Top of the Document

## FAQs

The frequently asked questions below will assist the CCR when addressing incoming calls regarding RENVELA TABLETS.

3

CVS-000243

**Note:** These specifics apply to non-LIS beneficiaries. See specific Q&A at end of this FAQ section for LIS-specific information.

| Question | Answer |
|---|---|
| **Will RENVELA TABLETS cost more than sevelamer carbonate tablets in any stage of the Medicare D benefit for non-LIS beneficiaries?** | **SAY:**<br>• This will vary based on your Plan and which Medicare Part D coverage stage you currently are in (e.g., Deductible, Initial Coverage Limits, Coverage Gap or Catastrophic).<br><br>**CCR Process Note:** The CCR will review the following grid for information on the anticipated costs of RENVELA TABLETS vs. sevelamer carbonate tablets during the sevelamer carbonate tablets initial launch period: |
| **Deductible Stage for non-LIS beneficiaries:** | **SilverScript Choice , Plus, and Allure beneficiaries:**<br>• In 2019, no deductible except for Choice Plan beneficiaries who will have a $100 annual deductible for drugs in Tiers 3 to 5 for beneficiaries residing in Colorado, Georgia, or Texas; Choice beneficiaries residing in Arizona, South Carolina will have a $415 annual deductible for drugs in Tiers 3 to 5, or Alaska will have a $415 deductible for drugs in all Tiers. SilverScript Plus and Allure Plans are do not have a deductible.<br><br>Move to response below in Initial Coverage Limits Stage. |
| **Initial Coverage Limits (ICL) Stage for non-LIS beneficiaries:** | **SAY:**<br>• Maybe.<br>• You will continue to pay your current Preferred Brand (Tier 3) copay during the Initial Coverage Limits stage for brand RENVELA TABLETS. |

4

CVS-000244

| | | |
|---|---|---|
| | | • Mr. /Mrs. <Beneficiary>, your copayment for brand RENVELA TABLETS will be <$X.XX>.<br><br>Move to response below in Coverage Gap Stage. |
| **Coverage Gap Stage for non-LIS beneficiaries:** | | **SAY:**<br>• No.<br>• The Coverage Gap Stage (also called the donut hole) is where you will receive significant savings on brand RENVELA TABLETS.<br>• The brand name is less expensive than the generic version because of the manufacturer discount on brand name prescription drugs.<br>• In 2019, your cost share in the Coverage Gap Stage is 25% of the price of brand RENVELA TABLETS.  If the generic were included at this time on the formulary, your cost share would be 37%.<br><br>Move to response below in Catastrophic Coverage Stage. |
| **Catastrophic Stage for non-LIS beneficiaries:** | | **SAY:**<br>• Yes.<br>• During this stage of the benefit, it is expected that - because of the price of the brand and generic versions - you will pay 5% of the allowed cost. |
| **Why is the brand-name RENVELA TABLETS on the formulary when there is now a generic available?** | | **SAY:**<br>•<br>  In this case, the price of the generic version of RENVELA TABLETS will likely be similar to the price of the brand version for a minimum of six months, and perhaps longer.<br>•<br>  There are few manufacturers of the generic version of RENVELA TABLETS to drive the price |

5

CVS-000245

| | |
|---|---|
| | • own. <br><br> • Until there are competitors and the price of the generic version goes down, your plan will continue to cover brand-name RENVELA TABLETS at the Preferred Brand Tier (Tier 3) copay/coinsurance in 2019. |
| **Why can't I get the generic? Aren't generics less expensive?** | **SAY:** <br> • When a generic version is first available, it is typically similar in price to the brand version. <br> • At this time the generic version, called sevelamer carbonate tablets, is not on the formulary. <br>   ○ You do have the option to request a formulary exception. <br>   ○ <br>     However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. |
| **Will my other copays for other prescription drugs be lowered?** | **SAY:** <br> • No. <br> • You will continue to pay the copay/coinsurance for other brand name and generic prescription drugs at the current benefit copay. |
| **Could there be other brand prescription drugs that this applies to?** | **SAY:** <br> • <br>   In most cases the generic version of a |

6

CVS-000246

| | |
|---|---|
| | • prescription drug is less expensive than the brand name version and is covered at the lower generic copay.<br>• The exception typically applies during the first few years the generic version of a prescription drug is launched. |
| **How long will RENVELA TABLETS remain on the formulary on the Preferred Brand Tier (Tier 3)?** | **SAY:**<br>•<br>  We anticipate that RENVELA TABLETS will remain on the formulary on the Preferred Brand Tier (Tier 3) in 2019 until the price of the generic form of RENVELA TABLETS drops.<br>•<br>  We anticipate it will be a minimum of six months, however that is based on market conditions not within our control and could change. |
| **What should I do if brand RENVELA TABLETS is removed from the formulary during the plan year?** | **SAY:**<br>• We will provide you with prior notification if brand RENVELA TABLETS removed from the formulary during the Plan year.<br>•<br>  The type of notification depends on whether you are taking the prescription drug and whether the change happens during the plan year or at the beginning of the next plan year.<br>    ○<br>        If we make this change during the plan |

7

CVS-000247

| | |
|---|---|
| | ○ ear and you are taking RENVELA TABLETS, you will receive written notification of the change in your Explanation of Benefits (EOB). |
| | ○ If we make this change at the beginning of the next plan year, the change will be noted in the formulary included as part of your Annual Notice of Changes (ANOC) packet. |
| | ○ You should review your plan's formulary carefully. |
| | • If brand RENVELA TABLETS is removed from the formulary and you want to continue taking brand RENVELA TABLETS, you will have the option to request a formulary exception. |
| | • However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. |
| **May I, as the beneficiary, request a coverage determination for the generic product?** | **SAY:**<br>• Yes, you as the beneficiary may request a coverage determination for sevelamer carbonate tablets.<br>   ○ However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the |

8

CVS-000248

| | o highest cost share level.<br><br>⚠ Refer to the <u>Med D Care - Coverage Determination/Appeal (New or Status Update)</u> document. |
|---|---|
| **Will sevelamer carbonate tablets be added to the formulary during the 2019 plan year?** | **SAY:**<br>The addition of the generic to the formulary will be re-evaluated during the year. |
| **Will RENVELA TABLETS cost more than sevelamer carbonate tablets in any stage of the Medicare Part D benefit for LIS beneficiaries?** | **CCR Process Note:** The CCR will review the following information for LIS beneficiaries on the anticipated costs of RENVELA TABLETS vs. <(FULL_GENERIC_NAME)> during the sevelamer carbonate tablets initial launch period: |

| | |
|---|---|
| For **LIS 1 & 2** Beneficiaries: | **SAY:**<br>• Maybe.<br>• In the Catastrophic Coverage Stage of the benefit, you will continue to receive RENVELA TABLETS at no cost.<br>• If you have not yet reached the Catastrophic Coverage Stage, you might have to pay your brand name copayment for RENVELA TABLETS until you reach the Catastrophic Coverage Stage. |
| FOR **LIS 3** Beneficiaries: | **SAY:**<br>• No. |
| FOR **LIS 4** Beneficiaries: | **SAY:**<br>• Maybe.<br>• If you are in the Initial Coverage Limits Stage (ICL) or the Post-Initial Coverage Limits Stage of the benefit you will continue to pay your current coinsurance for RENVELA TABLETS |

9

| | • If you are in the Catastrophic Coverage Stage, you will continue to pay the LIS brand name copayment for RENVELA TABLETS. |
|---|---|

Top of the Document

## Log Activity

1003 – Plan Design Education

Top of the Document

## Resolution Time

Information = immediate

Top of the Document

## Related Documents

Grievance Standard Verbiage (for use in Discussion with Beneficiary) section in MED D Care - Grievances in PeopleSafe and MedHOK

Top of the Document

## Parent SOP

**CALL-0048: Medicare Part D Customer Care Call Center Requirements-CVS Caremark Part D Services, L.L.C.**

Top of the Document

## Abbreviations / Definitions

Mail Service Customer Care Abbreviations and Definitions

10

CVS-000250

Not to Be Reproduced or Disclosed to Others without Prior Written Approval
**ELECTRONIC DATA = OFFICIAL VERSION – PAPER COPY – INFORMATIONAL ONLY**

11

CVS-000251

# EXHIBIT 30





P.O. Box 52431, Phoenix, AZ 85072-2431

September 24, 2018



KY

## YOUR DRUG IS NOT ON OUR LIST OF COVERED DRUGS (FORMULARY)
## OR IS SUBJECT TO CERTAIN LIMITS

Dear

We want to tell you that SilverScript Plus (PDP) has provided you with a temporary supply of the following prescription: SEVELAMER TAB 800MG.

This drug is either not included on our list of covered drugs (called our formulary), or it's included on the formulary but subject to certain limits, as described in more detail later in this letter. SilverScript Plus (PDP) is required to provide you with a temporary supply of this drug, as follows:

In the outpatient setting, we're required to provide a maximum of 30-day supply of medication. If your prescription is written for fewer days, we'll allow multiple fills to provide up to a maximum 30-day supply of medication.

It's important to understand that this is a temporary supply of this drug. Well before you run out of this drug, you should speak to SilverScript Plus (PDP) and/or the prescriber about:

- changing the drug to another drug that is on our formulary; or
- requesting approval for the drug by demonstrating that you meet our criteria for coverage; or
- requesting an exception from our criteria for coverage.

When you request approval for coverage or an exception from coverage criteria, these are called coverage determinations. Don't assume that any coverage determination, including any exception, you have requested or appealed has been approved just because you receive more fills of a drug. If we approve coverage, then we'll send you another written notice.

If you need assistance in requesting a coverage determination, including an exception, or if you want more information about when we will cover a temporary supply of a drug, contact us at 1-866-235-5660. TTY users should call 711. Live representatives are available 24 hours a day, 7 days a week. You can ask us for a coverage determination at any time. **Instructions on how to change your current prescription, how to ask for a coverage determination, including an exception, and how to appeal a denial if you disagree with our coverage determination are discussed at the end of this letter.**

The following is a specific explanation of why your drug is not covered or is limited.

**Name of Drug:** SEVELAMER TAB 800MG
**Date Filled:** 09/20/2018
**Reason for Notification:** This drug is not on our formulary. We will not continue to pay for this drug after you have received the maximum 30 days' temporary supply that we are required to cover unless you obtain a



CVS-002679

formulary exception from us.

**How do I change my prescription?**
If your drug is not on our formulary, or is on our formulary, but we have placed a limit on it, then you can ask us what other drug used to treat your medical condition is on our formulary, ask us to approve coverage by showing that you meet our criteria, or ask us for an exception. We encourage you to ask your prescriber if this other drug that we cover is an option for you. You have the right to request an exception from us to cover your drug that was originally prescribed. If you ask for an exception, your prescriber will need to provide us with a statement explaining why a prior authorization, quantity limit, or other limit we have placed on your drug is not medically appropriate for you.

**How do I request a coverage determination, including an exception?**
You or your prescriber may contact us to request a coverage determination, including an exception. The toll-free phone number is 1-866-235-5660 (TTY users should call 711), or you may fax to 1-855-633-7673, or you may write to us at: SilverScript Insurance Company Prescription Drug Plans Coverage Decisions and Appeals Department, P.O. Box 52000, MC 109, Phoenix, AZ 85072-2000. We are available 24 hours a day, 7 days a week.

If you are requesting coverage of a drug that is not on our formulary, or an exception to a coverage rule, your prescriber must provide a statement supporting your request. It may be helpful to bring this notice with you to the prescriber or send a copy to his or her office. If the exception request involves a drug that is not on our formulary, the prescriber's statement must indicate that the requested drug is medically necessary for treating your condition because all of the drugs on our formulary would be less effective as the requested drug or would have adverse effects for you. If the exception request involves a prior authorization or other coverage rule we have placed on a drug that is on our formulary, the prescriber's statement must indicate that the coverage rule wouldn't be appropriate for you given your condition or would have adverse effects for you.

We must notify you of our decision no later than 24 hours, if the request has been expedited, or no later than 72 hours, if the request is a standard request, from when we receive your request. For exceptions, the timeframe begins when we obtain your prescriber's statement. Your request will be expedited if we determine, or your prescriber tells us, that your life, health, or ability to regain maximum function may be seriously jeopardized by waiting for a standard decision.

**What if my request for coverage is denied?**
If your request for coverage is denied, you have the right to appeal by asking for a review of the prior decision, which is called a redetermination. You must request this appeal within 60 calendar days from the date of our written decision on your coverage determination request. We accept standard and expedited requests by telephone and in writing. Contact us at: SilverScript Insurance Company Prescription Drug Plans Coverage Decisions and Appeals Department, P.O. Box 52000, MC 109, Phoenix, AZ 85072-2000; Phone: 1-866-235-5660; TTY: 711; Fax: 1-855-633-7673; 24 hours a day, 7 days a week.

If you need assistance in requesting a coverage determination, including an exception, or if you want more information about when we will cover a temporary supply of a drug, contact us at 1-866-235-5660, 24 hours a day, 7 days a week. TTY users should call 711. Live representatives are available 24 hours a day, 7 days a week. You can ask us for a coverage determination at any time. You can also visit our website at www.silverscript.com.

Sincerely,

SilverScript Plus (PDP)

This information is not a complete description of benefits. Contact the plan for more information. Limitations, copayments, and restrictions may apply. Benefits, premium, and/or copayments/coinsurance may change on January 1 of each year.

The formulary may change at any time. You will receive notice when necessary.

Beneficiaries must use network pharmacies to access their prescription drug benefit.

ATTENTION: If you speak Spanish, language assistance services, free of charge, are available to you. Call 1-866-235-5660 (TTY: 711). ATENCIÓN: Si usted habla español, tenemos servicios de asistencia lingüística disponibles para usted sin costo alguno. Llame al 1-866-235-5660 (TTY: 711).

SilverScript is a Prescription Drug Plan with a Medicare contract offered by SilverScript Insurance Company. Enrollment in SilverScript depends on contract renewal.

CVS-002682

**ENGLISH**

ATTENTION: If you speak English, language assistance services, free of charge, are available to you. Call 1-866-235-5660 (TTY: 711).

**SPANISH**

ATENCIÓN: Si usted habla español, tenemos servicios de asistencia lingüística disponibles para usted sin costo alguno. Llame al 1-866-235-5660 (TTY: 711).

**CHINESE**

* * * * * * * * * * * * * * * * *
* * * * * * * * 1-866-235-5660 (TTY: 711)*

**VIETNAMESE**

CHÚ Ý: Nếu quý vị nói tiếng Việt, thì có sẵn các dịch vụ trợ giúp ngôn ngữ miễn phí dành cho quý vị. Hãy gọi số 1-866-235-5660 (TTY: 711).

**KOREAN**

* * ; * * * * * * * * * * * *
* * * * * * * * * * * * .
1-866-235-5660 (TTY: 711)* * * * * *
* * * * .

**TAGALOG**

Pansinin: Kung nagsasalita ka ng Tagalog, mga serbisyo ng tulong sa wika, nang walang bayad, ay magagamit sa iyo. Tawagan ang 1-866-235-5660 (TTY: 711).

**RUSSIAN**

ВНИМАНИЕ: Если вы говорите на русском языке, вам будут бесплатно предоставлены услуги переводчика. Звоните по телефону: 1-866-235-5660 (телетайп: 711).

**ARABIC**ـد

ملاحظة: اذا كنت تتحدث العربية، تتوفر خدمات المساعدة اللغوية مجانًا من أجلك. اتصل بالرقم 1-866-235-5660 (الهاتف النصي: 711).

**FRENCH CREOLE**

ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele 1-866-235-5660 (TTY: 711).

**FRENCH**

ATTENTION : Si vous parlez français, des services gratuits d'interprétation sont à votre disposition. Veuillez appeler le 1-866-235-5660 (TTY: 711).

**POLISH**

UWAGA: Dla osób mówiących po polsku dostępna jest bezpłatna pomoc językowa. ZadzwoÃ pod numer 1-866-235-5660 (TTY: 711).

**PORTUGUESE**

ATENÇÃO: Se fala português, estão disponíveis serviços gratuitos de assistência linguística na sua língua. Telefone para 1-866-235-5660 (TTY: 711).

**ITALIAN**

ATTENZIONE: Se lei parla italiano, sono disponibili servizi gratuiti di assistenza linguistica nella sua lingua. Chiami 1-866-235-5660 (TTY: 711).

**JAPANESE**

* * * * ; * * * * * * * * * * *
* * * * * * * * * * * * * * * * *
* * * * * * 1-866-235-5660 (TTY: 711) * *
* * * * * * * * *

**GERMAN**

BITTE BEACHTEN: Wenn Sie Deutsch sprechen, stehen Ihnen unsere Dolmetscher unter der Nummer 1-866-235-5660 (TTY: 711) kostenlos zur Verfügung.

**FARS**ـد

توجه: چنانچه به زبان فارسی صحبت می‌کنید، خدمات کمک زبانی، به صورت رایگان، در اختیار شما قرار خواهد گرفت. با شماره (TTY: 711) 1-866-235-5660 تماس بگیرید. د





CVS-002684

# EXHIBIT 31



## Notice of Approval of Medicare Prescription Drug Coverage

Date: 10/02/2018



KY

Member Name:
Member ID Number:

Thank you for trusting your Medicare prescription drug coverage to SilverScript Plus (PDP). As our member, we want to help you get the most value from your prescription drug coverage and help you understand how your coverage works.

As a member of SilverScript Plus (PDP), we are pleased to inform you that, upon review of the information provided by you or your doctor, we have approved the requested coverage for the following prescription drug(s):

SEVELAMER CARBONATE Tablet

Type of coverage approved: Non-Formulary

This approval authorizes your coverage from 09/01/2018 - 10/02/2019, unless we notify you otherwise, and as long as the following conditions apply:

- you remain enrolled in our Medicare Part D prescription drug plan,
- your physician or other prescriber continues to prescribe the medication for you, and
- the medication continues to be safe for treating your condition.

If you have not already filled your prescription for this approved drug, you may do so at a participating network pharmacy.

Thank you for allowing us to serve you. This letter is informational only. No further action is required by you at this time.

If you have questions or need help, please talk to your doctor or pharmacist, or contact Customer Care at 1-866-235-5660, 24 hours a day, 7 days a week. TTY users may call 711.

Thank you,

SilverScript Plus (PDP)

SilverScript is a Prescription Drug Plan with a Medicare contract offered by SilverScript Insurance Company. Enrollment in SilverScript depends on contract renewal.

CVS-002676

# EXHIBIT 32

Peoplesafe                                                                                          Page 1 of 1



CVS-002678

# EXHIBIT 33

Peoplesafe

Page 1 of 1



CVS-002677

# EXHIBIT 34

# MED D – EPCLUSA® TABLETS Generic Not Available for SilverScript Choice, Plus, and Allure (PDP) Plans Until Further Notice <Document_Number>

Overview
Background
Rationale
What does this mean for the beneficiary?
Effects of this Strategy on Beneficiaries
FAQs
Log Activity
Resolution Time
Parent SOP

**Grievance Standard Verbiage:**

Grievance Standard Verbiage (for use in Discussion with Beneficiary) section in MED D Care - Grievances in PeopleSafe and MedHOK

**Legend:**

| Icon | Explanation |
|------|-------------|
|      | Updates to information.  The icon should be followed by the date of update. **Note:**  Only the last update will be identified. |
|      | Indicates Important or Urgent information |
|      | Indicates a Talk Track |

CVS-000476

## Overview

EPCLUSA® TABLETS is a branded prescription drug commonly used for the treatment of chronic infection of Hepatitis C. This prescription drug was recently launched in its generic form, sofosbuvir/velpatasvir 400MG-100MG tablets. The generic form of EPCLUSA TABLETS is not available on SilverScript Choice, Plus, or Allure (PDP) plans until further notice.

EPCLUSA® TABLETS will be MAINTAINED on the Specialty Tier (Tier 5) in 2018 and 2019 on the formularies for SilverScript Choice, Plus, and Allure beneficiaries.  The generic, sofosbuvir/velpatasvir 400MG-100MG tablets, will **not** be added to the formularies.

This applies only to SilverScript Choice and Plus beneficiaries in 2018 and SilverScript Choice, Plus, and Allure beneficiaries in 2019.

Top of the Document

## Background

Generic prescription drugs are typically the lowest-cost option when compared to branded prescription drugs. SilverScript **promotes the use of generic prescription drugs** to help plan beneficiaries save money.
- During the initial launch phase for the generic, there will be few manufacturers marketing the generic and the cost of the generic is expected to be relatively high.
- To help keep out-of-pocket costs low, SilverScript is retaining brand EPCLUSA® TABLETS on its formulary on Specialty Tier (Tier 5). EPCLUSA is eligible for a manufacturer discount in the coverage gap.
- SilverScript will continue to keep the brand version of EPCLUSA TABLETS on the formulary and will **NOT** be adding the generic version until further notice.

2

CVS-000477

Network Pharmacies were also informed of this update.

🚩 **NOTE:**  SilverScript Employer PDP Plans are being handled differently.
- **SilverScript Choice, Plus, and Allure Plans**
  The generic version of EPCLUSA TABLETS (sofosbuvir/velpatasvir 400MG-100MG tablets) will **NOT** be added to the SilverScript formularies for SilverScript Choice and Plus in 2018 and Choice, Plus, and Allure plans in 2019.
- **SilverScript Employer PDP Plans**
  Employer PDP Plans have added the generic (sofosbuvir/velpatasvir 400MG-100MG tablets) to their formulary for 2018 and 2019. Some plans will continue cover the brand in 2018 and 2019.

Top of the Document

## Rationale

The goal of this document is to prepare the MED D Customer Care Representative (CCR) for potential inbound questions from the beneficiary regarding the availability of sofosbuvir/velpatasvir 400MG-100MG tablets and the non-covered status for this prescription drug on SilverScript Plans.

Top of the Document

## What does this mean for the beneficiary?

🚩 Retaining brand EPCLUSA TABLETS on Specialty Tier (Tier 5) can help keep out-of-pocket costs low for SilverScript beneficiaries.

**NOTE:** The generic equivalent sofosbuvir/velpatasvir 400MG-100MG tablets is **not** be on the formulary until further notice.

3

- Beneficiaries have the option to request an exception if they wish to obtain sofosbuvir/velpatasvir 400MG-100MG tablets.
  - However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level.
- Brand EPCLUSA TABLETS is available at the Specialty Tier (Tier 5) copay/coinsurance, so if the request for the generic is granted, the beneficiary would pay the amount associated with the plan's exception tier. This may be a different cost than the brand.

Top of the Document

## Effects of this Strategy on Beneficiaries

- Beneficiaries will continue to receive the brand EPCLUSA TABLETS at the Specialty Tier (Tier 5) cost share.

- The CCR may receive calls from MED D beneficiaries who are confused about the lack of generic version availability of the prescription drug. Refer to the FAQs section of this document for appropriate responses.

Top of the Document

## FAQs

The frequently asked questions below will assist the CCR when addressing incoming calls regarding EPCLUSA TABLETS.

**NOTE:** These specifics apply to non-LIS beneficiaries. See specific Q&A at end of this FAQ section for LIS-specific information.

4

CVS-000479

| Question | Answer |
|---|---|
| **Will EPCLUSA TABLETS cost more than sofosbuvir/velpatasvir 400MG-100MG tablets in any stage of the Medicare D benefit for non-LIS beneficiaries?** | **SAY:**<br>• This will vary based on your Plan and which Medicare Part D coverage stage you currently are in (e.g., Deductible, Initial Coverage Limits, Coverage Gap or Catastrophic).<br><br>**CCR Process Note:** The CCR will review the following grid for information on the anticipated costs of EPCLUSA TABLETS vs. sofosbuvir/velpatasvir 400MG-100MG tablets during the sofosbuvir/velpatasvir 400MG-100MG tablets initial launch period: |

| **Deductible Stage for non-LIS beneficiaries:** | **SilverScript Choice , Plus, and Allure beneficiaries:**<br><br>• In 2018, no deductible, except for Choice Plan beneficiaries residing in Alaska who will have a $405 annual deductible and Choice Plan beneficiaries residing in Arizona and Hawaii who will have a $100 annual deductible for drugs in Tiers 3 to 5. Plus Plan is not available in Alaska. Allure Plan not available in 2018.<br><br>• In 2019, no deductible except for Choice Plan beneficiaries who will have a $100 annual deductible for drugs in Tiers 3 to 5 for beneficiaries residing in Colorado, Georgia, or Texas; Choice beneficiaries residing in Arizona, South Carolina, or Alaska will have a $415 deductible for drugs in Tiers 3 to 5. |

5

CVS-000480

| | | |
|---|---|---|
| | | • SilverScript Plus and Allure Plans are not available in Alaska.<br><br>Move to response below in Initial Coverage Limits Stage. |
| | **Initial Coverage Limits (ICL) Stage for non-LIS beneficiaries:** | **SAY:**<br>• Maybe.<br>• You will continue to pay your current Specialty Tier (Tier 5) cost share during the Initial Coverage Limits stage for brand EPCLUSA TABLETS.<br>• Mr. /Mrs. <Beneficiary>, your cost share for brand EPCLUSA TABLETS will be <$X.XX>.<br><br>Move to response below in Coverage Gap Stage. |
| | **Coverage Gap Stage for non-LIS beneficiaries:** | **SAY:**<br>• No.<br>• The Coverage Gap Stage (also called the donut hole) is where you will receive significant savings on brand EPCLUSA TABLETS.<br>• The brand name is less expensive than the generic version because of the manufacturer discount on brand name prescription drugs.<br>• 🚩 In 2018, your cost share in the Coverage Gap Stage is 35% of the price of |

6

CVS-000481

| | | • brand EPCLUSA TABLETS. If the generic were included at this time on the formulary, your cost share would be 44%.<br><br>• 🚩 In 2019, your cost share in the Coverage Gap Stage is 25% of the price of brand EPCLUSA TABLETS.  If the generic were included at this time on the formulary, your cost share would be 37%.<br><br>Move to response below in Catastrophic Coverage Stage. |
| | **Catastrophic Stage for non-LIS beneficiaries:** | **SAY:**<br>• Yes.<br><br>• 🚩 During this stage of the benefit, it is expected that - because of the price of the brand and generic versions - you will pay 5% of the allowed cost. |
| **Why is the brand-name EPCLUSA TABLETS on the formulary when there is now a generic available?** | **SAY:**<br>•<br><br>🚩 In this case, the price of the generic version of EPCLUSA TABLETS will likely be similar to the price of the brand version for a minimum of six months, and perhaps longer.<br><br>•<br><br>🚩 There are few manufacturers of the generic version of EPCLUSA TABLETS to drive the price down.<br><br>• | |

7

CVS-000482

| | |
|---|---|
| | • Until there are competitors and the price of the generic version goes down, your plan will continue to cover brand-name EPCLUSA TABLETS at the Specialty Tier (Tier 5) cost share in 2018 and 2019. |
| **Why can't I get the generic? Aren't generics less expensive?** | **SAY:**<br>• 🚩 When a generic version is first available, it is typically similar in price to the brand version.<br>• 🚩 At this time the generic version, called sofosbuvir/velpatasvir 400MG-100MG tablets, is not on the formulary.<br>  ○ 🚩 You do have the option to request a formulary exception.<br>  ○<br>    🚩 However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. |
| **Will my other copays for other prescription drugs be lowered?** | **SAY:**<br>• No.<br>• You will continue to pay the copay/coinsurance for other brand name and generic prescription drugs at the current benefit copay. |
| **Could there be other brand prescription drugs that this applies to?** | **SAY:**<br>•<br>    In most cases the generic version of a prescription drug is less expensive than the brand name version and is covered at the lower generic copay.<br>• The exception typically applies during the first few years the generic version of a prescription drug is launched. |
| **How long will EPCLUSA** | **SAY:** |

CVS-000483

| | |
|---|---|
| **TABLETS remain on the formulary on the Specialty Tier (Tier 5)?** | • ⚑ We anticipate that EPCLUSA TABLETS will remain on the formulary on the Specialty Tier (Tier 5) in 2018 and 2019 until the price of the generic form of EPCLUSA TABLETS drops.<br><br>• ⚑ We anticipate it will be a minimum of six months, however that is based on market conditions not within our control and could change. |
| **What should I do if brand EPCLUSA TABLETS is removed from the formulary during the plan year?** | **SAY:**<br>• We will provide you with prior notification if brand EPCLUSA TABLETS removed from the formulary during the Plan year.<br>• The type of notification depends on whether you are taking the prescription drug and whether the change happens during the plan year or at the beginning of the next plan year.<br>  ○ If we make this change during the plan year, and you are taking EPCLUSA TABLETS, you will receive written notification in your Explanation of Benefits (EOB).<br>  ○ If we make this change at the beginning of the next plan year, the change will be noted in the formulary included as part of your Annual Notice of Change (ANOC) packet.<br>  ○ You should review your plan's formulary carefully.<br>• If brand EPCLUSA TABLETS is removed from the formulary and you want to continue taking brand EPCLUSA TABLETS, you will have the option to request a formulary exception.<br>• However, exception requests for non-formulary prescription drugs, if |

9

CVS-000484

| | • approved, are typically approved for coverage at the highest cost share level. |
|---|---|
| May I, as the beneficiary, request a coverage determination for the generic product? | **SAY:**<br>• Yes, you as the beneficiary may request a coverage determination for sofosbuvir/velpatasvir 400MG-100MG tablets.<br>    ○ However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level.<br><br>⚠ Refer to the Med D Care - Coverage Determination/Appeal (New or Status Update) document. |
| Will sofosbuvir/velpatasvir 400MG-100MG tablets be added to the formulary during the 2019 plan year? | **SAY:**<br>The addition of the generic to the formulary will be re-evaluated during the year. |

| | | |
|---|---|---|
| 🚩 **Will EPCLUSA TABLETS cost more than sofosbuvir/velpatasvir 400MG-100MG tablets in any stage of the Medicare Part D benefit for LIS beneficiaries?** | 🚩 **CCR Process Note:** The CCR will review the following information for LIS beneficiaries on the anticipated costs of EPCLUSA TABLETS vs. sofosbuvir/velpatasvir 400MG-100MG tablets during the sofosbuvir/velpatasvir 400MG-100MG tablets initial launch period: | |
| | 🚩 For **LIS 1 & 2** Beneficiaries: | **SAY:**<br>• Maybe.<br>• In the Catastrophic Coverage Stage of the benefit, you will continue to receive EPCLUSA TABLETS at no cost.<br>• If you have not yet reached the Catastrophic Coverage Stage, you might have to pay your brand name copayment for EPCLUSA TABLETS until you reach the Catastrophic Coverage |

10

CVS-000485

| | | |
|---|---|---|
| | | • Stage. |
| | 🚩 FOR **LIS 3** Beneficiaries: | **SAY:**<br>• No. |
| | 🚩 FOR **LIS 4** Beneficiaries: | **SAY:**<br>• Maybe.<br>• If you are in the Initial Coverage Limits Stage (ICL) or the Post-Initial Coverage Limits Stage of the benefit you will continue to pay your current coinsurance for EPCLUSA TABLETS.<br>• If you are in the Catastrophic Coverage Stage, you will continue to pay the LIS brand-name copayment for EPCLUSA TABLETS. |

<em>Top of the Document</em>

## Log Activity

1003 – Plan Design Education

<em>Top of the Document</em>

## Resolution Time

Information = immediate

<em>Top of the Document</em>

## Parent SOP

11

CVS-000486

**CALL-0048:  Medicare Part D Customer Care Call Center Requirements-CVS Caremark Part D Services, L.L.C.**

Not to Be Reproduced or Disclosed to Others without Prior Written Approval
**ELECTRONIC DATA = OFFICIAL VERSION – PAPER COPY – INFORMATIONAL ONLY**

12

CVS-000487

# EXHIBIT 35

# MED D - HARVONI® TABLETS Generic Not Available for SilverScript Choice, Plus, and Allure (PDP) Plans Until Further Notice

Overview
Background
What does this mean for the beneficiary?
Effects of this Strategy on Beneficiaries
FAQs
Log Activity
Resolution Time
Related Documents
Parent SOP
Abbreviations / Definitions

## Overview

HARVONI® TABLETS is a branded prescription drug commonly used for the treatment of Hepatitis C.  This prescription drug was recently launched in its generic form, ledipasvir/sofosbuvir 90MG-400 MG tablets. The generic form of HARVONI TABLETS is not available on SilverScript Choice, Plus, or Allure (PDP) plans until further notice.

HARVONI® TABLETS will be MAINTAINED on the Specialty Tier (Tier 5) in 2019 on the formularies for SilverScript Choice, Plus, and Allure beneficiaries.  The generic, ledipasvir/sofosbuvir 90MG-400 MG tablets, will **not** be added to the formularies.

This applies to SilverScript Choice, Plus, and Allure beneficiaries in 2019.

1

CVS-000210

Top of the Document

## Background

Generic prescription drugs are typically the lowest-cost option when compared to branded prescription drugs. SilverScript **promotes the use of generic prescription drugs** to help plan beneficiaries save money.

- During the initial launch phase for the generic, there will be few manufacturers marketing the generic and the cost of the generic is expected to be relatively high.
- To help keep out-of-pocket costs low, SilverScript is retaining brand HARVONI® TABLETS on its formulary on Specialty Tier (Tier 5). HARVONI is eligible for a manufacturer discount in the coverage gap.
- SilverScript will continue to keep the brand version of HARVONI TABLETS on the formulary and will **NOT** be adding the generic version until further notice.

Network Pharmacies were also informed of this update.

**Note:**  SilverScript Employer PDP Plans are being handled differently.
- **SilverScript Choice, Plus, and Allure Plans**
  The generic version of HARVONI TABLETS (ledipasvir/sofosbuvir 90MG-400 MG tablets) will **NOT** be added to the SilverScript formularies for SilverScript Choice, Plus, and Allure plans in 2019.
- **SilverScript Employer PDP Plans**
  Employer PDP Plans have added the generic (ledipasvir/sofosbuvir 90MG-400 MG tablets) to their formulary for 2019. Some plans will continue cover the brand in 2019.

Top of the Document

## What does this mean for the beneficiary?

2

Retaining brand HARVONI TABLETS on Specialty Tier (Tier 5) can help keep out-of-pocket costs low for SilverScript beneficiaries.

**NOTE:** The generic equivalent ledipasvir/sofosbuvir 90MG-400 MG tablets is **not** be on the formulary until further notice.

- Beneficiaries have the option to request an exception if they wish to obtain ledipasvir/sofosbuvir 90MG-400 MG tablets.
  - o However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level.
- Brand HARVONI TABLETS is available at the Specialty Tier (Tier 5) copay/coinsurance, so if the request for the generic is granted, the beneficiary would pay the amount associated with the plan's exception tier. This may be a different cost than the brand.

Top of the Document

## Effects of this Strategy on Beneficiaries

- Beneficiaries will continue to receive the brand HARVONI TABLETS at the Specialty Tier (Tier 5) cost share.

- The CCR may receive calls from MED D beneficiaries who are confused about the lack of generic version availability of the prescription drug. Refer to the FAQs section of this document for appropriate responses.

Top of the Document

## FAQs

CVS-000212

The frequently asked questions below will assist the CCR when addressing incoming calls regarding HARVONI TABLETS.

**Note:** These specifics apply to non-LIS beneficiaries. See specific Q&A at end of this FAQ section for LIS-specific information.

| Question | Answer |
|---|---|
| **Will HARVONI TABLETS cost more than ledipasvir/sofosbuvir 90MG-400 MG tablets in any stage of the Medicare D benefit for non-LIS beneficiaries?** | **SAY:**<br>• This will vary based on your Plan and which Medicare Part D coverage stage you currently are in (e.g., Deductible, Initial Coverage Limits, Coverage Gap or Catastrophic).<br><br>**CCR Process Note:** The CCR will review the following grid for information on the anticipated costs of HARVONI TABLETS vs. ledipasvir/sofosbuvir 90MG-400 MG tablets during the ledipasvir/sofosbuvir 90MG-400 MG tablets initial launch period: |

| Deductible Stage for non-LIS beneficiaries: | SilverScript Choice , Plus, and Allure beneficiaries: |
|---|---|
| | • In 2019, no deductible except for Choice Plan beneficiaries who will have a $100 annual deductible for drugs in Tiers 3 to 5 for beneficiaries residing in Colorado, Georgia, or Texas; Choice beneficiaries residing in Arizona and South Carolina will have a $100 annual deductible for drugs in Tiers 3 to 5, or Alaska will have a $415 deductible for all drugs. SilverScript Plus and Allure Plans do not have a deductible. |

4

CVS-000213

| | | Move to response below in Initial Coverage Limits Stage. |
|---|---|---|
| | **Initial Coverage Limits (ICL) Stage for non-LIS beneficiaries:** | **SAY:**<br>• Maybe.<br>• You will continue to pay your current Specialty Tier (Tier 5) cost share during the Initial Coverage Limits stage for brand HARVONI TABLETS.<br>• Mr. /Mrs. \<Beneficiary\>, your cost share for brand HARVONI TABLETS will be \<$X.XX\>.<br><br>Move to response below in Coverage Gap Stage. |
| | **Coverage Gap Stage for non-LIS beneficiaries:** | **SAY:**<br>• No.<br>• The Coverage Gap Stage (also called the donut hole) is where you will receive significant savings on brand HARVONI TABLETS.<br>• The brand name is less expensive than the generic version because of the manufacturer discount on brand name prescription drugs.<br>•<br>• In 2019, your cost share in the Coverage Gap Stage is 25% of the price of brand HARVONI TABLETS.  If the generic were included at this time on the formulary, your cost share would be 37%. |

5

CVS-000214

|  |  | Move to response below in Catastrophic Coverage Stage. |
|  | **Catastrophic Stage for non-LIS beneficiaries:** | **SAY:**<br>• Yes.<br>• During this stage of the benefit, it is expected that - because of the price of the brand and generic versions - you will pay 5% of the allowed cost. |
| **Why is the brand-name HARVONI TABLETS on the formulary when there is now a generic available?** | **SAY:**<br>•<br>In this case, the price of the generic version of HARVONI TABLETS will likely be similar to the price of the brand version for a minimum of six months, and perhaps longer.<br>•<br>There are few manufacturers of the generic version of HARVONI TABLETS to drive the price down.<br>•<br>Until there are competitors and the price of the generic version goes down, your plan will continue to cover brand-name HARVONI TABLETS at the Specialty Tier (Tier 5) cost share in 2019. | |
| **Why can't I get the generic? Aren't generics less expensive?** | **SAY:**<br>• When a generic version is first available, it is typically similar in price to the brand version.<br>• At this time the generic version, called ledipasvir/sofosbuvir 90MG-400 MG tablets, is not on the formulary.<br>  o You do have the option to request a formulary exception.<br>  o<br>    However, exception requests for non-formulary prescription drugs, | |

6

CVS-000215

| | |
|---|---|
| | ○ f approved, are typically approved for coverage at the highest cost share level. |
| **Will my other copays for other prescription drugs be lowered?** | **SAY:**<br>• No.<br>• You will continue to pay the copay/coinsurance for other brand name and generic prescription drugs at the current benefit copay. |
| **Could there be other brand prescription drugs that this applies to?** | **SAY:**<br>•<br>In most cases the generic version of a prescription drug is less expensive than the brand name version and is covered at the lower generic copay.<br>• The exception typically applies during the first few years the generic version of a prescription drug is launched. |
| **How long will HARVONI TABLETS remain on the formulary on the Specialty Tier (Tier 5)?** | **SAY:**<br>•<br>We anticipate that HARVONI TABLETS will remain on the formulary on the Specialty Tier (Tier 5) in 2019 until the price of the generic form of HARVONI TABLETS drops.<br>•<br>We anticipate it will be a minimum of six months, however that is based on market conditions not within our control and could change. |
| **What should I do if brand HARVONI TABLETS is removed from the formulary during the plan year?** | **SAY:**<br>• We will provide you with prior notification if brand HARVONI TABLETS removed from the formulary during the Plan year.<br>•<br>The type of notification depends on whether you are taking the prescription drug and whether the change happens during the plan year or at the beginning of the next plan year. |

7

CVS-000216

| | |
|---|---|
| | ○  If we make this change during the plan year, and you are taking HARVONI TABLETS, you will receive written notification in your Explanation of Benefits (EOB).<br><br>○  If we make this change at the beginning of the next plan year, the change will be noted in the formulary included as part of your Annual Notice of Change (ANOC) packet.<br><br>○  You should review your plan's formulary carefully.<br>• If brand HARVONI TABLETS is removed from the formulary and you want to continue taking brand HARVONI TABLETS, you will have the option to request a formulary exception.<br>• However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. |
| **May I, as the beneficiary, request a coverage determination for the generic product?** | **SAY:**<br>• Yes, you as the beneficiary may request a coverage determination for ledipasvir/sofosbuvir 90MG-400 MG tablets.<br>   ○  However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level.<br><br>⚠ Refer to the Med D Care - Coverage Determination/Appeal (New or Status Update) document. |
| **Will ledipasvir/sofosbuvir 90MG-400 MG tablets be added to the formulary** | **SAY:**<br>The addition of the generic to the formulary will be re-evaluated during the year. |

8

CVS-000217

| during the 2019 plan year? | | |
|---|---|---|
| **Will HARVONI TABLETS cost more than ledipasvir/sofosbuvir 90MG-400 MG tablets in any stage of the Medicare Part D benefit for LIS beneficiaries?** | **CCR Process Note:** The CCR will review the following information for LIS beneficiaries on the anticipated costs of HARVONI TABLETS vs. ledipasvir/sofosbuvir 90MG-400 MG tablets during the ledipasvir/sofosbuvir 90MG-400 MG tablets initial launch period: | |
| | For **LIS 1 & 2** Beneficiaries: | **SAY:**<br>• Maybe.<br>• In the Catastrophic Coverage Stage of the benefit, you will continue to receive HARVONI TABLETS at no cost.<br>• If you have not yet reached the Catastrophic Coverage Stage, you might have to pay your brand name copayment for HARVONI TABLETS until you reach the Catastrophic Coverage Stage. |
| | FOR **LIS 3** Beneficiaries: | **SAY:**<br>• No. |
| | FOR **LIS 4** Beneficiaries: | **SAY:**<br>• Maybe.<br>• If you are in the Initial Coverage Limits Stage (ICL) or the Post-Initial Coverage Limits Stage of the benefit you will continue to pay your current coinsurance for HARVONI TABLETS.<br>• If you are in the Catastrophic Coverage Stage, you will continue to pay the LIS brand-name copayment for HARVONI TABLETS. |

9

CVS-000218

Top of the Document

## Log Activity

1003 – Plan Design Education

Top of the Document

## Resolution Time

Information = immediate

Top of the Document

## Related Documents

Grievance Standard Verbiage (for use in Discussion with Beneficiary) section in MED D Care - Grievances in PeopleSafe and MedHOK

Top of the Document

## Parent SOP

**CALL-0048:  Medicare Part D Customer Care Call Center Requirements-CVS Caremark Part D Services, L.L.C.**

Top of the Document

## Abbreviations / Definitions

Mail Service Customer Care Abbreviations and Definitions

Not to Be Reproduced or Disclosed to Others without Prior Written Approval
**ELECTRONIC DATA = OFFICIAL VERSION – PAPER COPY – INFORMATIONAL ONLY**

10

# EXHIBIT 36

Peoplesafe                                                                                    Page 1 of 1



CVS-002294

# EXHIBIT 37

This transcript was exported on Apr 23, 2019 - view latest version here.

| | |
|---|---|
| ███████████ | I want more on meds. I don't want just anything. |
| Claudia: | Thank you for calling customer care. My name is Claudia. Can I please have the member ID? |
| ███████████ | Yes. It is ████████████████████ |
| Claudia: | Thank you ma'am. [crosstalk 00:00:24] And can I please ... go ahead, I'm sorry. |
| ███████████ | Your name was Claudia? |
| Claudia: | Yes. C-L-A-U-D-I-A. |
| ███████████ | D-I-A. Okay. |
| Claudia: | Can I please have the full name, as it appears on the account, please? |
| ███████████ | Is ████████████████ |
| Claudia: | Thank you, what's the date of birth, and the zip code, please? |
| ███████████ | ████████, and a zip code of ██████ |
| Claudia: | Thank you, ma'am. Who do I have the pleasure of speaking with today? |
| ███████████ | This is ██████████ and ████████████ is here. |
| ███████████ | [inaudible 00:01:15]. |
| Claudia: | I'm his wife. |
| ███████████ | Okay, thank you. May I speak to him just one second? |
| Claudia: | Yes. |
| ███████████ | Thank you. |
| ███████████ | |
| Claudia: | Hi, ██████████, may I speak to your wife regarding all information about your account? |
| ███████████ | Yes, ma'am, you can. |
| Claudia: | Okay, thank you sir, that's all I needed. |

Page 1 of 7

Transcript by Rev.com

CVS-001608

This transcript was exported on Apr 23, 2019 - view latest version here.

|  | Thank you. I'm going to go do that. |
|---|---|
|  | Okay. |
|  | [inaudible 00:01:34]. |
|  | All righty. |
|  | [inaudible 00:01:39]. |
| Claudia: | Thank you, ma'am for that. So you said your name is ▓▓▓▓ right? |
|  | Yes. |
| Claudia: | Okay, how can I help you today? |
|  | Let's see. ▓▓▓▓ has Hepatitis C, and this Epclusa prescription, we're trying to get a price on, so we know how much it's going to cost, if we can afford it. I'm either not getting any prices from people, because they say they have to have the prescription. |
|  | The prescription was sent to Walmart, Walmart said that it was $2,700 a month. We called a little bit ago and talked to Sierra at SilverScript, and she said it was $1,255.99 co-pay, one time, for the complete 84-day supply. 84 pills. So we called back Walmart, and he double checked again, and he said he's still coming up with $2,700 a month. |
|  | [inaudible 00:02:58]. |
|  | For generic, and for us to call you back. |
| Claudia: | Okay. Let me see what we can do about this. Is the original medication was the Epclusa Tablets 400-100 milligrams? Right? E-P-C-L-U-S-A? Epclusa. |
|  | E-P-C-L-U-S-A. |
| Claudia: | U-S-A. Perfect, okay. |
|  | It's 84 pills, [crosstalk 00:03:28]. 84. Okay. Okay. We don't know what milligrams. What did you say the milligram was? |
| Claudia: | Yes. It was 400-100 milligrams. |
|  | 400-100 milligrams. Okay. This is for 84, okay? |

Page 2 of 7

CVS-001609

This transcript was exported on Apr 23, 2019 - view latest version here.

Claudia:    Mm-hmm (affirmative), perfect. Let me run a test claim, to see what the co-pay would be. I'm going to run first a ... Let me see now. I'm going to do the 84, because you know that he would need it for 84 days, for sure.

███████████    Okay, thank you.

Claudia:    Mm-hmm (affirmative), you're welcome, ma'am. Okay, Walmart is not a preferred pharmacy. It was last year, but it's not this year.

███████████    Oh, okay.

███████████    [inaudible 00:04:41].

███████████    What is a preferred pharmacy? Where would we get the best price?

Claudia:    At the preferred pharmacy, you would get the better price.

███████████    Okay, and what are the preferred pharmacies?

Claudia:    You got two, ma'am. It's the Walgreens that is at ███████████ ...
███████████    ███████████

Claudia:    ███████████

███████████    Okay, ███████████

Claudia:    Mm-hmm (affirmative). The other one is, are you ready?

███████████    Let me finish this up.

Claudia:    Sure, sorry.

███████████    Walgreens at ███████████

Claudia:    ███████████

███████████    Road, and that's in ███████ ?

Claudia:    ███████ yes ma'am.

███████████    Okay.

Claudia:    The other one is ███████████████████

███████████████████████████

Page 3 of 7

CVS-001610

This transcript was exported on Apr 23, 2019 - view latest version here.

| | |
|---|---|
| ████████ | Okay. ████████████ |
| Claudia: | Pharmacy, mm-hmm (affirmative). It is #2 - ████████████ |
| ████████ | 344. |
| Claudia: | ████, too. |
| ████████ | Okay. |
| Claudia: | Let's check one of this ones. |
| ████████ | Okay. |
| Claudia: | (long pause) One more second please, ma'am. |
| ████████ | Okay. |
| Claudia: | Thank you. Okay, let me try to find something first. You were given two different co-pays for the local pharmacy, but they were for only 28-day supplies, the $2,790. That was for a 28-day supply. |
| Claudia: | The co-pay for an 84-day supply at the local pharmacy, not the Walmart one, the ████████████ would be $5,642.54. |
| ████████ | Okay. And that's at ████? For 84 days? |
| Claudia: | Right. Let me check something here. |
| ████████ | Okay. |
| Claudia: | Because I'm not sure if you can get the ... |
| ████████ | And we also are real close to ████████ if that makes a difference, would be cheaper. |
| Claudia: | Yes. [inaudible 00:07:55]. |
| ████████ | [inaudible 00:07:54]. |
| Claudia: | Sofosbuvir, right? [inaudible 00:07:57]. |
| ████████ | E-P-C-L-U-S-A. |

████████████████████████████    Page 4 of 7

CVS-001611

This transcript was exported on Apr 23, 2019 - view latest version here.

| | |
|---|---|
| Claudia: | That's the first one, yeah. That's [Efclusa 00:08:12], or Epclusa, right? You would like me to try the generic? Because I see there was another medication. |
| | Okay. |
| Claudia: | The generic that you were talking about, for $2,790.46. Let me try that one, and also let me tell you something else. You're not able to get a 90-day supply, but a 28-day supply instead. |
| Claudia: | We're going to start running a test for a 28-day supply, instead of 84. |
| | Okay. |
| Claudia: | Give me one second. |
| | How do you spell the generic [inaudible 00:09:08]? |
| Claudia: | The generic? It's two words. The first word is S, as in Sam - O - F as in Frank - O - S as in Sam - B as in Boy - U - V as in Victor - I - R as in Robert. |
| | All right. |
| Claudia: | Next word is V as in Victor - E - L as in Larry - P as in Peter - A - T as in Tom - A - S as in Sam - V as in Victor - I - R as in Robert. It's also tablets. And it's the same strength, 400-100 milligrams. |
| Claudia: | So I just run a test claim for the first one, the Epclusa, and the 28-day supply at the local pharmacy would be $3,130.61. |
| | And which pharmacy is that at? |
| Claudia: | This was at the, let me see, okay. Let me run the test again, because once I do it I don't see the name of the pharmacy. Give me one more second. (long pause) |
| | [inaudible 00:11:22]. |
| | [inaudible 00:11:25]. |
| Claudia: | Okay, so the ▓▓▓▓▓▓▓ And that's a co-pay. Now we go back to the next medication, Sofosubvir. (long pause) |
| Claudia: | Okay, for this other medication, the co-pay would be $2,488.53, also. |
| | So that's the 28-day supply of the generic? |

Page 5 of 7

Transcript by Rev.com

This transcript was exported on Apr 23, 2019 - view latest version here.

| | |
|---|---|
| Claudia: | 28-day supply. |
| ███████████: | And which pharmacy? |
| Claudia: | That's ██████████, as well. |
| ██████████ | Okay. I thought the $3,130 was $███, for the generic, for 28-day supply. |
| Claudia: | Right. That's the Epclusa tablets, which I can find. It's the brand name. |
| ██████████ | [inaudible 00:13:19]. |
| Claudia: | Mm-hmm (affirmative)? Go ahead. |
| ██████████ | This next Epclusa 28-day supply is $3,100 at ██████, and the generic at $██████ is $2,488? |
| Claudia: | Okay. Let me go back and see. I'm pulling up information to see which is the generic, and which is the brand. |
| ██████████ | Okay. That's for ██████s, 84-day? |
| ██████████ | [inaudible 00:13:52]. |
| ██████████ | Yeah. |
| ██████████ | That's what you want. You don't want the [inaudible 00:13:57]. |
| ██████████ | Yeah. |
| ██████████ | [inaudible 00:13:57]. |
| Claudia: | What I see here is, there are two ... the two of them are brands. Would you like me to bring the pharmacist technician? If you may stay on hold, I can ask the pharmacy technician to see what's the brand one, and what's the generic, because here in the system, they are shown as brand, both of them |
| ██████████ | All right. |
| Claudia: | Please stay with me on the line. |
| ██████████ | Sure. I'll hold on, thank you. |
| Claudia: | You're very welcome. Do you know if there's any alternatives for this medication? |

Page 6 of 7

██████████████████████████████████████████

CVS-001613

This transcript was exported on Apr 23, 2019 - view latest version here.

| | |
|---|---|
| ███████ | What was that for the medication? |
| Claudia: | I'm sorry. Do you know if there is any alternative? Did the doctors say something about it? |
| ███████ | I ... yeah, the doctor didn't say, so we don't know. |
| Claudia: | Okay. |
| Speaker 4: | We'll have to ask the doctor. |
| Claudia: | Okay, let me see if I can get that information. In case the pharmacist technician needs to talk to you about something, I will bring you to the conversation. And, once you are done with the pharmacist technician, please remain with me on the line, okay? |
| Speaker 4: | Thank you. |
| Claudia: | Okay, thank you ma'am. (long pause) |
| Speaker 4: | Hello? Okay. Okay. Okay. Great, and can I get that price again from you, too? And that's for 28 days? Okay. After R was [TMM# 00:28:10]? Okay. And then P. And is that price ... which store is that from? Okay. And both of them are in ███████ |
| Speaker 4: | Do you have any located in ███████ that might be just as cheap? Okay, things are cheaper out in ███████ Okay, for ███ That's in ███████ Okay. All righty, it looks like we'll be changing our pharmacy, to the S███s in ███████ [inaudible 00:30:10], okay. |
| Speaker 4: | And then the other one, the original first one that you gave me for 84 days, for Smith's, the co-pay was $5,642.50? Could you double check that to make sure it's correct? Mm-hmm (affirmative). Okay, so that, that's not a valid ... okay. Only 28 days. |
| Speaker 4: | All righty. You have been so helpful. Thank you very much. I sure appreciate all your help on this. Nope, you did an excellent job. Great. Thank you, Claudia. You can have the rest of the day off. Good job. [inaudible 00:31:41]. Thank you very much. Bye bye. |

Transcript by Rev.com

CVS-001614