IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America ex rel.<br>Ellsworth Associates, LLP<br>v.<br>CVS Health Corporation et al. | :<br>:<br>:<br>:<br>:<br>: | Civil Action<br><br><br><br>No.: 2:19-cv-2553-JMY |

## ORDER

AND NOW, this _____ day of _____ 20___ , it is hereby

ORDERED that the application of  Daniel Alberstone _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:19-cv-2553-JMY

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Daniel Alberstone** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| State of California | 12/3/1982 | 105275 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S. District Court for the Central District of California | 02/09/1985 | 105275 |
| U.S. District Court for the Northern District of California | 04/01/2013 | 105275 |
| U.S. District Court for the Northern District of Illinois | 05/15/2013 | 105275 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Plaintiff/Relator Ellsworth Associates, LLP

(Applicant's Signature)

Date: 11-28-23

Name of Applicant's Firm: Baron & Budd, PC
Address: 600 New Hampshire Ave. NW, 10th Floor, Washington, DC 20037
Telephone Number: 202-333-4562
Email Address: dalberstone@baronbudd.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-28-23

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Daniel Alberstone to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| William G. Powers | [signature] | 06/27/2019 | 316876 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

600 New Hampshire Ave. NW, 10th Floor

Washington, DC 20037

202-333-4562

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/28/23
(Date)

[signature]
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America ex rel.<br>Ellsworth Associates, LLP | : <br> : <br> : | Civil Action |
| v. | : <br> : | |
| CVS Health Corporation et al. | : <br> : | No.: 2:19-cv-2553-JMY |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Daniel Alberstone__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Served on all counsel of record via ECF.

_____
(Signature of Attorney)
William G. Powers
_____
(Name of Attorney)
Plaintiff/Relator Ellsworth Associates, LLP
_____
(Name of Moving Party)
11/28/23
_____
(Date)