IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELLSWORTH ASSOCIATES, LLP,<br><br>                    Plaintiff-Relator,<br><br>     v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>                    Defendants. | Case No.:  2:19-cv-02553-JMY |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the clerk of court:

Please withdraw the appearance of Michael von Klemperer, Esquire on behalf of Plaintiff-Relator, Ellsworth Associates, LLP in the above captioned matter. Plaintiff-Relator is currently represented by other counsel of record.

Dated: November 29, 2023

          /s/ W. Scott Simmer
W. Scott Simmer (*pro hac vice*)
William G. Powers (PA Bar No. 316876)
BARON & BUDD, P.C.
The Watergate
600 New Hampshire Ave. NW,
10th Floor
Washington, DC 20037
Telephone: (202) 333-4562
Facsimile: (202) 337-1039

*Counsel for Relator Ellsworth Associates, LLP*

2

## CERTIFICATE OF SERVICE

I certify that on November 29, 2023 this document was filed electronically, that it is available for viewing and downloading from the ECF system, and that all counsel of record will be served by the ECF system.

*/s/ W. Scott Simmer*
W. Scott Simmer
