# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLSWORTH ASSOC., LLP., U. S. OF A., EX REL. ELLSWROTH ASSOC., LLP, | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 19-2553 |
| CVS HEALTH CORP., | : : | |
| Defendant. | : : | |

## ORDER

AND NOW, this 12th day of December, 2023, upon consideration of Plaintiff's *Motion to Modify May 23, 2023 Scheduling Order* (ECF No. 105), it is hereby **ORDERED** that this Court's May 23, 2023 Scheduling Order is amended as follows:

1. All fact discovery shall be completed by **Friday, August 23, 2024**.

2. The parties shall produce their expert report(s) by **Friday, October 4, 2024**; rebuttal expert report(s) shall be produced by **Monday, November 4, 2024**; all expert discovery, including all depositions of expert witnesses, shall be completed by **Friday, December 20, 2024**.

3. All motions for summary judgment and *Daubert* motions shall be filed no later than **Monday, February 24, 2025**. Responses to such motions shall be filed no later than **Tuesday, March 25, 2025**.

4. The Final Pretrial Conference is scheduled for **Tuesday, July 8, 2025 at 10:00 A.M**. Counsel shall appear by remote video and will be notified by Chambers via email with instructions on how to participate remotely. No later than **seven (7) days before the Final Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures. A trial date, and

deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

    **IT IS SO ORDERED.**

                                                      BY THE COURT:

                                                      /s/ John Milton Younge
                                                      **Judge John Milton Younge**