IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. ELLSWORTH ASSOCIATES, LLP,**<br><br>**Plaintiff-Relator,**<br><br>v.<br><br>**CVS HEALTH CORPORATION, f/k/a CVS CAREMARK CORPORATION, SILVERSCRIPT INSURANCE COMPANY, LLC, CAREMARK LLC, f/k/a CAREMARK INC., CVS PHARMACY, INC., and CVS CAREMARK PART D SERVICES, LLC,**<br><br>**Defendants.** | No. 2:19-cv-02553 |

## ORDER

**AND NOW**, this __12th__ day of ____June____, 2024, it is **ORDERED** that all objections to the Special Discovery Master's May 23, 2024 Report and Recommendation Regarding Defendants' Alleged Document Production Deficiencies are **OVERRULED**, and the Special Discovery Master's Report and Recommendation is **ADOPTED**, as follows:

Within two weeks of this Order, Defendants must produce to Relator a declaration (or declarations) of a representative (or representatives) of the Defendants, outlining in detail the process Defendants used to collect, search, review, and produce documents from non-email data sources, providing as much information as possible regarding the process Defendants used (without disclosing counsel's mental impressions, conclusions, opinions, or legal theories concerning this case), including a listing of the share drives

or folders, by name or description, from which documents were collected, as well as an indication for each drive or folder (or groups of drives and folders) of the manner in which the files were reviewed. Defendants' declarations also should provide details regarding their audit of Consilio's work, as well as descriptions of any errors, omissions, or other problems identified by the audit.

    **IT IS SO ORDERED.**

                                                  **BY THE COURT:**

                                                  /s/ John Milton Younge
                                                  **JUDGE JOHN MILTON YOUNGE**