IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELLSWORTH ASSOCIATES, LLP, Plaintiff-Relator, v. CVS HEALTH CORPORATION, *et al.*, Defendant. | : : : : : : : : : | CIVIL ACTION No. 19-cv-2553 |

**ORDER**

AND NOW, this 19th day of February, 2025, upon consideration of Relator's Motion to Extend the Fact Discovery Deadline (ECF No. 141), and all responses hereto, it is hereby **ORDERED** that:

1. Relator's Motion to Extend Fact Discovery (ECF No. 141) is **GRANTED in PART and DENIED in PART** as follows:

    a. Other than to conduct agreed-upon Rule 30(b)(6) depositions, the fact discovery deadline shall remain February 21, 2025;

    b. The parties shall present any disputes regarding discovery other than those involving the Rule 30(b)(6) depositions to the Special Discovery Master by February 21, 2025;

    c. The parties shall present any disputes regarding the Rule 30(b)(6) depositions to the Special Discovery Master within two business days of the conclusion of each deposition;

    d. The Special Discovery Master shall have the authority to shorten the time periods in the Special Discovery Master Protocol (ECF No. 93) if he deems it necessary; and

    e. The Special Discovery Master shall resolve all remaining fact discovery disputes by March 14, 2025, either through the parties' acceptance of the Special Discovery Master's informal recommendation for resolution of a dispute (*id.* ¶ 2) or filing a Report with the Court pursuant to rule 53 (*id.* ¶ 3).

2. Relator's Objection (ECF No. 147) to the Special Discovery Master's Recommendation Regarding Relator's Motion to Extend the Fact Discovery Deadline (ECF No. 145) is **DENIED**.

3. Defendant's Motion to Strike Relator's Objections (ECF No. 150) is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**