**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELLSWORTH ASSOCIATES, LLP,<br><br>Plaintiff-Relator,<br><br>v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:19-cv-2553-JMY |

**DEFENDANTS' NOTICE OF FILING OF REDACTED EXHIBITS**

Defendants CVS Health Corporation, CVS Pharmacy, Inc., SilverScript Insurance Company, Caremark, L.L.C., and CVS Caremark Part D Services, L.L.C. (collectively, "Defendants"), by and through undersigned counsel, hereby submit this Notice of Filing pursuant to the Court's Order for Continued Sealing entered on March 19, 2026 (ECF No. 270).

In compliance with the Court's Order, Defendants hereby submit redacted versions of certain exhibits with redactions of personally identifiable information ("PII") and protected health information ("PHI"). The cover page of each exhibit submitted herewith identifies the ECF number of the previously filed sealed exhibit that the redacted version is intended to replace on the public docket.

Dated: April 1, 2026

*/s/ Edward B. Diskant*
Edward B. Diskant (*pro hac vice*)
McDermott Will & Schulte LLP
One Vanderbilt Avenue
New York, New York 10017
(212) 547-5400

Jennifer B. Routh (*pro hac vice*)
McDermott Will & Schulte LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

Mark A. Aronchick (PA Bar No. 20261)
John S. Summers (PA Bar No. 41854)
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200

*Counsel for Defendants*
*CVS Health Corporation; SilverScript Insurance Company; CVS Pharmacy, Inc.; Caremark, L.L.C.; and CVS Caremark Part D Services, L.L.C.*

## CERTIFICATE OF SERVICE

I certify that on April 1, 2026, this document was filed electronically, that it is available for viewing and downloading from the ECF system, and that all counsel of record will be served by the ECF system.

/s/ *Edward B. Diskant*