**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. ELLSWORTH ASSOCIATES, LLP, <br><br> Plaintiff-Relator, <br><br> v. <br><br> CVS HEALTH CORPORATION, *et al*., <br><br> Defendants. | Case No.: 2:19-cv-02553-JMY |

**RELATOR'S RULE 37(c)(1) MOTION TO EXCLUDE**
**DEFENDANTS' UNDISCLOSED WITNESSES**

Pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure, Relator respectfully moves to exclude Dr. Martin Catero, Ms. Kara Kreisher (née Smith), and Mr. Andrew Zanin from testifying at trial because Defendants failed to identify these witnesses under Rule 26.

Realtor's Motion is supported by the concurrently filed Memorandum of Law and the accompanying exhibits.

Dated: July 24, 2026

/*s/ William G. Powers*
William G. Powers (PA Bar No. 316876)
W. Scott Simmer (*pro hac vice*)
Kenneth D. Capesius (*pro hac vice*)
Marco Palmieri (*pro hac vice*)
BARON & BUDD, P.C.
2600 Virginia Avenue NW
Suite 900
Washington, DC 20037
Telephone: (202) 333-4562
Facsimile: (214) 279-9915

Daniel Alberstone (*pro hac vice*)
Evan Michael Zucker (*pro hac vice*)

2

Elizabeth G. Smiley (*pro hac vice*)
Peter B. Klausner (*pro hac vice*)
BARON & BUDD, P.C.
15910 Ventura Blvd., Ste. 1600
Encino, CA 91436
Telephone: (818) 839-2333
Fax: (818) 986-9698

Joe H. Tucker, Jr., Esquire
Tucker Law Group
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 875-0609


*Counsel for Relator*
*Ellsworth Associates, LLP*

2

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2026 this document was filed electronically, that it is available for viewing and downloading from the ECF system, and that all counsel of record will be served by the ECF system.

*/s/ William G. Powers*