**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA, *ex rel.*    :
ELLSWORTH ASSOCIATES, LLP,             :
                                       :
    Plaintiff-Relator,     :       Civil Action
                                       :
    v.                     :       No. 19-2553
                                       :
CVS HEALTH CORPORATION, *et al.*       :
                                       :
    Defendant.             :
                                       :

## ORDER

**AND NOW**, this 31st day of July, 2026, upon consideration of the motions for summary judgment filed by Defendants CVS Health Corporation (ECF No. 190), CVS Pharmacy Inc. (ECF No. 194), and SilverScript Insurance Company, Caremark L.L.C., and CVS Caremark Part D Services, L.L.C. (ECF No. 195), as well as the filings in support of and in opposition to those motions, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.    Defendants' motions (ECF Nos. 190, 194, 195) are **GRANTED**;

2.    Judgment is **ENTERED** in favor of Defendants CVS Health Corporation, CVS Pharmacy Inc., SilverScript Insurance Company, Caremark L.L.C., and CVS Caremark Part D Services, L.L.C.

3.    The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

    **IT IS SO ORDERED**

                            **BY THE COURT:**

                            */s/ John Milton Younge*
                            **Judge John Milton Younge**