**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELLSWORTH ASSOCIATES, LLP,<br><br>Plaintiff-Relator,<br><br>v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:19-cv-02553-JMY |

**PLAINTIFF-RELATOR'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff-Relator Ellsworth Associates, LLP appeals to the United States Court of Appeals for the Third Circuit from the final judgment of this Court entered on July 31, 2026, granting Defendants' motions for summary judgment and entering judgment for Defendants.

Dated: August 28, 2026

/s/ William G. Powers
William G. Powers (PA Bar No. 316876)
W. Scott Simmer (*pro hac vice*)
BARON & BUDD, P.C.
2600 Virginia Ave. NW, Suite 900
Washington, DC 20037
Telephone: (202) 333-4762
Facsimile: (202) 337-1039

Daniel Alberstone (*pro hac vice*)
Evan Zucker (*pro hac vice*)
Peter Klausner (*pro hac vice*)
Elizabeth Smiley (*pro hac vice*)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
*Counsel for Relator Ellsworth Associates, LLP*

## CERTIFICATE OF SERVICE

I certify that on August 28, 2026 this document was filed electronically, that it is available for viewing and downloading from the ECF system, and that all counsel of record will be served by the ECF system.

*/s/ William G. Powers*