**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELLSWORTH ASSOCIATES, LLP,<br><br>Plaintiff-Relator,<br><br>v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:19-cv-2553-JMY |

**ORDER FOR UNSEALING**

**AND NOW**, this _24th__ day of _November_, 2026, upon consideration of the Joint Stipulation Regarding Unsealing (ECF No. 285), it is hereby ORDERED that the docket entries attached as Exhibit A to this Order shall be unsealed.

**IT IS SO ORDERED.**

**BY THE COURT:**

__*/s/ John Milton Younge*_______

**HONORABLE JOHN M. YOUNGE**

# EXHIBIT A

| ECF Number |
|---|
| ECF 184 |
| ECF 184-1 |
| ECF 184-4 |
| ECF 184-5 |
| ECF 184-6 |
| ECF 184-7 |
| ECF 184-8 |
| ECF 184-9 |
| ECF 184-10 |
| ECF 184-11 |
| ECF 184-12 |
| ECF 184-13 |
| ECF 184-14 |
| ECF 184-15 |
| ECF 184-16 |
| ECF 184-17 |
| ECF 184-18 |
| ECF 184-19 |
| ECF 186 |
| ECF 186-1 |
| ECF 186-2 |
| ECF 186-3 |
| ECF 186-5 |
| ECF 186-6 |
| ECF 187 |
| ECF 187-1 |
| ECF 187-2 |
| ECF 187-3 |
| ECF 187-5 |
| ECF 187-6 |
| ECF 187-7 |
| ECF 187-8 |
| ECF 187-9 |
| ECF 188 |
| ECF 188-1 |
| ECF 188-2 |
| ECF 188-4 |
| ECF 188-5 |

| **ECF Number** |
|---|
| ECF 188-6 |
| ECF 189 |
| ECF 189-1 |
| ECF 189-4 |
| ECF 189-5 |
| ECF 189-6 |
| ECF 189-7 |
| ECF 189-8 |
| ECF 189-9 |
| ECF 189-10 |
| ECF 189-14 |
| ECF 189-15 |
| ECF 189-16 |
| ECF 189-17 |
| ECF 189-18 |
| ECF 189-19 |
| **ECF 196 FULL Entry** |
| ECF 197 |
| ECF 197-1 |
| ECF 197-2 |
| ECF 197-5 |
| ECF 197-6 |
| ECF 197-7 |
| ECF 197-8 |
| ECF 198 |
| ECF 198-1 |
| ECF 198-4 |
| ECF 198-5 |
| ECF 198-6 |
| ECF 198-7 |
| ECF 198-8 |
| ECF 198-10 |
| ECF 198-12 |
| ECF 198-14 |
| ECF 198-17 |
| ECF 198-18 |
| ECF 198-20 |
| ECF 198-22 |

| ECF Number |
|---|
| ECF 198-24 |
| ECF 198-25 |
| ECF 198-26 |
| ECF 198-27 |
| ECF 198-28 |
| **ECF 199 Full Entry** |
| ECF 200 |
| ECF 200-1 |
| ECF 200-2 |
| ECF 200-3 |
| ECF 200-4 |
| ECF 200-5 |
| ECF 200-6 |
| ECF 200-7 |
| ECF 200-8 |
| ECF 200-9 |
| ECF 200-10 |
| ECF 200-11 |
| ECF 200-12 |
| ECF 200-13 |
| ECF 200-14 |
| ECF 200-15 |
| ECF 200-16 |
| ECF 200-17 |
| ECF 200-18 |
| ECF 200-19 |
| ECF 200-20 |
| ECF 200-21 |
| ECF 200-25 |
| ECF 200-26 |
| ECF 200-27 |
| ECF 200-28 |
| ECF 200-29 |
| ECF 200-30 |
| ECF 200-31 |
| ECF 200-32 |
| ECF 200-33 |
| ECF 200-34 |

| ECF Number |
|---|
| ECF 200-35 |
| ECF 200-36 |
| ECF 200-37 |
| ECF 200-38 |
| ECF 200-39 |
| ECF 200-40 |
| ECF 200-41 |
| ECF 200-42 |
| ECF 200-43 |
| ECF 200-44 |
| ECF 200-45 |
| ECF 200-46 |
| ECF 200-47 |
| ECF 200-48 |
| ECF 200-49 |
| ECF 200-50 |
| ECF 200-51 |
| ECF 200-52 |
| ECF 200-53 |
| ECF 200-54 |
| ECF 200-55 |
| ECF 200-56 |
| ECF 200-57 |
| ECF 200-58 |
| ECF 200-59 |
| ECF 200-60 |
| ECF 200-61 |
| ECF 200-62 |
| ECF 200-63 |
| ECF 200-65 |
| ECF 200-66 |
| ECF 201 |
| ECF 201-1 |
| ECF 201-2 |
| ECF 201-3 |
| ECF 201-4 |
| ECF 201-5 |
| ECF 201-9 |

| ECF Number |
|---|
| ECF 201-10 |
| ECF 201-11 |
| ECF 201-12 |
| ECF 201-13 |
| ECF 201-14 |
| ECF 201-15 |
| ECF 201-16 |
| ECF 201-17 |
| ECF 201-18 |
| ECF 201-19 |
| ECF 201-20 |
| ECF 201-21 |
| ECF 201-22 |
| ECF 201-23 |
| ECF 201-24 |
| ECF 201-25 |
| ECF 201-26 |
| ECF 201-27 |
| ECF 201-28 |
| ECF 201-29 |
| ECF 201-30 |
| ECF 201-31 |
| ECF 201-32 |
| ECF 201-34 |
| ECF 201-35 |
| ECF 201-36 |
| ECF 201-37 |
| ECF 201-38 |
| ECF 201-39 |
| ECF 201-40 |
| ECF 201-41 |
| ECF 201-42 |
| ECF 201-43 |
| ECF 201-44 |
| ECF 201-45 |
| ECF 201-46 |
| ECF 201-47 |
| ECF 201-48 |

| ECF Number |
|---|
| ECF 201-49 |
| ECF 201-50 |
| ECF 201-51 |
| ECF 201-52 |
| ECF 201-53 |
| ECF 201-54 |
| ECF 201-55 |
| ECF 201-56 |
| ECF 201-57 |
| ECF 201-58 |
| ECF 201-59 |
| ECF 201-60 |
| ECF 201-61 |
| ECF 201-62 |
| ECF 201-63 |
| ECF 201-64 |
| ECF 201-65 |
| ECF 201-66 |
| ECF 201-67 |
| ECF 201-68 |
| ECF 201-69 |
| ECF 201-70 |
| **ECF 208 FULL Entry** |
| **ECF 210 FULL Entry** |
| **ECF 211 FULL Entry** |
| ECF 212 |
| ECF 212-1 |
| ECF 212-3 |
| ECF 212-4 |
| ECF 212-6 |
| ECF 213 |
| ECF 213-1 |
| ECF 213-3 |
| ECF 213-4 |
| ECF 213-5 |
| ECF 213-6 |
| ECF 213-7 |
| ECF 214 |

| ECF Number |
|---|
| ECF 214-1 |
| ECF 214-3 |
| ECF 214-4 |
| ECF 214-5 |
| ECF 214-6 |
| ECF 214-7 |
| ECF 214-8 |
| ECF 215 |
| ECF 215-1 |
| ECF 215-4 |
| ECF 215-5 |
| ECF 215-6 |
| ECF 215-7 |
| ECF 215-8 |
| ECF 215-9 |
| ECF 215-10 |
| ECF 215-11 |
| ECF 215-12 |
| ECF 215-13 |
| ECF 216-1 |
| ECF 216-3 |
| ECF 216-4 |
| ECF 216-5 |
| ECF 216-6 |
| ECF 216-7 |
| ECF 216-8 |
| ECF 216-9 |
| ECF 216-10 |
| ECF 216-11 |
| ECF 216-12 |
| ECF 216-13 |
| ECF 216-14 |
| ECF 216-15 |
| ECF 216-16 |
| ECF 216-17 |
| ECF 216-18 |
| ECF 216-19 |
| ECF 216-20 |

| ECF Number |
|---|
| ECF 216-21 |
| ECF 216-22 |
| ECF 216-23 |
| ECF 216-24 |
| ECF 216-25 |
| ECF 216-26 |
| ECF 216-27 |
| ECF 216-28 |
| ECF 216-29 |
| ECF 216-30 |
| ECF 216-31 |
| ECF 216-32 |
| ECF 216-33 |
| ECF 216-34 |
| ECF 216-36 |
| ECF 216-37 |
| ECF 216-38 |
| ECF 216-39 |
| ECF 216-40 |
| ECF 216-41 |
| ECF 216-42 |
| ECF 216-43 |
| ECF 216-44 |
| ECF 216-45 |
| ECF 216-46 |
| ECF 216-47 |
| ECF 216-48 |
| ECF 216-49 |
| ECF 216-50 |
| ECF 216-51 |
| ECF 216-53 |
| ECF 216-54 |
| ECF 216-55 |
| ECF 216-57 |
| ECF 216-60 |
| ECF 216-62 |
| ECF 216-63 |
| ECF 216-64 |

| ECF Number |
|---|
| ECF 216-65 |
| ECF 216-66 |
| ECF 216-67 |
| ECF 216-68 |
| ECF 216-69 |
| ECF 216-70 |
| ECF 216-71 |
| ECF 216-72 |
| ECF 216-73 |
| ECF 216-74 |
| ECF 216-76 |
| ECF 216-77 |
| ECF 216-78 |
| ECF 216-79 |
| ECF 216-80 |
| ECF 217 |
| ECF 217-1 |
| ECF 217-2 |
| ECF 217-3 |
| ECF 217-4 |
| ECF 217-5 |
| ECF 217-7 |
| ECF 217-8 |
| ECF 217-9 |
| ECF 217-10 |
| ECF 217-11 |
| ECF 217-12 |
| ECF 217-13 |
| ECF 218 |
| ECF 218-1 |
| ECF 218-2 |
| ECF 218-3 |
| ECF 218-4 |
| ECF 218-5 |
| ECF 218-8 |
| ECF 218-9 |
| ECF 218-10 |
| ECF 218-11 |

| ECF Number |
| --- |
| ECF 218-12 |
| ECF 218-14 |
| ECF 218-16 |
| ECF 218-17 |
| ECF 218-18 |
| ECF 218-19 |
| ECF 218-20 |
| ECF 218-21 |
| ECF 218-22 |
| ECF 218-23 |
| ECF 218-24 |
| ECF 218-25 |
| ECF 218-26 |
| ECF 218-27 |
| ECF 218-29 |
| ECF 218-30 |
| ECF 218-31 |
| ECF 218-32 |
| ECF 218-33 |
| ECF 218-34 |
| ECF 218-35 |
| ECF 218-36 |
| ECF 218-37 |
| ECF 218-38 |
| ECF 218-39 |
| ECF 218-40 |
| ECF 218-41 |
| ECF 218-42 |
| ECF 218-43 |
| ECF 218-44 |
| ECF 218-45 |
| ECF 218-46 |
| ECF 218-47 |
| ECF 218-48 |
| ECF 218-49 |
| ECF 218-50 |
| ECF 218-51 |
| ECF 218-52 |

| ECF Number |
| --- |
| ECF 218-53 |
| ECF 218-54 |
| ECF 218-55 |
| ECF 218-56 |
| ECF 218-57 |
| ECF 218-58 |
| ECF 218-59 |
| ECF 218-60 |
| ECF 218-61 |
| ECF 218-62 |
| ECF 218-63 |
| ECF 218-64 |
| ECF 218-65 |
| ECF 218-66 |
| ECF 218-67 |
| ECF 218-68 |
| ECF 218-69 |
| ECF 218-70 |
| ECF 218-71 |
| ECF 218-72 |
| ECF 218-73 |
| ECF 218-74 |
| ECF 218-75 |
| ECF 218-76 |
| ECF 218-77 |
| ECF 218-78 |
| ECF 218-79 |
| ECF 218-80 |
| ECF 218-81 |
| ECF 218-82 |
| ECF 218-83 |
| ECF 218-84 |
| ECF 218-85 |
| ECF 218-86 |
| ECF 218-87 |
| ECF 218-88 |
| ECF 218-89 |
| ECF 218-90 |

| ECF Number |
|---|
| ECF 218-91 |
| ECF 218-92 |
| ECF 218-93 |
| ECF 219-3 |
| ECF 219-4 |
| ECF 219-5 |
| ECF 219-7 |
| ECF 219-9 |
| ECF 219-10 |
| ECF 219-11 |
| ECF 219-12 |
| ECF 219-13 |
| ECF 219-14 |
| ECF 219-15 |
| ECF 219-17 |
| ECF 219-18 |
| ECF 219-19 |
| ECF 219-22 |
| ECF 219-23 |
| ECF 219-24 |
| ECF 219-25 |
| ECF 219-26 |
| ECF 219-27 |
| ECF 219-28 |
| ECF 219-29 |
| ECF 219-30 |
| ECF 219-31 |
| ECF 219-32 |
| ECF 219-33 |
| ECF 219-34 |
| ECF 219-35 |
| ECF 219-36 |
| ECF 219-37 |
| ECF 219-38 |
| ECF 219-39 |
| ECF 219-40 |
| ECF 219-41 |
| ECF 219-42 |

| ECF Number |
|---|
| ECF 219-43 |
| ECF 219-44 |
| ECF 219-45 |
| ECF 219-46 |
| ECF 219-47 |
| ECF 219-48 |
| ECF 219-49 |
| ECF 219-50 |
| ECF 219-51 |
| ECF 219-52 |
| ECF 219-54 |
| ECF 219-55 |
| ECF 219-56 |
| ECF 219-57 |
| ECF 219-58 |
| ECF 219-59 |
| ECF 219-60 |
| ECF 219-61 |
| ECF 219-62 |
| ECF 219-63 |
| ECF 219-64 |
| ECF 219-65 |
| ECF 219-66 |
| ECF 219-67 |
| ECF 219-68 |
| ECF 219-69 |
| ECF 219-70 |
| ECF 219-71 |
| ECF 219-72 |
| ECF 219-73 |
| ECF 219-74 |
| ECF 219-75 |
| ECF 219-76 |
| ECF 219-77 |
| ECF 219-78 |
| ECF 219-79 |
| ECF 219-80 |
| ECF 219-81 |

| ECF Number |
|---|
| ECF 219-82 |
| ECF 219-83 |
| ECF 219-85 |
| ECF 219-86 |
| ECF 219-87 |
| ECF 219-88 |
| ECF 219-89 |
| ECF 219-90 |
| ECF 219-91 |
| ECF 219-92 |
| ECF 219-93 |
| ECF 219-94 |
| ECF 219-95 |
| ECF 219-96 |
| ECF 219-97 |
| ECF 219-98 |
| ECF 219-99 |
| ECF 219-100 |
| ECF 219-101 |
| ECF 219-102 |
| ECF 219-103 |
| ECF 219-104 |
| ECF 219-105 |
| ECF 219-106 |
| ECF 219-107 |
| ECF 219-108 |
| ECF 219-109 |
| ECF 219-110 |
| ECF 219-111 |
| ECF 219-112 |
| ECF 219-113 |
| ECF 219-114 |
| ECF 219-115 |
| ECF 219-116 |
| ECF 219-117 |
| ECF 219-118 |
| ECF 219-119 |
| ECF 219-120 |

| ECF Number |
|---|
| ECF 219-121 |
| ECF 219-122 |
| ECF 219-123 |
| ECF 219-124 |
| ECF 219-125 |
| ECF 219-126 |
| ECF 219-127 |
| ECF 219-128 |
| ECF 219-129 |
| ECF 219-130 |
| ECF 219-131 |
| ECF 219-132 |
| ECF 219-133 |
| ECF 219-134 |
| ECF 219-135 |
| ECF 219-136 |
| ECF 219-137 |
| ECF 219-138 |
| ECF 219-139 |
| ECF 219-140 |
| ECF 219-141 |
| ECF 219-142 |
| ECF 219-143 |
| ECF 219-144 |
| ECF 219-145 |
| ECF 219-146 |
| ECF 219-147 |
| ECF 219-148 |
| ECF 219-149 |
| ECF 219-150 |
| ECF 219-151 |
| ECF 219-152 |
| ECF 219-153 |
| ECF 219-154 |
| ECF 219-155 |
| ECF 219-156 |
| ECF 219-157 |
| ECF 219-158 |

| ECF Number |
|---|
| ECF 219-159 |
| ECF 219-160 |
| ECF 219-161 |
| ECF 219-162 |
| ECF 219-163 |
| ECF 219-164 |
| ECF 219-165 |
| ECF 219-166 |
| ECF 219-167 |
| ECF 219-169 |
| ECF 219-170 |
| ECF 219-171 |
| **ECF 223 FULL Entry** |
| **ECF 224 FULL Entry** |
| **ECF 231 FULL Entry** |
| **ECF 235 FULL Entry** |
| **ECF 236 FULL Entry** |
| **ECF 237 FULL Entry** |
| **ECF 238 FULL Entry** |
| **ECF 239 FULL Entry** |
| **ECF 240 FULL Entry** |
| **ECF 246 FULL Entry** |
| **ECF 247 FULL Entry** |
| ECF 248 |
| ECF 248-1 |
| ECF 248-2 |
| ECF 248-3 |
| ECF 248-5 |
| ECF 248-6 |
| ECF 248-7 |
| ECF 248-8 |
| ECF 248-9 |
| ECF 248-10 |
| ECF 248-11 |
| ECF 248-12 |
| ECF 248-13 |
| ECF 248-14 |
| ECF 248-15 |

| **ECF Number** |
|---|
| ECF 248-16 |
| **ECF 249 FULL Entry** |
| **ECF 250 FULL Entry** |
| **ECF 252 FULL Entry** |
| **ECF 253 FULL Entry** |
| **ECF 255 FULL Entry** |
| **ECF 259 FULL Entry** |